
FILED
2017 Mar-01 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLARD COLE and TAMMY COLE, | ) ) ) | |
| Plaintiffs / Counter Defendants, | ) ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO.: 5:16-CV-834 KOB |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | OPPOSED |
| Defendant / Counter Claimant. | ) ) | |

### NOTICE OF FILING OF EVIDENTIARY MATERIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT ON BREACH OF CONTRACT CLAIM

COMES NOW Plaintiffs Willard and Tammy Cole and pursuant to this Court's Initial Order (Doc. 8), submit the following evidentiary materials:

### DOCUMENTS

Exhibit A – Proof of Loss (structure);

Exhibit B - Proof of Loss (alternative living expenses);

Exhibit C – Proof of Loss (contents only);

Exhibit D – Proof of Loss – (debris removal);

Exhibit E – Insurance policy;

Exhibit F - Deposition of Stanley Bonhomme. (By agreement with the Court Plaintiffs will be provide in its courtesy copy the complete deposition and all exhibits);

Exhibit G – Deposition of David Eshenour. (By agreement with the Court Plaintiffs will be provide in its courtesy copy the complete deposition and all exhibits);

Exhibit H – The Howarth Group Recap of Damages (structure), p. 39;

Exhibit I - National Vendor's Contents Appraisal;

Exhibit J – The Howarth Group Recap of Damages (contents), p. 43;

Exhibit K – First Demand for Appraisal;

Exhibit L – Letter from Defendant dated April 20, 2015;

Exhibit M – Letter from Defendant dated April 18, 2016;

Exhibit N – Letter from Plaintiffs of August 5, 2015 requesting appraisal;

Exhibit O – Defendant's letter of August 28, 2015 rejecting appraisal;

Exhibit P – Owners letter of July 2, 2105;

Exhibit Q - Letter from Plaintiffs' attorney dated October 22, 2015;

Exhibit R – Letter from Defendant's attorney dated November 5, 2015;

Exhibit S – Letter from Plaintiffs' attorney dated December 22, 2015;

Exhibit T – Letter from Plaintiffs' attorney dated May 3, 2016;

Exhibit U – Deposition excerpts – Deposition of Chuck Howarth of The Howarth Group.  (By agreement with the Court Plaintiffs will be provide in its courtesy copy the complete deposition and all exhibits).

                                            Respectfully submitted,

                                            s/ Gary V. Conchin
                                            Gary V. Conchin (ASB-1263-C56G)
                                            Attorney for Plaintiffs


                                            s/ Kenneth B. Cole, Jr.
                                            Kenneth B. Cole, Jr. (ASB-0595-C56K)
                                            Attorney for Plaintiffs


                                            s/ Franklin Taylor Rouse
                                            Franklin Taylor Rouse (ASB-8709-R53M)
                                            Attorney for Plaintiffs

**OF COUNSEL**:

CONCHIN, CLOUD & COLE, LLC
2404 Commerce Court
Huntsville, Alabama 35801
Telephone:  (256) 705-7777
Facsimile:  (256) 705-7778
gary@conchincloudcole.com
kenny@conchincloudcole.com
taylor@conchincloudcole.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March, 2017 I served a copy of the foregoing on each of the following by filing same electronically with the Court (which will cause a copy of same to be served electronically on the following) and/or by placing a copy of same in the United States mail, properly addressed, with postage prepaid:

Warren "Bo" Burke, Jr.
Daniel R. Klasing
KLASING, WILLIAMSON & BURKE, P.C.
1601 Providence Park
Birmingham, Alabama 35242

                                            s/ Gary V. Conchin
                                            Gary V. Conchin (ASB-1263-C56G)