FILED

2017 Mar-01  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT L-1

# EXAMINATION UNDER OATH
# OF TAMMY COLE

Page 1

1   EXAMINATION UNDER OATH
2   of:
3   TAMMY LYNN COLE
4   Taken on Thursday, December 22, 2015
5   9:02 a.m.
6   at
7   Huntsville, Alabama
8   Re:  Policy #:  49-922-976-00
9   Claim #:  300-0006560-205
10  DOL:  02/10/2015
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 2

1   APPEARANCES
2   For Tammy Lynn Cole and Willard Dee Cole:
3   Mr. Kenneth B. Cole, Jr.
4   Conchin, Cloud & Cole
5   2404 Commerce Court SW
6   Suite B
7   Huntsville, Alabama  35801
8   (256)  384-7777
9
10  For Auto-Owner's Insurance:
11  Mr. Warren "Bo" Burke, Jr.
12  Klasing Williamson & Burke, PC
13  1601 Providence Park
14  Birmingham, Alabama  35242
15  (205) 980-4733
16
17
18
19
20
21
22
23

Page 3

1   INDEX
2   EXAMINATION
3           Page.
4
5   TAMMY LYNN COLE
5   Examination By MR. BURKE .......... 5
6   EXHIBITS
7
8
9
10  Exhibit No. 1                17
      (Copy of driver's license for Willard
11    Dee Cole and Tammy Lynn Cole -
      attached to the Examination Under
12    Oath transcript)
13  Exhibit No. 2                61
      (Photographs - attached to the
14    Examination Under Oath transcript)
15  Exhibit No. 3                73
      (Sketch of floor plan of house -
16    attached to the Examination Under
      Oath transcript)
17  Exhibit No. 4                74
      (Contents spreadsheet - attached to
18    the Examination Under Oath
      transcript)
19
20  Exhibit No. 5                83
      (Proof of Loss - attached to the
21    Examination Under Oath transcript)
22  Exhibit No. 6                85
      (The Howarth Group Estimate -
23    attached to the Examination Under
      Oath transcript)

Page 4

1   Exhibit No. 7                111
      (Photographs - attached to the
2     Examination Under Oath transcript)
3   Exhibit No. 8                112
      (Photographs - attached to the
4     Examination Under Oath transcript)
5   Exhibit No. 9                136
      (Correspondence dated 4/24/2015 to
6     Auto-Owner's Insurance from Willard
      and Tammy Cole - attached to the
7     Examination Under Oath transcript)
8   Exhibit No. 10               136
      (Correspondence dated August 5, 2015,
9     to Auto-Owner's Insurance from
      Willard and Tammy Cole - attached to
10    the Examination Under Oath
      transcript)
11
12  Exhibit No. 11               138
      (Correspondence dated July 28, 2015,
13    to William and Tammy Cole from David
      Eshenour - attached to the
14    Examination Under Oath transcript)
15  Exhibit No. 12               140
      (Photographs - attached to the
16    Examination Under Oath transcript)
17  Exhibit No. 13               152
      (Document entitled "Documents and
18    Things for Production - attached to
      the Examination Under Oath
19    transcript)
20
21
22
23

Page 5

1              PROCEEDINGS
2         THE REPORTER:  If you'll raise
3    your right hand, please?
4         Do you solemnly swear that the
5    testimony you're about to give will be the
6    truth, the whole truth, nothing but the
7    truth, so help you God?
8         MRS. TAMMY LYNN COLE:  Yes,
9    ma'am.
10        THE REPORTER:  Thank you.
11   EXAMINATION BY MR. BURKE:
12   Q   Mrs. Cole, my name is Bo Burke.  I'm
13   here to take your examination under oath on
14   behalf of Owner's Insurance Company.  My
15   first question is:  Do you mind if I call you
16   Tammy?
17   A   Yes, that's fine.  That's fine.
18   Q   Thank you.  And again, this is just
19   trying to get some answers to some questions
20   so that we can send this up and get it looked
21   over and, you know, make some decisions as to
22   the value of this claim, whether there's
23   coverage, just to address it all around.  And

Page 6

1    that's really, like I said, all this is, is
2    to gather some information.
3         It's not intended to be an
4    inquisition or anything like that.  And I say
5    that, but if you need a break at any time
6    along the way, let me know and we'll stop and
7    take a break.
8         If you don't understand a question I
9    ask you, let me know and I'll rephrase the
10   question, and that -- that will probably
11   happen a few times.
12   A   Okay.
13   Q   The only other thing I can think of
14   that I'd ask you, and I certainly would let
15   anybody else fill in if they like, but the
16   court reporter is taking down what your
17   answers -- how your responses are, and
18   sometimes when you say "uh-huh" or "huh-uh,"
19   it's hard to understand.  So, I'll ask you
20   and I'll try to remind you.
21   A   Okay.
22   Q   And it's just human nature to do it
23   that way.  But I'll try to remind you, just

Page 7

1    say either "yes" or "no."
2         And then I'll try not to talk over
3    you, but again, that's just something, when
4    people get to talking, it's just how people
5    talk in real life.  But sometimes if you're
6    talking and I'm talking or we start
7    interrupting each other, it just makes it
8    very difficult.  So, if you catch me doing
9    that, let me know, and if I catch you, I'll
10   try to let you know as well.
11   A   Okay.
12   Q   Can I get your full name, please?
13   A   Tammy Lynn Cole.
14   Q   And how do you spell the Lynn?
15   A   L-Y-N-N.
16   Q   Tammy, have you ever been known by
17   any other names?
18   A   Tammy Daniel Cole.
19   Q   Is Daniel from a previous marriage?
20   A   Maiden.  Uh-huh.
21   Q   Maiden name, okay.  All right.
22   What's your date of birth?
23   A   7/5/68.

Page 8

1    Q   And we can go off the record for
2    just a second.  If I can get your social
3    security number, and I'm just going to put
4    your last four digits on the record, please.
5         (The deponent gave her Social
6    Security number off the record.)
7    MR BURKE:
8    Q   5715, the last four?
9    A   (Nodded head yes.)
10   Q   And you're currently married,
11   correct?
12   A   Yes.
13   Q   And that was Willard Cole that I met
14   earlier?
15   A   Yes.
16   Q   All right.  Have you had any
17   previous marriages?
18   A   Yes.
19   Q   Okay.  Who else have you been
20   married to?
21   A   Dennis Davis.
22   Q   And when were you married to Mr.
23   Davis?

**Tammy Lynn Cole**                                                   3

Page 9

1   A  In 1988.
2   Q  Okay.  And when did that marriage
3  end?
4   A  In 1992.
5   Q  Okay.  And by divorce?
6   A  Yes.
7   Q  Other than Mr. Cole and Mr. Davis,
8  any other marriages?
9   A  No.
10   Q  Okay.  And where do you and Mr. Cole
11  currently reside?
12   A  At 16099 Alabama Highway 157,
13  Moulton, 35650.
14   Q  And is that the address where the
15  fire occurred?
16   A  It's right beside it.
17   Q  Okay.  Do y'all own this property as
18  well?
19   A  We do.
20   Q  Okay.  Is it on the same lot or same
21  land as the house that burned?
22   A  Yes.  It's on the same.
23   Q  Okay.  What's the address of the

Page 10

1  house that burned?
2   A  16125 Alabama Highway 157, Moulton,
3  35650.
4   Q  Who was at the house at the time of
5  the fire; was it just you and your husband?
6   A  And our grandbaby.
7   Q  What's your grandbaby's name?
8   A  Walker.
9   Q  Walker?
10   A  Uh-huh.
11   Q  W-A --
12   A  W-A-L-K-E-R, yes.
13   Q  Okay.  Yeah, I've seen some
14  pictures.  Is he the only grandbaby?
15   A  On my side, yes.
16   Q  Okay.  How old is Walker?
17   A  He's four.
18   Q  And who is Walker's mom?  How -- who
19  is the -- is it your daughter or your son?
20   A  My daughter.
21   Q  Your daughter.  What's your
22  daughter's name?
23   A  Miranda.

Page 11

1   Q  How old is Miranda?
2   A  She's 27.
3   Q  Does she live with y'all?
4   A  No.
5   Q  Does Walker live with y'all?
6   A  He stays with us a lot.
7   Q  I understand.
8   A  He has -- yes, he has stayed with
9  us.  He stays with us about all the time.
10   Q  Okay.
11   A  Yeah.
12   Q  And does Miranda live in the Moulton
13  area?
14   A  At Hatton.
15   Q  Okay.  At Hatton?  All right.  Do
16  you have any other children?
17   A  Siresa, our baby daughter.
18   Q  And where does Siresa live?
19   A  She is staying with some friends
20  right now because we don't have room in that
21  apartment that we're in.
22   Q  All right.  Was she living with you
23  and Willard Cole at the time of the fire?

Page 12

1   A  Yes.
2   Q  And how old is Siresa?
3   A  She turned 19 September the 7th.
4   Q  What does Miranda do for a living?
5   A  She works at a chiropractor.
6   Q  And what about Siresa?
7   A  She works at WalMart in Decatur and
8  at John's Barbecue.
9   Q  And either one of them in college or
10  going to school right now?
11   A  No.
12   Q  Okay.  I'm asking this first about
13  you.  Do you have any health issues?  Is your
14  health -- would you describe it as good?
15   A  Yes.
16   Q  Okay.  How about Willard, your
17  husband, is his health --
18   A  He has heart -- he's had stents put
19  in, yeah.
20   Q  Okay.  Had any recent issues, say in
21  the past three years?
22   A  Huh-uh.
23   Q  All right.  And then, caught you the

**Page 13**

1  first time.

2      A  I --

3      Q  You need to say "yes" or "no".

4      A  No.  No, not in the last three

5  years.  No.

6      Q  Okay.  When did he have them put in;

7  do you recall?  And just -- more than ten

8  years?

9      A  The first one was in 1996.  Or the

10  first two, I think, was in '96.  And then in

11  2007, he had another one put in.

12      Q  Do you take any medications?

13      A  I do take medications.

14      Q  Okay.  What do you take?

15      A  I take Dietrix.

16      Q  What is that for?

17      A  It's for diet.

18      Q  Okay.  Anything else?

19      A  Glucophage.

20      Q  All right.  What is that one for?

21      A  To help you regulate your sugar.

22      Q  Okay.  Are you diabetic?

23      A  No.  Well, I was, but I'm not -- I

**Page 14**

1  don't know.  They done blood testing again.

2      Q  Borderline?

3      A  Yeah.  Yes.

4      Q  I'm familiar.

5      A  I know.  I don't know.

6      Q  That was to regulate your sugar.

7  Anything else?

8      A  No.

9      Q  Okay.  Are you taking anything today

10  or do either of these drugs, do they affect

11  your memory or would they cause you any

12  problems with answering my questions here

13  today?

14      A  No.

15      Q  Okay.  Do you recall offhand -- and

16  again, I'm going to ask you some of these

17  questions.  I understand you're probably the

18  better one to ask, even though it deals with

19  your husband.  Do you know what medications

20  he may be taking?

21      A  He takes -- he ain't going to be

22  able to tell you the names either.  It's for

23  high blood pressure, cholesterol.  Let's see,

**Page 15**

1  it's Zocor.

2      Q  That's a cholesterol, correct?

3      A  Yeah.  One of them starts with an

4  "M."  Oh, Lordy.  We can call the pharmacist.

5      Q  That's okay.

6      A  Because I do not know.  To be able

7  to tell you all the names, I can't.

8      Q  No.  If you can tell me what there

9  is, for high blood pressure, cholesterol?

10      A  And arthritis.

11      Q  Arthritis, okay.

12      A  Etodolac, I think is the arthritis

13  one.  Etodolac or something like that,

14  something.  I don't know.  E-T-D-O-L-E (sic).

15  I don't know.

16      Q  Okay.

17      A  I wish I had brought them, but I

18  didn't.  I didn't know --

19      Q  No, that's fine.  That's fine.  I'm

20  trying to get a general idea.

21      A  Okay.

22      Q  How bad is the arthritis?

23      A  He's just -- he's got it in his

**Page 16**

1  thumbs real bad.

2      Q  Both the thumbs?

3      A  Yeah.

4      Q  Okay.  Tammy, where did you go to

5  school?  Where'd you go to high school?

6      A  Rogers High School.

7      Q  Okay.  Here in Alabama?

8      A  Yes.

9      Q  In the Athens area, is that right?

10      A  Green Hill.

11      Q  I was trying to think of

12  Rogersville.  Okay.

13      A  Yeah.

14      Q  What about college; you have any

15  college?

16      A  No.

17      Q  Okay.  What about any other kind of

18  training?

19      A  No.

20      Q  Ever been in the military?

21      A  No.

22      Q  All right.  Ever been arrested for

23  anything?

**Tammy Lynn Cole** 5

Page 17

1  A  No.
2  Q  Okay.  Ever filed bankruptcy?
3  A  No.
4  Q  And I think they gave me a copy, if
5  I can find it real quick.
6     Tell you what I'm going to ask you:
7  You have a valid driver's license?
8  A  Yes.
9  Q  Okay.  It's an Alabama license?
10  A  Yes.
11     MR. BURKE:  Let me see if I can
12  see what I did with it.
13     (Exhibit No. 1 was marked for
14  identification.)
15  MR. BURKE:
16  Q  Get that marked as Exhibit 1.
17  Ma'am, I'm going to show you what I've got
18  marked as Exhibit 1, and your attorneys gave
19  this to me this morning.  Is this copies of
20  your license --
21  A  Yes.
22  Q  -- current license, and your
23  husband's current license?

Page 18

1  A  Yes.  It is.
2  Q  And again, the 16125 Highway 157,
3  that's where the fire occurred?
4  A  Yes.
5  Q  I've got one more training question,
6  and again just -- I probably know the answer,
7  just to make sure.  You've never served as a
8  volunteer firefighter or you don't have any
9  background in fire investigation or fire
10  training, anything like that?
11  A  No.
12  Q  Where do you currently work?
13  A  At WalMart in Moulton.
14  Q  How long have you been there?
15  A  Eight years.
16  Q  Where did you work prior to that?
17  A  At Best Western in Muscle Shoals.
18  Q  What is your current income at
19  WalMart?
20  A  I make $11 and something an hour.
21  Q  Do you get any kind of bonuses or
22  anything like that from WalMart?
23  A  We do get a My Share like every

Page 19

1  three months.
2  Q  Okay.  And how is that determined?
3  A  By the stock and the -- our sales
4  and all.
5  Q  Okay.  How your particular store is
6  doing?
7  A  Yes.
8  Q  And how the stock of WalMart overall
9  is doing?
10  A  Yeah.
11  Q  Do you have any other job, any
12  second job, anything you do part-time?
13  A  No.
14  Q  Do you receive income from any other
15  source other than WalMart?
16  A  (Nodded head no.)
17  Q  In other words, do you have stock
18  dividends?
19  A  I do have some stock in WalMart.
20  Q  Okay.  Does it pay dividends; do you
21  know?
22  A  No, I don't --
23  Q  What about rental property, things

Page 20

1  of that nature?
2  A  Yes, we do have rental property.
3  Q  Okay.  Where is your rental
4  property?
5  A  It's right there beside us also.
6  Q  Okay.  And is that in the same
7  location as the house that burned, the one
8  you're living in?
9  A  Uh-huh.  It's right -- right on the
10  hill, right beside.  It's 16047 is the
11  address on those.
12  Q  Okay.  Is it -- well, let me ask
13  this: How many individual structures do
14  y'all own on that property?
15  A  That's houses?
16  Q  Uh-huh.
17  A  Let's see, No. 2, three, four.
18  Crap.  I need to -- no, it's lotted
19  different.  Let's see.  Two is a house.  And
20  three is a lot, or actually it's a trailer.
21  No.  Three is a lot.  And four is a house.
22  Five is a trailer.  And six is a house.  And
23  seven is a house.  Eight is a lot.  Nine is a

**Page 21**

1  lot.  And, ten is a lot, and 11 is a lot.
2  That's a pool house.  We call it a pool
3  house, it's right behind our -- the house
4  that burnt.  We rent it out to this lady.  So
5  actually house houses would be one, two -- be
6  five houses and three lots, four lots.
7      Q  Okay.  I'm not sure I follow you.
8  There are five houses on three different
9  lots; is that correct?
10     A  No.  It's -- I know it's confusing.
11     Q  Would it be easier if we just kind
12 of draw me a map or draw me a little diagram?
13     A  Well, yeah.  I mean --
14         MR. KENNETH COLE:  How many
15 acres?
16         THE WITNESS:  It's seven.
17 Seven -- right at seven acres.
18         MR. KENNETH COLE:  And y'all got
19 it split up into different lots?
20         THE WITNESS:  We do, yeah.  It's
21 like a trailer park, basically, is what it
22 would look like, yeah.  And that's what -- I
23 know it's weird the way I'm saying it, yes.

**Page 22**

1          MR. BURKE:  No.  I --
2          MR. KENNETH COLE:  He's just
3  trying to figure out so if you can describe
4  it to him in that way, then that may be
5  helpful.
6  MR. BURKE:
7      Q  Well, I guess, what I'm trying to
8  get at is, I understand that there is the
9  house that burned.  There's the location that
10 you and your husband are currently living.
11 You mentioned this other rental property.
12 Are any of the other structures rented out?
13     A  Yes.
14     Q  Okay.  Who are the -- let me just go
15 through those.  I'll just start:  How many
16 total structures are there on the -- let's do
17 it like that.
18     A  All right.  Let me do it like this.
19 All right.  So, Lot 2, would be Wanda Lowry.
20     Q  Lot 2, is that a house?
21     A  It is a house.
22     Q  Okay.  And it's rented to Wanda
23 Lowry?

**Page 23**

1      A  Uh-huh, it is.
2      Q  And what does she pay per month for
3  that; do you know?
4      A  She pays 350.
5      Q  And is she up to date on the rent?
6      A  She is.
7      Q  Okay.  How long has she been there?
8      A  A little over a -- she's been there
9  --
10     Q  Over a year?
11     A  Oh, God, yes.  Yes.
12     Q  All right.
13     A  Okay.  Lot 3, I don't know the name.
14 Angel is what he goes by.  I don't know.
15 I'll have to go back on paperwork to get his
16 name.
17     Q  And is that a house as well?
18     A  No.  That's a trailer lot.  That's a
19 lot.  They own their own trailer.
20     Q  Okay.  So it's a lot that you and
21 your husband own?
22     A  Uh-huh.
23     Q  And the trailer, the tenants own?

**Page 24**

1      A  Yes.
2      Q  Okay.  What do they pay y'all for
3  the lot rent?
4      A  They pay 125.
5      Q  Okay.
6      A  Okay.  Lot 4 is Erika Pitt and Chad
7  Terry.
8      Q  And is Lot 4 a house?
9      A  It is.
10     Q  And again, do they pay rent on that?
11     A  Yes, they do.
12     Q  How much?
13     A  350.
14     Q  And that's per month?
15     A  Yes.  No. 5 is a trailer that we --
16 we actually own that trailer.  And he pays
17 300.
18     Q  Do you recall his name?
19     A  Roger Motes.
20     Q  What does Roger pay per month?
21     A  300.
22     Q  Okay.
23     A  No. six is Tina Cronkite.  That's a

**Tammy Lynn Cole**                                                                 **7**

---

Page 25

1 house.

2    Q    You say Croncant?

3    A    Cronkite, uh-huh.  And she pays 350.

4    Q    And again, that's 350 per month?

5    A    Yes, uh-huh.  And No. 7 is Michael

6 and Jill Henderson.  And that's a house.

7    Q    And what do they pay per month for

8 rent?

9    A    350.

10    Q    So the only one, the only structure

11 that the two of you don't own is Angel's

12 trailer; would that be correct?

13    A    No.  I'm not done.

14    Q    Okay.

15    A    I'm sorry.

16    Q    No.  That's all right.  No.  That's

17 me jumping to conclusions; that's not you.

18    A    Okay.  All right.  Lot 8 is a

19 trailer lot.  And, uh, I can't think of

20 Heather's last name.  And Lot 9 is a trailer

21 lot and that is Linda Kitchen.

22    Q    And what does Heather pay per month?

23    A    She pays 125.

---

Page 26

1    Q    And what about Linda?

2    A    125.

3    Q    I would ask the same question:  You

4 said it was a trailer lot.  I assume that

5 means they own the trailer?

6    A    They own the trailer, yes, uh-huh.

7 And then we got Mike -- oh, Mike Nichols.

8    Q    And does Mike have a house?

9    A    It's a trailer lot.  I'm sorry.

10 It's a trailer lot.

11    Q    That's all right.

12       MR. KENNETH COLE:  Is that No.

13 10, Lot 10?

14       THE WITNESS:  Yes.

15 MR. BURKE:

16    Q    And is Mike paying 125 a month rent?

17    A    He does, uh-huh.

18    Q    And he owns the trailer that sits on

19 that lot?

20    A    He does.  And then we have Brenda

21 Culver that rents the little house that I was

22 talking about right behind the house that

23 burnt.  That's Ms. Brenda.

---

Page 27

1       And then we have Ophein Lewallen,

2 which is to the right of the house that

3 burned.

4    Q    I'm sorry.  I missed that name.

5    A    Ophein.

6    Q    Ophein?

7    A    Uh-huh, Ophein Lewallen.  I think

8 that's it.

9    Q    All right.  And let's start with

10 Brenda Culver.  Is there a structure there

11 that she lives in?

12    A    Yes.

13    Q    Okay.  And it's a permanent

14 structure that you and your husband own?

15    A    Yes.

16    Q    And the same with Ophein, a

17 permanent structure the two of you own?

18    A    No.  She owns her trailer.  It's a

19 lot.

20    Q    A trailer.  That's a lot?

21    A    Yeah.

22    Q    And does Ophein pay 125 a month?

23    A    She does.

---

Page 28

1    Q    Okay.  And what about Brenda?

2    A    Brenda pays 300.

3    Q    And I'll just start kind of going

4 backwards.  Is Ophein up to date on her rent?

5    A    She is.

6    Q    How long has she been a tenant?

7    A    Lord, Ophein's been there a long,

8 long time.

9    Q    Over a year?

10    A    Oh, yeah.  Yeah.

11    Q    And what about Brenda, is she up to

12 date?

13    A    Yes.

14    Q    Okay.  And same thing:  Has she been

15 a long-term tenant?

16    A    She's not been there -- well, yeah,

17 she would be there a year by now, you know,

18 because it's Christmas.  Yeah.

19    Q    All right.  What about Mr. Nichols?

20    A    Yes.

21    Q    He's up to date on his rent?

22    A    He is.

23    Q    Is he also a long-term tenant?

---

Page 29

1   A  Yes.
2   Q  More than a year?
3   A  Yes.
4   Q  When I say long-term, let's just say
5   that's over a year.
6   A  Yes.
7   Q  Okay.  Linda Kitchen?
8   A  Yes.
9   Q  A long-term tenant?
10  A  Yes.
11  Q  Up to date on her rent?
12  A  Yes.
13  Q  All right.  Heather?
14  A  Yes.
15  Q  Long-term tenant, up to date on her
16  rent?
17  A  Yes.
18  Q  All right.  And I've got down
19  Michael and Jill Henderson.  Long-term
20  tenants?
21  A  Yes.
22  Q  And they're caught up on their rent
23  as well?

Page 30

1   A  Yes.
2   Q  All right.  And Tina Cronkite, been
3   there more than a year?
4   A  Yes.
5   Q  And she's up to date on her rent?
6   A  Yes.
7   Q  All right.  And Roger Motes?
8   A  Yes.
9   Q  Been there more than a year?
10  A  Now, he's not been there a whole
11  year because he moved out of the little house
12  that we're staying in right now up there to a
13  trailer, where we could be there by the
14  house.
15  Q  So he's been a tenant of yours
16  probably overall for more than a year; he
17  just hasn't been in this exact location for
18  more than a year?
19  A  No.
20  Q  Would that be fair?
21  A  No, it wouldn't.  But it's not been
22  a year, just cause --
23  Q  How long would you say?  Just your

Page 31

1   best guess.
2   A  February.  Probably around February
3   will be a year, so it's coming up on it.
4   Q  Ten months?
5   A  Yeah, something like that.  Yeah,
6   yeah.
7   Q  And he's up to date on his rent?
8   A  He is.
9   Q  Okay.  And Erika Pitt and Chad Terry
10  I think is what I've got.  Long-term tenants?
11  A  Yes.
12  Q  Up to date on their rent?
13  A  Yes.
14  Q  And Angel?
15  A  Yes.
16  Q  Long-term tenant, up to date on the
17  rent?
18  A  Yes.
19  Q  And I think I already asked you
20  about Wanda Lowry?
21  A  Yes.
22  Q  But just to make sure, she's a
23  long-term tenant?

Page 32

1   A  She is.
2   Q  And up to date on her rent?
3   A  Yes.
4   Q  Okay.  Very good.  Have y'all ever
5   had any problem with any tenants?
6   A  We have.  Oh, my God, yes.
7   Q  I've got some family members who do
8   rental property, and I just kept waiting for
9   the horror story.
10  A  No.  We've had them.  Oh, believe
11  me, we've had them.
12  Q  Have y'all had to go to court with
13  any of them?
14  A  We have.
15  Q  Okay.  When was the last time you
16  had to go to court with anybody?
17  A  Well, it's been well over a year
18  ago.  It was a Thompson.  Allen Thompson.
19  Q  Okay.  That's pretty good quite
20  honestly.
21  A  Yes, it is.
22  Q  It's hard to get a good tenant.  If
23  you get a good one, you hang on to them.

Page 33

1    A   Yes.

2    Q   Okay.

3    A   That's the reason we keep rent more

4  affordable rate.  That way it -- most of the

5  ones we got are actually -- they draw their

6  Social Security checks and all.

7    Q   Gotcha.

8    A   Yeah.

9    Q   And let me go back and ask this

10 about the lots and homes on that.  And I

11 guess I'll just start with a generic

12 question.  Is all the land paid for?  Is

13 there a mortgage on that?

14   A   No.  It's all paid for.

15   Q   All paid for?  Okay.  What about all

16 the structures that you and your husband own;

17 are they all paid for?

18   A   They are.

19   Q   Okay.  And let me run through, and

20 my understanding, I've been told some things,

21 you may be better to help me with and some

22 things your husband may be better.  I'm going

23 to ask you this one, but if it's something

Page 34

1  he's better, I understand.

2    A   Okay.

3    Q   But do you have any idea what --

4  I'll just start with the structure that Wanda

5  Lowry is in.  Do you have any idea what it

6  would sell for, what it might be worth?

7    A   I don't know because of the way it

8  -- with it being like a subdivision deal, but

9  I guess on an individual -- I don't know.

10 Maybe 50.  I don't know.  Honestly, I don't

11 know.  So, I'm not going to tell you that I

12 know because I don't know.

13   Q   Okay.  If you don't know, then

14 that's fine.

15   A   I really don't know.

16   Q   Would you say that all the

17 structures are kind of equivalent?  In other

18 words, if your husband -- I understand he

19 does construction work, so I'm thinking he

20 might be better for this one.  But if he

21 tells me they're worth -- one is worth 50,

22 would you imagine the others are all worth

23 roughly the same?

Page 35

1    A   I would because they're all built

2  the same.  They're actually built long like a

3  trailer, and they're three bedroom, two

4  baths.

5    Q   Are they all the same floor plan?

6    A   Yeah.

7    Q   Pretty much?

8    A   Pretty much so.

9    Q   And all of them in good shape?

10   A   Yeah.  Well, there's one of them

11 when they move out, I don't know what kind of

12 shape it's going to be in.  I don't know

13 that.

14   Q   I understand.

15       And y'all don't receive any kind of

16 government assistance of any sort?

17   A   He draws a social security check,

18 uh-huh.

19   Q   What's his monthly check?

20   A   It's not -- it's not 500.  It's four

21 something.

22   Q   Less than 500?

23   A   Yeah.  It's under five.

Page 36

1    Q   Does Willard do any kind of work?

2    A   Just around there.  He don't work

3  out for nobody.  He don't work for nobody.

4    Q   He doesn't work for anyone.  Okay.

5  So he -- I guess maybe the best way to put it

6  would be he manages his own properties?

7    A   Yes.  Yes, yes.

8    Q   Let me ask you about kind of y'all's

9  regular monthly bills.  And you may not -- do

10 you have a mortgage at all?

11   A   No.

12   Q   Okay.  No mortgage on any property?

13   A   (Shakes head no.)

14   Q   And not on the house that burned

15 either?

16   A   No.

17   Q   Okay.  What kind of cars do y'all

18 drive?  And I'm going to start with you.

19   A   We have a 2006 Mercedes and a '93 --

20 '94 Chevrolet truck.

21   Q   Who drives what?

22   A   We both drive them.

23   Q   Okay.

Page 37

1   A   And an Audi, but it -- it don't run
2   right now.   I think it's a '04.   And then, oh
3   God.   I don't know the name of this car.
4   It's a Toyota.   Does Yaris -- does that sound
5   -- a Yardis (sic), Yaris, Y-A-R-I-S?   Am I
6   saying that right?   Am I close?
7   Q   I know what you're talking about.
8   How's that?
9   A   Okay.   All right.   A 2013.   And
10  that's what our baby drives.
11  Q   Okay.   And that's --
12  A   Siresa.
13  Q   Siresa?
14  A   Yeah.   Yaris or something.   It's a
15  weird name.   That is such a weird name.
16  Q   Now, do y'all supply cars to anybody
17  else?
18  A   Do we what now?
19  Q   Do you supply cars to anybody else?
20  A   No.
21  Q   Miranda have her own car?
22  A   Yes, she does.
23  Q   All right.   Do y'all have any other

Page 38

1   kind of vehicles, motorcycle?
2   A   (Shakes head no.)
3   Q   And if you'd answer out to her.
4   A   I'm sorry.   No.   We don't.
5   Q   Okay.   Camper?
6   A   No.
7   Q   Boat?
8   A   No.
9   Q   Motor -- or I asked about
10  motorcycle.   Okay.
11      The people that rent from you, that
12  rent structures, I assume they pay their own
13  utilities; is that correct?
14  A   They do.
15  Q   Is that everything, water, cable,
16  everything?
17  A   Yes.   They pay everything.
18  Q   Y'all don't supply any kind of
19  utilities?
20  A   No.   No.
21  Q   Okay.   What about on the house, and
22  I'm talking about now the house you were
23  living in immediately prior to the fire.

Page 39

1   Your home.   What was the typical electric
2   bill there per month?   And I'm just looking
3   for just a ballpark estimate.
4   A   Maybe 150 or 200, something.   I
5   don't -- I guess it's according to how hot or
6   cold it was, you know.
7   Q   Okay.   What about water bill there?
8   A   Water bill, 30s, something 40s
9   maybe.
10  Q   Did it have natural gas?
11  A   No.   Propane.
12  Q   All right.   What was the propane
13  bill?
14  A   We just -- whenever the tank would
15  get close to empty, we'd just call and have
16  them come out there and put gas in it.   So,
17  it's not -- it's only for heat, I guess, for
18  the fireplace, yeah.
19  Q   So mostly just through the winter?
20  A   Yes.   Yes.   For the fireplace.
21  Q   Any idea just roughly what it might
22  average out per month?
23  A   In the -- for the winters?

Page 40

1   Q   Let's say for the three months in
2   the winter.   So let's just say I'll assume
3   it's going to be a regular Alabama winter
4   where it's cold, maybe December, January,
5   February.   What would you think it would be
6   for those three months?   Just your best
7   guess.
8   A   Maybe six.   Five, six.
9   Q   Five, 600?
10  A   Yes.
11  Q   Okay.   That's fine.   That's fine.
12  A   I'm not sure.
13  Q   No, that's okay.
14      Cable.   Do y'all have cable
15  television?
16  A   Yes.
17  Q   Who do you have that with?
18  A   Charter --
19  Q   Charter?
20  A   -- is who we had there.   Yeah.
21  Q   What was that per month?
22  A   It was around 100.
23  Q   Okay.   Did y'all have a land line

Page 41

1 phone?
2    A   We did.
3    Q   You did?  What was --
4    A   It was with Charter.
5    Q   Okay.  What did you pay for that?
6    A   It was in with that 100 I'm talking
7 about, yeah.
8    Q   Okay.  What was the phone number
9 there?
10    A   974-5387.
11    Q   256?
12    A   Yes.
13    Q   974-5387?
14    A   Yes.
15    Q   Okay.  And do y'all have cell
16 phones?
17    A   Yes.
18    Q   Both you and your husband?
19    A   Yes.
20    Q   Okay.  Who is that service with?
21    A   AT&T.
22    Q   What's your cell number?
23    A   Mine is 256-565-3097.

Page 42

1    Q   And what about Willard's?
2    A   His is 6029.  565, yeah.
3    Q   Okay.  Y'all have Internet?
4 Internet service?
5    A   On our phone or on --
6    Q   Is that part of the cable bill as
7 well?
8    A   You're talking currently?
9    Q   I'm talking about at the house right
10 before -- immediately prior to the fire at
11 the house that you lived in.
12    A   Yes, yes.  We did.  We did.  We had
13 it with Charter.
14    Q   Now, was that Charter?  Was that
15 part of the same $100 --
16    A   Yes.  That was a part.
17    Q   -- part of the package?
18    A   Uh-huh, yes.
19    Q   Okay.  That's what they usually say.
20       Y'all have health insurance?
21    A   Yes.
22    Q   Okay.  Who is that with?
23    A   WalMart.

Page 43

1    Q   Okay.  What do you pay for that per
2 month; do you know?
3    A   (No response.)
4    Q   Or per pay period if that's
5 easier?
6    A   Two fifty maybe, something like
7 that.
8    Q   Is that per month?
9    A   Yeah.  No, every two weeks.
10    Q   Okay.  So roughly 500 a month?
11    A   Yeah.
12    Q   Does that cover the whole family?
13    A   It does.
14    Q   Okay.  Is Walker on that insurance
15 as well?  Is he --
16    A   No.
17    Q   And I just want to make sure.  Y'all
18 don't have custody of Walker; he just spends
19 -- mom's working and you --
20    A   Right.
21    Q   Okay.  Gotcha.
22    A   Yeah.
23    Q   All right.  What about your auto

Page 44

1 insurance; you know who that's with?
2    A   Auto Owner's.
3    Q   Do you know what you pay per month
4 for that?
5    A   It's two something I think.  He
6 always goes up there and pays all that.  Let
7 me think.  Because we just put Siresa's other
8 car on there.  We took the Audi off.  Seems
9 like it's two something, though.
10    Q   Okay.  What about food?  What do
11 y'all spend for food and groceries; do you
12 know?
13    A   Maybe $100 a week maybe.  We don't,
14 we don't cook like we did.  You ought to see
15 what we're -- we're living in a little bitty
16 thing.
17    Q   Now, let me make sure I'm clear.
18 When I'm asking, I'm asking about immediately
19 prior to the fire when you were in your old
20 house, the one in the fire.
21    A   Oh, wait a minute.  You better back
22 up.  Okay.  Gotcha.  Yeah, we would have been
23 more then.  So probably maybe $600, something

**Tammy Lynn Cole**                                                          **12**

Page 45

1  like that, I guess.  Yeah.  I'm thinking
2  about now.  Okay.  I'm sorry.
3      Q  No.  That's fine.  And does that
4  change any of your other answers as far as
5  the power, the water, the natural gas, what
6  you -- because, you know, what I'm looking at
7  is what was the situation right when the fire
8  occurred.  So does that change any of your
9  other answers?
10     A  No.  I think it should all be
11 fine.
12     Q  What about eating out?  What do you
13 think y'all spend per month eating out?
14     A  Lord, I know y'all think I'm nuts,
15 but I'm sorry, I don't know.  I really don't
16 know.
17         MR. KENNETH COLE:  If it makes
18 you feel any better, he and I don't know how
19 much we spend eating out every month either.
20     A  I really don't know.  I don't -- I
21 don't know.  This morning we spent $31 at
22 breakfast.  I do know that.  He don't know
23 that, but we did over at IHOP.

Page 46

1  MR. BURKE:
2      Q  Well, I think unfortunately you're
3  going to get the brunt of it.  That's kind of
4  what I was forewarned, was that you were the
5  better person to ask all these questions to.
6      A  Oh, man, yeah.  We ate at home last
7  night, so --
8      Q  And just your best guess.  And
9  again, I understand it varies.  And I'm not
10 trying to -- I'm not looking for an answer
11 like it's, you know, $218.37.  I'm looking
12 for kind of, you know --
13     A  I don't know.  A month?  You're
14 saying a month?
15     Q  Yes.
16     A  I don't know.  A couple of hundred
17 maybe.
18     Q  Two hundred?
19     A  Yeah, sure.  Sure.  We'll go with
20 that.
21     Q  All right.  Either of you smoke?
22     A  No.
23     Q  Okay.  Do y'all have any medical or

Page 47

1  dental bills that aren't covered by
2  insurance?
3      A  Huh-uh.
4      Q  Okay.  What about as far as
5  entertainment and things of that nature, you
6  know, movies, concerts, football games?
7      A  (Nodded head no.)
8      Q  I'm trying to think of what kind of
9  activities.  That seems to be the big three.
10     A  We don't.
11     Q  Do y'all owe any personal loans?  Do
12 you have any -- any credit union, any bank,
13 institution you owe money to?
14     A  No.
15     Q  Okay.  Any individuals you owe money
16 to?
17     A  No.
18     Q  All right.  Any credit card debt --
19     A  No.
20     Q  -- Master Card, VISA?
21        What about -- you mentioned the cars
22 earlier.  Are the cars all paid for?
23     A  No.

Page 48

1      Q  Which ones --
2      A  Smith Motors is who we've got them
3  financed through.
4      Q  And can you tell me -- let me get
5  back to that -- what you owe on each of the
6  cars?  And I'll start with the Mercedes.  Do
7  you know what y'all owe on that?
8      A  Maybe -- probably maybe 9,000.
9  Maybe.
10     Q  And the Chevy truck?
11     A  It's paid for.
12     Q  Paid for?
13     A  It's paid for.
14     Q  And the Audi?
15     A  The Audi, I think it's like 2,000 is
16 owed on it.
17     Q  And the Yaris, I think we agreed
18 we'd call it.
19     A  I know.  Maybe ten.  I don't know.
20 I really don't know.
21     Q  Okay.  And I'll double check with
22 Willard and see if he might have a better
23 information on those.

**Tammy Lynn Cole**                                                    **13**

---

Page 49

1    A   He probably ain't going to know the
2  amount without a receipt.  He may have, and I
3  don't know.
4    Q   Okay.  Are you paying for school for
5  anybody?
6    A   (Nodded head no.)  Siresa graduated
7  in May.
8    Q   Are you helping any of your kids
9  out?  I know you're providing some free day
10  care here and there.
11    A   Yes.
12    Q   But other than that, any financial
13  assistance?
14    A   No.  No.
15    Q   Okay.  Helping out anybody else,
16  elderly parent?
17    A   No.
18    Q   All right.  When did the fire occur;
19  do you recall the exact day?
20    A   February the 10th.
21    Q   And that's 2015?
22    A   Yes.
23    Q   Can you take me through what

---

Page 50

1  happened that day, just, you know, I guess
2  just when you get up that day, kind of step
3  by step from there?
4    A   Yeah.  I guess I cooked breakfast
5  that morning.  I had the baby.  And I had
6  been doing laundry.
7    Q   Did Walker spend the night, or was
8  it -- did somebody bring him there that
9  morning?
10    A   No.  He stayed all night.
11        And me and him was sitting in the
12  recliner.  Willard had done got up and laid
13  back down.  And I smelled smoke, and so I
14  turned around and looked, and I saw smoke
15  coming from underneath the laundry room door.
16  And I jumped up, and I opened the door, and
17  when I did, it was fire coming out of the
18  dryer.  And I run in there and told Willard.
19  And he went out there trying to get the water
20  hose.
21    Q   At the time you first saw it, was
22  the fire -- was it contained to the dryer at
23  that point?

---

Page 51

1    A   Yes, it -- yes, it was.
2    Q   It hadn't spread out to the room
3  yet?
4    A   No.  It was just coming out.
5    Q   All right.  What time of day was
6  this; do you recall?
7    A   I'm thinking it was -- I believe the
8  Price is Right was on for some reason.  I
9  feel like the Price is Right was on.
10    Q   So was that what?  9:30?  10:00?
11    A   It comes on at 10:00.  It comes on
12  at 10:00, yeah.
13    Q   Sometime between 10:00 -- 10:00 and
14  11:00 maybe?
15    A   Oh, yeah, it was before -- yeah,
16  because -- it should be -- I called the
17  insurance company while the fire -- right
18  after I called the fire department.  So
19  whatever time those calls went through is
20  what time everything was going on.
21    Q   Had y'all ever had any problems
22  before where you smelled that, you know --
23    A   No.  No.

---

Page 52

1    Q   -- do you recall with that dryer if
2  this was the first time?
3    A   Yes.  First time.
4    Q   Okay.  And what happened as far as
5  you said Willard went and got a hose and
6  tried to extinguish the fire?  Obviously I
7  know it didn't go all that well, but can you
8  tell me:  Did he have any luck at all in that
9  regard?
10    A   He didn't.
11    Q   Okay.  Did the hose reach enough to
12  even get to the --
13    A   Yeah, but the -- the thing, it was
14  burning into.  The water line, I reckon it
15  burned into, and he couldn't get back in
16  there, you know, to do anything.  And the
17  smoke was so bad.  It was awful.  Me and the
18  baby went out the front door.  And he
19  couldn't get back in the back door.
20    Q   All right.  And again, I just -- and
21  I think you told me this already, but you --
22  the three of you were the only ones in the
23  house at this point in time?

---

**Tammy Lynn Cole**                                             **14**

Page 53

1    A   Yes.

2    Q   So by this time, you're out with the

3  baby, Walker, and he's out, and everybody's

4  --

5    A   Yes.

6    Q   -- and we're just -- who called 911;

7  do you remember?

8    A   I did.

9    Q   Okay.  Did you call from your cell

10  phone?

11    A   My cell phone.  And, the lady, Ms.

12  Brenda, she also called 911.

13    Q   Okay.  And that's one of your --

14  that's your, kind of, immediate neighbor?

15    A   Right behind, yes.  Right behind us,

16  yes.

17    Q   All right.  How long did it take the

18  fire department to get there?

19    A   It seemed like forever, but I'm sure

20  it wasn't.  But it seemed like it was.

21    Q   Okay.  What department responded; do

22  you know?

23    A   Moulton.

Page 54

1    Q   Anybody else come to assist?

2    A   I believe it was another fire

3  department, but I'm not going -- I think

4  Chaylbeate maybe also came.  I think it was

5  Chaylbeate and Moulton.

6    Q   Do you know any of the fire -- did

7  you know any of the firefighters that came to

8  the scene?

9    A   Like personally know them?

10    Q   Uh-huh.

11    A   I mean, I recognize -- well, from

12  working at WalMart, I mean, I recognized

13  some.  As far as personally knowing them, no,

14  I'm -- no.

15    Q   Did you speak with any of the

16  firefighters?

17    A   Speak with them?  What do you mean?

18    Q   In other words, did they ask you

19  what happened, or did you give any kind of

20  statement to any of them?

21    A   I'm sure.  I guess if they asked me,

22  I told them.

23    Q   Okay.  But you don't recall them

Page 55

1  speaking with you?

2    A   Seems like they was asking me.  I

3  don't know.  I don't -- seems like they

4  did.

5    Q   Okay.  Do you know if they asked

6  your husband anything?

7        MR. BURKE:  And can we go off

8  the record just a second?

9        (There was an off-the-record

10  discussion in the deposition.)

11  MR. BURKE:

12    Q   Go back on the record.  Did you have

13  any kind of lengthy session with the

14  firefighters or the fire chief or anybody

15  from law enforcement where they sat down and

16  talked to either you or your husband at the

17  scene of the fire?

18    A   No.  The fire -- the origin of the

19  fire, I mean, they come back.

20    Q   Now, you're talking about Darwin

21  Clark?

22    A   Yes.  Yes.

23    Q   Okay.  Yeah, and I think Mr. Clark

Page 56

1  is somebody that Auto Owner's has hired to

2  come check --

3    A   Yes.

4    Q   -- and determine where the fire

5  started?

6    A   Yes.

7    Q   All right.  When did Mr. Clark come

8  out; do you recall?

9    A   Huh-uh.

10    Q   Okay.  Have you seen his report or

11  do you know the results of his report?  Mr.

12  Clark's?

13    A   Yes.

14    Q   Okay.  Do you know he determined it

15  to be a dryer fire --

16    A   Yes.

17    Q   -- that was accidental that was

18  caused just by a -- kind of a lint build up?

19    A   Yes.  Yes.

20    Q   And I think I was asking you about

21  the dryer.  Never had any previous problems

22  with that dryer?

23    A   No.

**Tammy Lynn Cole**                                                                    **15**

---

Page 57

1    Q  Do you recall what brand it was?
2  What type of dryer?
3    A  No.
4    Q  Okay.  Do you remember when it was
5  purchased?
6    A  No.
7    Q  Or where it was purchased?
8    A  I thought it was Standard Furniture,
9  but I don't know.
10    Q  Okay.  How old was the dryer; do you
11  recall?
12    A  I don't.  I don't.
13    Q  More than five years?
14    A  Yeah.
15    Q  Okay.  And let me ask this:  The
16  house that burned, did y'all build that
17  house?  Did you and your husband construct
18  it, or was it something --
19    A  He -- he did.  He did.
20    Q  Okay.  He built it?
21    A  Uh-huh.
22    Q  Okay.  Do you recall when was it
23  built?

Page 58

1    A  I believe it was either '88 or '89.
2    Q  1988 or 1989.  Okay.  And when you
3  say "he," when Willard built it, did he serve
4  as kind of the general contractor and sub out
5  a lot of it, or did he actually build it
6  himself?  And I know he might be better to
7  ask.
8    A  Yeah.  You better just ask him
9  because I don't know.  I didn't come in until
10  '93, so I don't --
11    Q  Okay.  I understand.  And has any
12  recent work been done on the house?
13    A  Yeah.  In 2011 the tornado had hit,
14  and we had the new roof put on and siding and
15  all kinds of stuff being done.
16    Q  Anything on the interior?
17    A  Yeah, we had closed in -- we had a
18  window in Siresa's bedroom, and we closed it
19  in. --
20    Q  Okay.
21    A  -- then.  And that way we'd have a
22  window on the back side.
23    Q  Have you ever had a fire?  Other

Page 59

1  than this fire, have you ever been involved
2  in a situation where the house caught fire or
3  a car caught fire?
4    A  In '89, I think it was, I had a
5  fire.
6    Q  Was that a house fire or a vehicle
7  fire?
8    A  It's a house fire, yeah.
9    Q  Okay.  What caused that; do you
10  recall?
11    A  It was grease.
12    Q  Grease fire?
13    A  Yeah.
14    Q  Was it contained to the kitchen or
15  was it --
16    A  Yes, it was.
17    Q  -- a total?
18      Do you recall if the insurance
19  company paid that claim?
20    A  They did.  They did.
21    Q  Do you recall what company?
22    A  I don't.  Lord, no, I don't.
23    Q  Okay.  Any other prior fires that

Page 60

1  you've had?
2    A  No.
3    Q  Okay.  Any others -- any that you're
4  aware that Willard may have had?
5    A  No.
6    Q  All right.  Any other immediate
7  family member may have had?
8    A  No.
9    Q  All right.  Have you ever been the
10  plaintiff in a lawsuit?  Ever sued anybody?
11    A  Have I ever sued anybody?  We -- no,
12  not as far as -- I'm thinking about eviction.
13  But no.
14    Q  Okay.  Yeah, other than some
15  evictions on your property?
16    A  No.
17    Q  Okay.  What about the defendant in a
18  lawsuit?  Have you ever been sued by
19  somebody?
20    A  We -- ConAgra one time when we had
21  that dairy farm.  But I think all that's
22  resolved now.
23    Q  Okay.  Tell me just a little bit

---

Page 61

1 about that. I don't want to go into great
2 detail, but what did they sue you guys for?
3     A  It was on some feed. Milk prices
4 bottomed out, feed prices went up, so we just
5 got on out of the dairy because we just -- we
6 couldn't do it all.
7     Q  So, y'all at one point in time had a
8 dairy farm on this land where these houses
9 are now?
10     A  No. Lord, no.  No.  It was in
11 Hatton.
12     Q  Okay.  It was at Hatton?
13     A  Yeah, it was at Hatton.  Yeah.
14     Q  What was the judgment amount; do you
15 recall?
16     A  I don't.
17     Q  And was Willard also a defendant in
18 that case?
19     A  Yeah.
20     Q  Okay.  Let me pull out some of the
21 pictures.
22         (Exhibit No. 2 was marked for
23 identification.)

Page 62

1 MR. BURKE:
2     Q  If I can get this one marked as
3 Exhibit 2. Let me see how many pages. One,
4 two, three, four, five -- I count 11 pages to
5 this exhibit, but I just want to ask you a
6 couple of questions. The first several
7 pictures, I believe, appear to be just
8 outside of the house; is that correct?
9     A  Yes.
10     Q  Okay.  And I'm going to call on
11 these pages -- I'm going to go ahead and
12 number them down here at the bottom, and I'm
13 going to call the top one on each page "A"
14 and the bottom one "B."  So I'm looking at
15 Page 1, Picture A.  Is that how the house
16 looked after the fire?
17     A  Yes.
18     Q  Okay.  And it looks like that
19 there's a screen missing or a window missing
20 from the upstairs kind of the middle section.
21 Looking at Picture B, it looks like there's
22 kind of three upstairs type windows.  Is that
23 -- are those bedrooms?

Page 63

1     A  No, just the attic.
2     Q  It's an attic.  Okay.  Is that where
3 the fire -- was it roughly in that area,
4 where this -- I'm going to point to you what
5 I'm talking about.  Roughly right here
6 (indicating), this middle window of these top
7 three?
8     A  That's where the fire department
9 went in, with the hose and everything.
10     Q  Okay.  But these, Page 1 A and B,
11 that's what the house looks like as we sit
12 here?
13     A  Yes.
14     Q  And I'm going to move on to Page 2.
15 And same thing, these appear to be the side
16 views of the house.  A, which is the top
17 picture, appears to show kind of the corner.
18 And B shows the side of the house with the
19 air conditioning unit.  And again, those
20 accurately reflect how the house looks today?
21     A  Yes.
22     Q  And then I'm going to move on to
23 Page 3.  And Picture A shows, it looks like

Page 64

1 it's maybe -- is that a screen door?  What is
2 that leaning against the side of the house
3 there; do you know?
4     A  Yeah.  It's a glass door.
5     Q  Glass door.  Okay.  Where is that
6 from, do you know, or where was that prior?
7 When the fire occurred, immediately prior to
8 the fire, where was that glass door?
9     A  Well, I don't know.
10     Q  And I guess my question, Tammy:  Was
11 that sitting there before the fire, or was
12 that actually on the house at the time of the
13 fire?
14     A  Well, I don't know.  I do not know
15 because that's white.  Ours was brown, so I
16 don't know.
17     Q  Do you recall -- were y'all -- I
18 assume with y'all being there, were y'all
19 able to let the fire department into the
20 house?
21     A  Yes.
22     Q  Okay.  Did they have to force entry
23 at any point?  In other words, did they break

**Tammy Lynn Cole**                                                           **17**

Page 65

1  any windows?
2      A   They did up there (indicating).
3      Q   Okay.  Just that one on the front of
4  the house in the middle up --
5      A   Uh-huh.
6      Q   All right.  And move on to Page 4.
7  And again, this just shows, I think -- I
8  assume this is the back of the house, and it
9  shows a little bit of a carport?
10     A   (Nodded head yes.)
11     Q   And that's Photo A.  And then Photo
12  B just shows the side of the house and a
13  little bit of the driveway?
14     A   (Nodded head yes.)
15     Q   And that car parked there, there's a
16  truck parked there.  Is that the Chevy truck
17  you mentioned earlier shown in Picture B?
18     A   No, no.  That must be the fire
19  department.  No.  Ours is red -- we didn't
20  even have that truck then.
21     Q   Okay.
22     A   We had that car right there back
23  then (indicating).  That maroon car.

Page 66

1      Q   I don't really have any questions
2  about Page 5.
3          Page 6, what -- do you know what
4  Photo A at the top there shows on Page 6?
5      A   That's our back door.
6      Q   The back door?  Okay.
7      A   Yeah, that's our door.
8      Q   Okay.  Was there any damage to that
9  door, any damage from either the fire or
10  anything dealing with the fire department?
11     A   Probably where they was coming in
12  with those hoses and stuff.
13     Q   Okay.  But is there -- I guess what
14  I'm getting at, I don't see any damage to it.
15  Do you recall if there was any damage done to
16  that door?
17     A   I don't.
18     Q   Okay.  And again, these were
19  pictures, I believe, that were taken by Mr.
20  Clark.  And he probably has taken these just
21  to show that there was not forced entry by
22  the fire department.  A lot of times they
23  have to force entry.

Page 67

1          At the bottom of Page 6, Photo B,
2  now it shows a television set and a nice TV
3  stand, I guess, or I don't know.  If my wife
4  was here, she'd know what to call that --
5      A   Yeah.
6      Q   -- but I don't.  Where is that in
7  the house?
8      A   That's the living room.
9      Q   Living room, okay.
10     A   Uh-huh.
11     Q   All right.  Was the TV damaged?
12     A   Yes.  Yeah.
13     Q   And what about that stand, was it --
14     A   It was.  We sent -- we let ServePro,
15  they took it, but they couldn't do nothing
16  with it either.
17     Q   And that's 6B, okay.  All right.
18          And Page 7, and, again, I'm looking
19  at A.  Is there anything in these pictures
20  that was damaged?  You know, I've been
21  through it.  I've seen a picture, or I've
22  seen mention of the, I guess, that's a wolf
23  down in the bottom right corner?

Page 68

1      A   Uh-huh.
2      Q   Okay.  Was there any damage done to
3  it?
4      A   Just all smoke.
5      Q   Okay.  And what about -- I'm just
6  trying to remember some things that I
7  remember seeing.  There's a -- looks like a
8  wagon on top of the mantle there.  Any damage
9  to it?
10     A   Uh-huh, it's a lamp.  Yeah, smoke.
11  Yeah.
12     Q   Did anybody try to clean those or --
13     A   No.
14     Q   Where are those items now?
15     A   Well, we kept them out there on the
16  carport forever.
17     Q   Okay.  Are they still on the
18  carport?
19     A   No.
20     Q   Where are they now; do you know?
21     A   They done been disposed of.
22     Q   All right.  And then 7B, again, I
23  think shows the TV and the same stand.  And

**Tammy Lynn Cole**                                                    **18**

---

Page 69

1 then it shows, again, a lamp and an end
2 table. Was the end table -- A curio table.
3 Was the end table sent to Service Master?
4    A  It was.
5    Q  Okay. Were they able to do anything
6 with it?
7    A  No.
8    Q  Okay. What about that curio
9 cabinet; was it also sent to Service Master?
10    A  They wouldn't even take it.
11    Q  Okay. Who decided what they would
12 take and what they wouldn't -- Service Master
13 would take and what they wouldn't?
14    A  I can't think of his name. Ron.
15 Ron. Ron. Ron.
16    Q  And was Ron with Service Master?
17    A  Uh-huh.
18    Q  All right. And I move on to Page 8.
19 Can you tell me what room in the house that
20 is?
21    A  It's the master bedroom.
22    Q  Okay. Was there any damage done to
23 the master bedroom?

Page 70

1    A  Smoke.
2    Q  Okay. And what about 8B; is that
3 also the master bedroom?
4    A  That's the master bath.
5    Q  Any damage done to the master bath?
6    A  Smoke.
7    Q  And I'm moving on to Page 9. And I
8 can see some smoke damage it looks like here.
9 And what room is A? Is that the master bath
10 as well?
11    A  It is, yeah.
12    Q  Okay. And do you know what --
13 there's some clothes shown in photo 9B?
14    A  That's Willard's closet.
15    Q  Okay. Did y'all have like a
16 separate -- separate closets?
17    A  We did.
18    Q  Were y'all able to salvage any
19 clothing that belonged to Willard?
20    A  No.
21    Q  Any clothing that belonged to you?
22    A  No.
23    Q  Okay. Any clothing that belonged to

Page 71

1 anybody else?
2    A  No.
3    Q  I assume your daughter probably had
4 some clothes there and maybe Walker?
5    A  Yeah, but we didn't.
6    Q  Weren't able to salvage any
7 clothing?
8    A  Huh-uh, we didn't.
9    Q  All right. Let's go on to Page 10.
10 What is -- on Page 10, what is the top, what
11 I'm going to call photo A, what is that a
12 photo of? Do you know where that is in the
13 house?
14    A  That's the master bedroom.
15    Q  Okay. And was there -- it looks
16 like there may have been a photograph or
17 something, or some sort of picture there? Is
18 that what that was?
19    A  It was.
20    Q  Okay. And then 10B, obviously
21 that's the kitchen?
22    A  Yes.
23    Q  I'm going to come back to that one

Page 72

1 in a minute. See what page that's on. Page
2 11, what does Photo A depict?
3    A  That's Siresa's room.
4    Q  Okay. Was there any damage to that
5 room?
6    A  Smoke, uh-huh.
7    Q  And B, 11B, what does that show?
8    A  The other bathroom.
9    Q  Okay. And again, any damage to that
10 room?
11    A  Smoke.
12    Q  All right. Can I move on from
13 those?
14       Can I get you -- one thing I'm
15 missing that would help me. Can I get you to
16 draw me a layout of the house?
17    A  Yeah.
18    Q  And it doesn't have to be -- I mean,
19 I understand you're --
20    A  Yeah.
21    Q  I'm not an artist either.
22       MR. BURKE: Go off the record
23 just a second and give her some time to do

---

**Tammy Lynn Cole**                                        **19**

Page 73

1  that.
2      (There was an off-the-record
3  discussion in the deposition followed by a
4  break.)
5      (Exhibit No. 3 was marked for
6  identification.)
7  MR. BURKE:
8      Q   Tammy, while we were on break, I had
9  got you to kind of diagram for me where the
10  various rooms were in the house.  And I've
11  got that marked as Exhibit 3.  And is this
12  your diagram here (indicating), Exhibit 3?
13      A   Yes.
14      Q   And you've marked in blue the
15  various -- the bedrooms, kitchen, et cetera,
16  where the rooms were located in the house?
17      A   Yes.
18      Q   And you've made a red mark on the
19  laundry room, which is where the fire
20  started, correct?
21      A   Yes.
22      Q   Okay.  And you've also put on here
23  "front" to show the -- indicate the portion

Page 74

1  of the house that faces the street?
2      A   Yes.
3      Q   Okay.  And "back" which faces away
4  from the street?
5      A   Yes.
6      Q   All right.  I'm going to hold on to
7  this one if I can.  I might use it during the
8  course of things.
9      (Exhibit No. 4 was marked for
10  identification.)
11  MR. BURKE:
12      Q   Let me get that marked as an
13  exhibit.  And Tammy, I'm going to show you
14  what I've marked as Exhibit 4.  Is this the
15  contents list that you submitted to Auto
16  Owner's?
17      A   Yes.
18      Q   Who prepared that contents list?
19  Did you do that?
20      A   Well, the list, yes.  And then the
21  Howarth Group, they helped us with it.
22      Q   What part of it did they do?
23      A   Do what now?

Page 75

1      Q   What part of it did the Howarth
2  Group do?
3      A   They put it into this system right
4  here (indicating).
5      Q   And let me first kind of clear up
6  just for the record who they are.  The
7  Howarth Group, now who are they?
8      A   Chuck Howarth.
9      Q   Okay.  And how is he related to this
10  case?
11      A   They -- when the insurance company
12  wasn't wanting to help us, give us the right
13  kind of money, I don't know if you're
14  familiar with them or not, but John Jolly
15  from the Lawrence County Exchange, the
16  microburst had come through there and the
17  Howarth Group helped him and the Exchange.
18  And so -- and John was telling us and so --
19      Q   So he's an independent adjuster; is
20  that his title?
21      A   No.  He just runs the Exchange, the
22  Lawrence County Exchange.
23      Q   Okay.  So, this is Mr. Jolly?

Page 76

1      A   Uh-huh, John Jolly.
2      Q   And Mr. -- is it Howarth?  That's
3  Chuck Howarth?
4      A   Chuck Howarth.
5      Q   And that's who y'all dealt with?
6      A   And Bruce Whorter?
7      Q   And Bruce?
8      A   Yeah.
9      Q   Okay.  And they're independent
10  adjusters; is that correct?
11      A   I guess that's what you call them.
12      Q   And they're based out of Tennessee?
13      A   They are.  They are.
14      Q   All right.  So, you submitted a
15  contents list to them, and they put it in
16  this form?
17      A   Yes.
18      Q   Okay.  The contents list that you
19  submitted to them, did it have prices on it?
20      A   Some of the stuff did.
21      Q   Okay.  The prices you put on there,
22  how were those determined?
23      A   Just by memory, if I could remember.

**Tammy Lynn Cole**                                                    **20**

Page 77

1    Q   In running through here, I'll look
2  at some of these things.  There are
3  approximate ages on these.  Did you put these
4  ages?  Did you supply the ages for all these
5  items?
6    A   I did.  I did.
7    Q   The Howarth Group didn't supply any
8  of the ages; did they?
9    A   No.  Huh-uh.
10    Q   Okay.  The sales tax, is that
11  something you supplied or put on there, or
12  did the Howarth Group put on there?
13    A   They would have done that.
14    Q   Okay.  The depreciation percent, is
15  that something you determined or the Howarth
16  Group determined?
17    A   They did.
18    Q   Okay.  And the ACV total, which is
19  that far right column, is that something the
20  Howarth Group determined?
21    A   They did.
22    Q   Okay.  Have you had a chance to look
23  through this contents list lately?

Page 78

1    A   Yeah, I did.  I guess it's the same
2  as the one --
3    Q   Is there anything in it that you
4  look back there and in retrospect is
5  incorrect?  Right now you remember that is
6  not correct?  In other words, is there any
7  changes you want to make to the contents
8  list?
9    A   Yeah.  I've got to find where it's
10  at.
11      My grandmother's silver is Page 27.
12  I've got that cleaned.  My mother did; I
13  didn't.  The box is burned, but her silver,
14  momma's got it anyway.  She cleaned it up.
15    Q   Okay.  That's on page, you said,
16  27?
17    A   I don't know.  I thought it was.
18    Q   Do you recall what room it was in?
19  That may help.  I know you've got this
20  divided room by room.
21    A   Let's see.  (Reviews document.)
22  Yeah, 20 -- have we got the same pages?
23      MR. KENNETH COLE:  Antique

Page 79

1  sterling silver.
2    A   Yes, yes, yes.  Right there.  You on
3  27?  Okay.  Yeah, he's got it right here, at
4  the very bottom.
5      No.  That's two different things.
6      MR. KENNETH COLE:  Apparently
7  when they put those -- probably what happened
8  is when they printed it out, the pagination
9  was different.
10    A   There you go.
11  MR. BURKE:
12    Q   I believe it's on page 28?
13    A   Okay.  All right.
14    Q   And that would be -- just to make
15  sure I'm clear, that would be on Page 28 of
16  the exhibit you're looking at, and that's
17  Exhibit 3.  And this is the one that you
18  submitted.  It's got your signature, and
19  that's how we use that to differentiate
20  between the two.  This one, I believe that's
21  your signature on the bottom of the page?
22    A   It is.
23    Q   Okay.  And I don't think our other

Page 80

1  one has signatures on it; does it?
2      MR. KENNETH COLE:  No.
3  MR. BURKE:
4    Q   Okay.  So I'll just use that.  So
5  this one with your signature on Page 28, that
6  would be items -- the second, third and
7  fourth item, and that's the eight antique
8  sterling silver forks, 13 antique sterling
9  silver spoons, and six antique sterling
10  silver knives?
11    A   Yes.
12    Q   Those have been cleaned and are --
13  sounds like you cleaned those?
14    A   Yes.  Yeah, my mother is keeping
15  them.
16    Q   Okay.
17      THE WITNESS:  Don't mark on
18  that?
19      MR. KENNETH COLE:  I don't know.
20      THE WITNESS:  Oh, my Lord.
21      MR. KENNETH COLE:  She's writing
22  on your exhibit.  I don't know if you want
23  her to or not.

Page 81

1   THE WITNESS:  I'm sorry.
2 MR. BURKE:
3     Q   Yeah.  Go ahead.  No, that's fine.
4 I was going to get you to in a second.  You
5 got a little ahead, but that's all right,
6 yeah.
7     A   I'm sorry.
8     Q   If you'll mark those three and just
9 put a little -- and again, let me give you
10 this red pen to use just because it's easier
11 to find.
12    A   Right.
13    Q   And if you can put a -- whatever
14 kind of symbol, a little star next to those
15 to indicate that those have been removed from
16 the claim?
17    A   (Complies.)  Okay.
18    Q   Okay.  Are there any other items,
19 any other changes you want to make, anything
20 else that, you know, that you found out later
21 somebody has, and again, this happens, you
22 know, something ends up being, like you said,
23 it turns out to be that it's cleanable or

Page 82

1 repairable or something you thought may have
2 been in the house that you've since found
3 that, oh, goodness, you know, my daughter had
4 grabbed that iPad two weeks ago, and it's
5 over at her place and it didn't -- is there
6 anything else you can think of or any other
7 changes that you want to make to that list?
8     A   No.  That's the only thing.  That's
9 the only thing I know of.
10    Q   All right.  Do you need a second to
11 run through this list?
12    A   No.  That's fine.
13    Q   All right.  And this is your
14 contents claim, you and your husband's
15 contents claim to Auto Owner's, correct?
16    A   Yes.
17    Q   All right.  I'll get that back from
18 you.
19    A   Okay.
20    Q   And we'll submit that over.
21    A   Okay.  Y'all wouldn't believe how --
22 can I talk?  How old that thing was, that
23 silverware.  It burned the box.  It was in

Page 83

1 the -- from the Rogers Department Store, the
2 wood box, it burned it.  Uh-huh, it's burned
3 on that wood on there.
4     (Exhibit No. 5 was marked for
5 identification.)
6 MR. BURKE:
7     Q   I need this one marked as well.
8 Okay, ma'am, I'm going to show you what I've
9 marked as Exhibit 5.  Do you recognize that
10 document?
11    A   I don't remember this document.  But
12 yeah, I guess I did.  I signed it.
13    Q   And it's title is a Proof of Loss?
14    A   Okay.
15    Q   And is that your signature down at
16 the bottom?
17    A   It is.
18    Q   Okay.  And is that your husband's
19 signature as well?
20    A   It is.
21    Q   Okay.  And y'all signed this it
22 looks like -- I don't know if that's the date
23 on it or not.  Looks like y'all signed this

Page 84

1 before a notary in Lawrence County.  Do you
2 remember going to the notary and doing this?
3     A   Yeah.
4     Q   All right.  And what this is, part
5 of what I'm trying to do today is to figure
6 out what is your claim and the amount of
7 claim to the insurance company I represent.
8 So, looking up here, do you see where the
9 numbers are kind of in the middle there?
10    A   Yes.
11    Q   Okay.  And the first number it has
12 there it says "Building," and you've written
13 down or you and your husband have written
14 down $188,020.67.  Do you know where that
15 number came from?
16    A   It was on the appraisal.
17    Q   Okay.  And who made that appraisal?
18    A   Arthur -- I don't know how to say
19 his last name.
20    MR. KENNETH COLE:  I don't know.
21 She's referring to a gentleman with the
22 Howarth Group.
23    THE WITNESS:  Yeah.

**Tammy Lynn Cole**                                                    **22**

---

Page 85

1       (Exhibit No. 6 was marked for
2   identification.)
3   MR. BURKE:
4       Q   Okay.  Is this the appraisal off --
5   let me get this marked as well.  Tammy, I'm
6   going to kind of skip on over to 6 and show
7   you what I've now marked as Exhibit 6.
8       A   Yeah, that's --
9       Q   Is this the appraisal you're
10  referring to?
11      A   Yes.
12      Q   Okay.  And that was done by somebody
13  with the Howarth Group?
14      A   Yes.
15      Q   Okay.  Do you know when it was done,
16  when this appraisal was performed?
17      A   Okay.  I don't remember without
18  looking at the date on it.
19      Q   That's fine.  Okay.  It says here
20  it's entered 4/4/2015.  Does that seem about
21  right to you?
22      A   When they typed it up?
23      Q   Yes.

---

Page 86

1       A   Yes.
2       Q   All right.  So your number, your 188
3   on Line 1 for the building, and you've got
4   that down, same number again under damage
5   amount, that is straight from this appraisal,
6   correct?
7       A   Yes.
8       Q   Okay.  And then the next line over
9   on No. 1, it says "policy limit."  And policy
10  limit you have down $179,000; is that
11  correct?
12      A   Yes.
13      Q   Okay.  And then the third line, the
14  third column says "amount claimed under any
15  other policy," and you have zero.  Okay.  Do
16  you have any other insurance policies?
17      A   No.
18      Q   Okay.  Not with Auto Owner's,
19  Owner's or any other insurance company?
20      A   For?
21      Q   For this building, covering this
22  house?
23      A   Dwelling?

---

Page 87

1       Q   The dwelling, of course.
2       A   No, no.
3       Q   All right.  And then you've got
4   other insurance policy number and obviously
5   you've got "NA."
6       On Line 2, it says "personal
7   property," and you've put "open."  Why is
8   that?  Can you explain that to me?
9       A   Because we hadn't settled on the
10  personal property.
11      Q   Okay.  If I took Exhibit 4, this
12  contents list, and added up all the numbers
13  that the Howarth Group has come through here
14  under ACV and added all these pages up, and I
15  have no idea what that would come to, but
16  somebody will eventually do it, would that be
17  your property claim?  Is that what y'all are
18  claiming as far as personal property?
19      A   Yes.  Yes.
20      Q   All right.  And then, are there any
21  additional expenses?  I see there you've
22  written "open."  Are there any additional
23  expenses that you're claiming?

---

Page 88

1       A   There are.  Our living expense.
2   Rent.  Which they done the hotel and they
3   rented us a house for three months.  And this
4   is one thing that really did aggravate me
5   with them.
6       Q   Okay.
7       A   They -- after three months of
8   renting the house, that was it.  They cut it
9   off.  They cut the furniture off.  And that's
10  when we moved back to one of our properties.
11  And verbally they said that they would pay us
12  the rent on our property, but they did not.
13  They have not paid us a penny.  No more have
14  they paid us.
15      Q   Okay.  So they, and again, just
16  trying to make sure I understand.  Your
17  testimony is that they have paid you
18  additional living expenses for three months.
19      A   Three months, and plus the hotel.
20  We stayed up there at the hotel probably six
21  weeks.  It's a paper somewhere that's got
22  that on it, the total that they done.
23      Q   Okay.  But since then, after that

---

**Freedom Court Reporting, Inc**                         **877-373-3660**

**Tammy Lynn Cole**                                                          **23**

Page 89

1  three months period ended -- in other words,
2  let me just go back.
3       After the fire, the night of the
4  fire, I assume you went to a hotel?
5       A   We did.
6       Q   Okay.  Do you know what hotel you
7  went to; do you recall?
8       A   Day's Inn.  That's where we --
9       Q   How long did y'all stay at the Day's
10 Inn?
11      A   We stayed there six weeks, close to
12 two months.  Somewhere in -- somewhere in the
13 range in there.
14      Q   Stayed six to eight weeks?
15      A   Yes.  Because see, the fire was
16 February 10th.  We moved in the hotel -- I
17 mean, in the house April -- the first of
18 April, somewhere in there.  So they paid the
19 hotel up until then.
20      Q   So they paid -- the insurance
21 company paid the hotel.  And did they pay
22 another -- and again, I'm just trying to make
23 sure I'm clear.  Did they pay another three

Page 90

1  months over that?
2       A   Over the hotel?
3       Q   Over the hotel?
4       A   They paid three months at a house.
5  See, they was supposed to find us a house.
6  And they couldn't find us a house.  So a lady
7  I work with, she sold her house to Bruce
8  Gordon Realty.  She bought a house from him
9  and sold her house.  So in the meantime, he
10 agreed to rent us that house.  So, we did for
11 three months, and that's what they paid is
12 three months.
13      Q   How much was the rent there; do you
14 know?
15      A   It was 725 or 750.
16      Q   All right.  And then, from Bruce
17 Gordon's house at the end of that three
18 months -- so basically, you had six to eight
19 weeks at the hotel they paid for, and then
20 you had three months at the house that Bruce
21 Gordon owned that you and your husband
22 rented, and then you moved back to a house on
23 your own property?

Page 91

1       A   Yes.
2       Q   Okay.  And they haven't paid you
3  anything from the day you left Bruce Gordon's
4  house?
5       A   They have not.
6       Q   Okay.
7           MR. KENNETH COLE:  Off the
8  record.
9           (There was an off-the-record
10 discussion in the deposition.)
11 MR. BURKE:
12      Q   Back on the record.  And the rent at
13 that house, this is the other -- was 350 a
14 month?
15      A   Yes.
16      Q   Okay.  Any other additional expenses
17 that they didn't pay?
18      A   No.  I mean --
19      Q   All right.  Talking about the debris
20 removal, who did that; do you recall?
21      A   We did and some people he got to
22 help but.  The dumpster was $400 for one
23 time.

Page 92

1       Q   And when you say for one time,
2  that's each time you took it and dumped it?
3       A   No.  When they come and got it, it
4  was $400.  Yeah.
5       Q   How many times did they have to come
6  get it?
7       A   We just done it one time, because,
8  oh, my God.  So, we just had to haul it
9  ourselves.
10      Q   Who else helped with that process?
11 Can you give me some other names of some of
12 the other people that helped y'all with
13 that?
14      A   Our kids.  And then Andy somebody.
15      Q   Did y'all pay any of these people?
16      A   Yeah, he paid them.
17      Q   Do you recall what he paid?  Well, I
18 assume when you say "he," Willard?
19      A   Yeah, what Willard paid.
20      Q   What Willard paid?
21      A   I don't know what all -- I don't
22 know how much he paid them.
23      Q   Okay.  And then again, getting back

Page 93

1  to Exhibit 5, which is the Proof of Loss
2  form, you've added up -- come down here and
3  put down the number 188,020. Basically just
4  brought down -- and I'm looking now next to
5  the section that says the "whole loss and
6  damage was." So, now, that would be
7  incorrect; is that right? Because if I
8  understand what you're telling me today is
9  all that really is is the house, that
10 188,020 --
11     A  Yes. Uh-huh.
12     Q  -- 57, that doesn't include the
13 property, personal property and doesn't
14 include any claim for additional living
15 expenses?
16     A  Yes, that's right. That's right.
17     Q  Okay. And then you've got "less
18 depreciation" here of 22 562 48. Is that
19 depreciation on the house, on the dwelling?
20     A  Yes.
21     Q  All right. And how was that
22 figured? Was that something that the --
23     A  That they did on their estimate.

Page 94

1      Q  -- that Howarth that shows up in
2  Exhibit 6?
3      A  Yes.
4      Q  Okay. And then you've got "less
5  deductible $1,000," and that's obviously your
6  deductible?
7      A  Yes.
8      Q  And so you've got a total amount
9  claimed of 164 458, looks like 18. All
10 right.
11         Is that your claim as we sit here
12 for the dwelling?
13     A  For the dwelling, yes.
14     Q  For the dwelling, okay. Not
15 including the personal property or additional
16 living expenses?
17     A  Yeah, that's right.
18     Q  Okay. What have you received to
19 date as we sit here on the dwelling? I know
20 there have been some payments made.
21     A  It was a check for 30 something
22 thousand -- 30 just a few thousand, and then
23 a check for 9,000 and something.

Page 95

1      Q  So, approximately 33,000 and
2  approximately 9,000?
3      A  Yeah.
4      Q  Okay. Have y'all done any repair
5  work to the house?
6      A  He has started.
7      Q  Has he -- and again, when you say
8  "he," you're obviously referring to
9  Willard?
10     A  Willard, now, yeah. Uh-huh, yes.
11 Right.
12     Q  So sometimes it's rough for them to
13 read this down the line.
14         Has he submitted any of his bills,
15 any of his material cost receipts to Auto
16 Owner's for any of the repair work that's
17 been done?
18     A  He has not.
19     Q  Okay. Does he plan on doing that?
20 I mean, do you know of any -- does he plan on
21 submitting those to the insurance company?
22     A  I guess so whenever we --
23     Q  All right. Let's see. And I'm

Page 96

1  going to jump now back to your contents list
2  that was Exhibit 4. And do you have on this
3  list -- there's quite a few things here. Do
4  you have any receipts showing the purchase of
5  any of these items?
6      A  I don't.
7      Q  Okay. How would y'all typically pay
8  for these things? I mean, are any of them by
9  check, credit card?
10     A  Most all of it be just by cash or
11 regular debit card, I guess. Standard
12 Furniture. Now there was some of the stuff
13 was bought at Standard Furniture.
14     Q  Okay. Where do y'all have accounts?
15 Where do you bank?
16     A  CBS Bank in Moulton.
17     Q  CVS?
18     A  CBS.
19     Q  CBS. And do y'all have a checking
20 account there?
21     A  We do.
22     Q  Is it in both names, yours and
23 Willard's?

Page 97

1   A   It is.

2   Q   Okay.  And savings account as well?

3   A   No.

4   Q   Just one checking?

5   A   Just checking, yes.

6   Q   Okay.  Do y'all have any other

7   accounts at any other financial institutions?

8   A   No.

9   Q   Do y'all have any brokerage

10  accounts?

11  A   No.

12  Q   Merrill Lynch, those kind of places?

13  A   No.

14  Q   All right.  So the one -- would it

15  be fair to say then that if we pull those

16  bank records that your income is pretty much

17  what goes into that account?  Is everything

18  that's made put into the account?  In other

19  words, is your check directly deposited?

20  What you get from WalMart?

21  A   Oh, no, wait a minute.  WalMart is

22  through Woodforest.  I'm sorry.

23  Q   That's all right.  Woodforest?

Page 98

1   A   Yeah.

2   Q   And is that just, again, checking

3   account?

4   A   Yes.

5   Q   Is it just your name?

6   A   Yes.  That's just WalMart.

7   Q   And WalMart check is, I assume,

8   directly deposited?

9   A   They are.

10  Q   Everybody seems to do that these

11  days.

12  A   They are.

13  Q   Okay.  What about Willard's social

14  security check, is it directly deposited?

15  A   To CBS Bank.

16  Q   Okay.  So then if we took both of

17  the -- statements from both of those banks,

18  would that show -- I mean, does everything go

19  directly into those two accounts?  In other

20  words, would that show y'all's total income?

21  A   Well, I mean, no, because we don't

22  deposit all of it.  Lot of times he just

23  goes -- when they pay him with the cash, he

Page 99

1   goes, and he pays the bills.  So he don't

2   just -- what I'm saying, it don't all go to

3   the bank.  Because we have had people wrote

4   bad checks, so we just don't go that route.

5   Q   Okay.  Let me rephrase that a little

6   bit and ask another way.  Is there any income

7   that y'all have coming other than his social

8   security, your work income from WalMart, and

9   the rental income from the rental properties?

10  Is there any other sources of income y'all

11  have?

12  A   No.

13  Q   All right.  And we went through

14  earlier, you know, no mortgage.  You kind of

15  went through roughly your monthly bills, just

16  kind of ballpark on those.  Is there anything

17  else, anything you can think of that I didn't

18  mention that you might have as far as a

19  regular, you know, on-going monthly expense?

20  A   Huh-uh.  Standard Furniture.  I

21  mean, we pay Standard Furniture every month.

22  Q   What do you owe Standard Furniture;

23  do you recall?  Well, let me ask this:  What

Page 100

1   do you owe them?  What's the total due to

2   them?

3   A   I think it's like 1700 right now.

4   We pay 200 a month, I believe that's right.

5   Q   And do you recall what you're paying

6   on, what furniture?

7   A   Right now it's a washer and dryer.

8   Q   At the time of the fire, did you owe

9   Standard Furniture anything?

10  A   We did.

11  Q   And what did you owe them at the

12  time of the fire?

13  A   We owed them -- how much did we owe

14  them at the time of the fire?

15  Q   Yes.

16  A   Let's see.  I don't know.  I knew we

17  just bought that bedroom suit, entertainment

18  center.  I don't know.  We -- I can find out,

19  but I do not know.

20  Q   Okay.  We can find out.  That's

21  fine.

22  A   We pay $200 a month.  I do not know.

23  Q   All right.  And you said you just

Page 101

1  bought the entertainment center.  Is that the
2  --
3      A   That thing you was talking about
4  earlier.
5      Q   That the TV was sitting on?
6      A   Yeah.  We bought that in, I think,
7  2011.
8      Q   And that's what the TV in the living
9  room was sitting on?
10     A   Uh-huh.  And the TV.
11     Q   And the TV as well from Standard
12 Furniture?
13     A   It was, uh-huh.
14     Q   Okay.  And what about the bedroom
15 suit?  Which bedroom suit?  Was that the
16 master bedroom?
17     A   Yeah, the sleigh bed and then the
18 mattresses.
19     Q   All right.  And again, I'm sorry I'm
20 jumping around just a little bit --
21     A   That's all right.
22     Q   -- but can you tell me what rooms in
23 the house -- and the diagram, Exhibit 3, may

Page 102

1  help a little bit.  What rooms in the house
2  suffered flame damage, actual burn damage?
3      A   The laundry room, the kitchen.  Of
4  course, the attic.  I mean, there was flames
5  coming out of the roof.
6      Q   Any of the other rooms suffer any
7  flame damage?
8      A   Actual flames?
9      Q   Right.
10     A   No, huh-uh.
11     Q   Okay.  What about as far as damage,
12 and I'll preface this by they do their best,
13 you know, they do what they've got to do, but
14 I'm sure there was water sprayed on this
15 house.
16     A   There was.
17     Q   What rooms, was the water damage
18 contained mostly to these same three areas,
19 the laundry room, kitchen and attic, or was
20 there water damage elsewhere?
21     A   No.  I think it would only be in
22 that area.
23     Q   Basically that area?

Page 103

1      A   Yeah.
2      Q   Okay.  Do you know if the fire --
3  when the fire department got there, how
4  quickly did they extinguish the fire; do you
5  know?
6      A   I don't know.  I know they wouldn't
7  -- he wouldn't let me back in for awhile
8  until they said it was safe for me to go back
9  in.
10     Q   Okay.  How soon were you able to get
11 back in the house?
12     A   Gosh, I'm so sorry, but I don't
13 know.
14     Q   That's okay.  Just do your best.
15     A   I really don't know.
16         MR. KENNETH COLE:  If you don't
17 know, you don't know.
18     A   Okay.  I really don't.  Stanley came
19 out there, though, right -- yeah.
20         MR. KENNETH COLE:  Let me just
21 say this:  Sometimes he needs to know what
22 you can remember, and sometimes, you know,
23 it's fair to tell him what you can't

Page 104

1  remember.
2      A   Okay.  I got that right.
3          MR. KENNETH COLE:  So don't feel
4  guilty about it.  Just answer the best you
5  can.
6  MR. BURKE:
7      Q   What I want -- do you know --
8  sometimes a fire, for whatever reason, will
9  tend to kind of burn themselves out, and
10 sometimes they just tend to, you know, spread
11 quickly.  Do you have any idea -- did anybody
12 ever mention to you, as to this particular
13 fire, was it something they had a hard time
14 putting out, or was it -- and you may not
15 know the answer to that.  Nobody may have
16 ever said anything to you.  And what I'm
17 trying to do, I'm trying to get an idea how
18 much water they -- you know, what efforts
19 they used.  And I may be better off talking
20 to the fire department, quite honestly.  But
21 do you recall -- and let me start that
22 question again.  Do you have any idea how
23 long it took them to put this out or where

Page 105

1  the water damage of water --
2    A  I don't.  I don't know.
3    Q  Okay.  Was the water -- let me say
4  this:  Was the water more or less -- again, I
5  assume it didn't get in the bedrooms, didn't
6  get over on the far side of the house.  Would
7  that be fair?
8    A  I don't guess unless it was hot
9  spots there, and I say I don't know.  I don't
10  know about that.
11    Q  To the best of your knowledge, and
12  again, I'll confirm this with somebody else,
13  but to the best of your knowledge, the water
14  damage was mostly around this red dot we
15  put --
16    A  Right.  Right, yes.
17    Q  -- in the general vicinity where
18  there was flame damage?
19    A  Yeah.  Yeah.
20    Q  Okay.  And what about the smoke
21  damage?  What rooms were damaged with smoke?
22    A  The smoke was everywhere.
23    Q  So smoke got the entire house?

Page 106

1    A  Yeah.  At the two back bedrooms, it
2  didn't get as bad, but yes, it still, even
3  though -- it still got underneath all that
4  stuff.
5    Q  Okay.  Now, when you say the two
6  back bedrooms, you pointed towards where we
7  put the front of the house.  Can you --
8    A  Right here (indicating).
9    Q  -- be more specific?
10    A  Yes.  And when I say -- I'm sorry.
11  When I say "the front," I'm talking about all
12  the way -- because our porch goes all the way
13  down.  Yeah.
14    Q  Okay.  So you're talking about these
15  bedrooms that would be, if you're facing the
16  front of the house, the two on the far left
17  end of the house?
18    A  Yes.
19    Q  Okay.  Front and back?
20    A  Yes.
21    Q  And whose bedrooms are those?
22    A  It's our baby daughter's and a extra
23  bedroom.

Page 107

1    Q  Is that Siresa and an extra bedroom?
2    A  Uh-huh.  A junk room about what you
3  call it.
4    Q  I think we all have one like that.
5    A  Oh.  You ain't got one like that
6  one.
7    Q  Okay.  Do you know the square
8  footage of this house?
9    A  It's somewhere between 17 and 19,
10  I'm not -- I'm not -- I'm not positive about
11  that.
12    Q  1700, 1900?
13    A  Yeah.
14    Q  I'm getting this for the record.
15  All right.
16      And I could get this from looking,
17  but just asking you would probably be
18  quicker.  How many bedrooms and how many
19  bathrooms?
20    A  Three bedroom, two bath.
21    Q  Okay.  Has the house been refinanced
22  at any time in the past, like, five years?
23    A  No.

Page 108

1    Q  Made any effort to refinance it in
2  the last five years?
3    A  No.
4    Q  Okay.  And one of my questions and I
5  think you've already answered this or started
6  to:  Obviously, y'all plan to repair the
7  house?
8    A  Yes.
9    Q  And you've not given a statement to
10  anybody since the fire that you can recall?
11    A  No.
12    Q  And certainly not given a formal
13  statement to anybody?
14    A  No.
15    Q  You may have spoken with the fire
16  department briefly or Darwin Cook briefly,
17  but no formal statement?
18    A  No.
19    Q  Okay.  Who all have you spoken to
20  from Auto Owner's; do you recall?
21    A  Stanley and David.
22    Q  Anybody else?
23    A  Jennifer, which was through -- for

Page 109

1 the housing.
2    Q   Anybody else you can recall?
3    A   I don't remember the man's name on
4 the furniture.  I don't know.  It may be on
5 my phone, but I don't remember his -- I think
6 I only spoke with him that one time.
7    Q   All right.  And you said Service
8 Master was hired to clean some of the items?
9    A   Yes.
10    Q   Okay.  Is that somebody you picked
11 out to do the cleaning or --
12    A   No.
13    Q   How did you come into contact with
14 Service Master?  Is it Service Master or
15 ServePro?  I've heard different --
16    A   I don't know.  Service -- I don't
17 know which one.  Service Master, Service Pro.
18 The insurance company is who sent them.
19    Q   Okay.  Can we do this; can we just
20 have an agreement that we'll -- whatever it
21 turns out to be, it's either Service Master
22 or Service Pro; it's one or the other?
23    A   Yes.  That's fine.  That's fine.

Page 110

1    Q   All right.  Get these marked up.
2 I've got another round of pictures I want us
3 to go through.  Tammy, these are pictures
4 that were sent to me yesterday.  One, two,
5 three, four, five, six -- I count 14.  And
6 I'm not going to go through these line by
7 line, photo by photo.  But I just kind of
8 wanted to ask you in general.  When I asked --
9 one of the things I asked you to bring today
10 or asked to be produced prior to this
11 statement was some pictures taken inside the
12 house before the fire.  And it looks like
13 there's quite a few pictures of Mr. Walker in
14 here.
15    A   Yeah.
16    Q   And maybe some holiday pictures and
17 some of the family watching some of the
18 Alabama games?
19    A   Yes.  That's it.
20    Q   But these pictures, these accurately
21 reflect the way the house looked at that
22 point in time?
23    A   Yes.

Page 111

1    Q   And these photographs, there's
2 nothing in there that you see that was
3 removed prior to the fire that was broken or
4 lost or replaced?
5    A   I didn't know she sent that one of
6 him biting his toe.
7    Q   There's a couple good ones in there.
8       MR. KENNETH COLE:  What exhibit
9 is this?
10       MR. BURKE:  This is Exhibit 7.
11       (Exhibit No. 7 was marked for
12 identification.)
13 MR. BURKE:
14    Q   But I'll let you look through that
15 real quick.  Is there anything in there, the
16 items in there, and again, there's some of
17 them that don't show a whole lot, to be
18 honest with you, and again, not that I would
19 expect them to.  These are holiday pictures
20 and pictures of the family.  But it's
21 something that helps -- kind of helps the
22 insurance company go, okay, well, there's
23 that sofa they were talking about.  There's

Page 112

1 that, you know.
2    A   Right.  Right.
3    Q   But is there anything in there you
4 see that was not there at the time of the
5 fire or that had changed in any substantial
6 form or fashion?
7    A   No.
8    Q   Okay.  I'm going to mark that just
9 as No. 7.
10       (Exhibit No. 8 was marked for
11 identification.)
12 MR. BURKE:
13    Q   All right.  And I'm going to move on
14 to No. 8.  And these are some other pictures
15 that were supplied to me that I've marked as
16 Exhibit 8.  And this one is set up, the way
17 it unfortunately downloaded, a little bit
18 differently, and I say that because it's
19 several smaller pictures, I believe, with 16
20 on each page.  So if I can, I want to go
21 through those, and again, I'm going to --
22 starting with the top row, I'm going to, you
23 know, label each page.  And they're actually

Page 113

1 labeled at the bottom 1 through 20. And I'm
2 going to start and I'm going to call the top
3 Row A and one B, C and the very bottom one,
4 toward the bottom of the page, Row D.
5    A  Okay.
6    Q  And then across the top, I'll call
7 the one to the far left, Row 1 and Row 2, Row
8 3 and Row 4, and that way we can kind of have
9 an idea and make sure we're all referring to
10 the same picture. And I'll show you kind of
11 what I'm getting at. You know, A, B, C, D.
12 So I talk about picture B3, I'd be looking at
13 this one here (indicating).
14    A  Okay.
15    Q  All right. Can you tell me -- I'm
16 looking down here at picture D2. What does
17 that show?
18    A  That's the piano -- a little piano.
19    Q  Okay, uh-huh. What kind of piano?
20 Is that an adult piano? I just can't tell
21 from the picture. Is it --
22    A  No. It's a kid's --
23    Q  -- children's toy?

Page 114

1    A  It is a kid's, yeah.
2    Q  Okay. Where was that piano located;
3 do you recall?
4    A  Yeah. It was in the kitchen right
5 by the desk. Uh-huh.
6    Q  All right. And it looks like most
7 of these, and again, just running through it,
8 picture A1, is that the kitchen?
9    A  Yeah. As you walk -- when you come
10 in the back door, yeah, the desk and all,
11 yeah.
12    Q  Okay. What about A4? What is that
13 a picture of?
14    A  That's the master bath.
15    Q  Master bath, okay. All right.
16    Let's see. And C3, can you tell
17 what that is?
18    A  That's above --
19    Q  Is that the attic?
20    A  Yeah. I'm looking just up taking a
21 picture of it.
22    Q  It's not somebody inside the attic;
23 that's just looking up --

Page 115

1    A  Looking up.
2    Q  -- from the floor?
3    A  Yes. Yes. Uh-huh.
4    Q  All right. I'm going to go on to
5 the next page. In this one, it looks like
6 we've got five columns. I'm going to have to
7 add a D (sic). I'm going to do the same
8 thing. A will be the top, B, C, D, and E
9 will be the bottom row. And we have Row 1,
10 2, 3, and 4 across the top. So again,
11 looking at Row D, Pictures 1, 2, 3 and 4, are
12 those all Willard's clothes?
13    A  No. Those are mine.
14    Q  Okay. Your clothes?
15    A  Uh-huh.
16    Q  Okay. Where were these clothes
17 located? What bedroom or what --
18    A  The master, mine. Yeah, master
19 closet.
20    Q  Were they in the closet?
21    A  They was.
22    Q  Okay. I think that's all I have on
23 that particular page. And Page 3, kind of

Page 116

1 the same thing. I'm going to mark A through
2 E for the rows and then 1 through 4 for the
3 columns. And without having to repeat that,
4 I'll just do that on every page.
5    A  That's fine. That's fine.
6    Q  Okay. I'm looking first at Photo
7 B1. It appears to be a photograph that's
8 kind of melted. Where was that photograph
9 located?
10    A  It was on the fireplace.
11    Q  On the fireplace, okay. All right.
12    And E1 through 4, those depict the
13 kitchen, the cabinets?
14    A  Yes. Yes.
15    Q  Okay. On Page 4, Column E, when
16 were those pictures taken; do you know? And
17 I guess my question is this: Is this kind of
18 showing the repair work being done?
19    A  Yeah, that's when we was gutting it
20 out, yeah.
21    Q  Okay. And that's pictures 1 -- I
22 mean, Column E or Row E. It would be Column
23 1, 2, 3, and 4, and they all depict repair

Page 117

1  work having been done?
2    A  Yes.
3    Q  And the same would be true of D3 and
4  4?
5    A  Yes.
6    Q  Okay.  And I don't see anything on
7  Page 5 I want to ask you about.  Moving on to
8  Page 6, the different jewelry items.  On a
9  great majority of these in the pictures, and
10  again, sometimes the pictures can be a little
11  bit deceptive.  But I'm not seeing --
12        MR. KENNETH COLE:  You said Page
13  6.  You meant 7?
14  MR. BURKE:
15    Q  I'm saying Page 7.  I'm sorry.  I
16  skipped Page 6.  On the jewelry -- and this
17  goes 7, 8, 9, just kind of all the jewelry.
18  Where was the jewelry located?  Can you tell
19  me what room it was in, first of all?
20    A  Some of it was in the master
21  dresser, and then there was a pull-out thing
22  in the desk.  In that desk that you was
23  talking about while ago and I told you you go

Page 118

1  to the back door, there was a little pull out
2  in there and I had jewelry on it.
3    Q  Okay.  Some of it was inside the
4  desk and some of it was inside the dresser?
5    A  Uh-huh.  And then I had some, it was
6  in a fire box that actually the fire -- that
7  Darwin you was talking about?
8    Q  Yes, uh-huh.
9    A  Because they had asked me was there
10  anything in the utility room.  They actually
11  found -- I can tell you this.  Siresa's class
12  ring, that was one thing that was on that --
13  we had this antique phone, and they found her
14  class ring.  But anyway, I had two fire
15  boxes, and so I told them, because I knew
16  about where they was at in that laundry room,
17  and they got them out.  So some jewelry was
18  in it.
19    Q  Okay.  Are you making a claim for
20  any of this jewelry?
21    A  Yeah, because I -- I mean, I'm not
22  keeping it.
23    Q  But what -- I guess I'm getting at

Page 119

1  what damage has been done?  Can you -- and
2  I'll start with Page 7 -- and let me just
3  mark these real quick.  Page 7, Picture B1,
4  that looks like -- is that a broach of some
5  sort?
6    A  It's a belt buckle.
7    Q  Okay.  And forgive me, again.  My
8  wife would understand all this.  Some of it
9  I'll hit and some of it I won't.  I'm a
10  little better around Christmas since I've
11  been looking in that area.  What was wrong
12  with the belt buckle?
13    A  It was just smoke -- it was smoked
14  up awful.
15    Q  Okay.  You know, and again, looking
16  at some of these other pictures, and I'll go
17  down to D3, it looks like an Alabama charm
18  bracelet?
19    A  It is.
20    Q  Okay.  You know, again, and I'm just
21  looking here from the picture, I'm not seeing
22  a whole lot of smoke damage to it is why I'm
23  asking.  Is that why you're making a claim

Page 120

1  for that; is it smoke damage?
2    A  Yes, smoke damage.
3    Q  Okay.  So, all the jewelry -- and it
4  may be easier to do it this way:  Can you
5  look through Pages 7, 8, 9, 10, 11, 12, 13,
6  14, and through half of 15, all the jewelry,
7  and tell me is there any of the jewelry on
8  there that you're claiming anything other
9  than smoke damage?  So, that would be 7
10  through -- again, part way through -- about
11  halfway through 15.  Say through Row C of
12  Page 15.
13    A  (Reviews document.)  No.  I mean, it
14  wasn't melted.  I mean, what was in that one
15  case might have been melted some, but that
16  there was burned (indicating).  That kind --
17    Q  Okay.  What are you looking at?
18    A  The sheriff thing.  That was from
19  Calico out in California.  Now that was
20  burned.
21    Q  Let me find that.
22    A  It's on 14.
23    Q  So, you're looking at the sheriff's

Page 121

1  badge?
2  A  Uh-huh.
3  Q  And that is Page 14, Column -- I
4  mean, Row A, Column 2?
5  A  Yeah.  That was some of that stuff
6  that was in that fire box I was talking about
7  was in the laundry room.
8  Q  Okay.  Is there anything else?  Any
9  of the other jewelry that has anything other
10  than smoke damage?
11  A  Huh-uh.  No.
12  Q  And if you need a second to look at
13  all this, I know it's several pages.  As a
14  matter of fact, if that's all right, why
15  don't we take a quick break?
16      (There was a recess in the
17  deposition.)
18  MR. BURKE:
19  Q  Tammy, I think when we left off I
20  had asked you about a couple of pictures that
21  appeared to be of some people -- this is on
22  Page 4 -- doing some of the little repair
23  work.  And it looks like kind of the same

Page 122

1  thing on Page 5, I assume, that -- Row A and
2  B.  And I'm assuming this is where y'all have
3  gutted the rooms that saw flame damage?
4  A  Yes.
5  Q  Okay.  Moving on to Page 6, I see,
6  again, several -- the same thing.  These
7  would all be after-the-fire pictures, some of
8  the repair work being done?
9  A  Uh-huh.  Gutting it out, yes.
10  Q  All right.  And then I had asked you
11  beginning on Page 7 and going through, I
12  think, it was about halfway through 16 --
13  halfway through 15 about the jewelry, and the
14  only -- all of the jewelry that's claimed,
15  that's all the jewelry with the exception of
16  that sheriff's badge, I think -- I believe on
17  Page 14, Row A, Column 2.  With that
18  exception, everything is just smoke damage?
19  There's nothing else that has any kind of
20  flame damage or anything?
21  A  I think it's all just smoke.
22  Q  Heat damage?
23  A  Yeah.

Page 123

1  Q  All right.  And again, these items,
2  they were, I know you said some of them were
3  in fire boxes.  And the fire boxes, where
4  were they located?  What room were the fire
5  boxes in?
6  A  They were in the laundry room.
7  Q  Okay.  Both of them?
8  A  Yes.
9  Q  Okay.  And then the dresser, you
10  said, there was some jewelry located inside
11  the dresser?
12  A  It was.
13  Q  Where was the dresser; what room was
14  that in?
15  A  In the master bedroom.  And then
16  there's a jewelry box there (indicating).
17  Q  And then there was some located in
18  the desk?
19  A  In the desk.
20  Q  And where was the desk located?
21  A  The kitchen, when you walk in the
22  back door there.
23  Q  Do you still have this jewelry?

Page 124

1  A  The -- I got my grandmother's beads
2  right there (indicating).  I've got them.
3  Q  Okay.  Which one are those?  Can you
4  give me like a letter?
5  A  On 9.  Page 9, D3.
6  Q  Okay.  Now on Page 9, what I show
7  D3, it looks like a -- this is --
8  A  That's right.  1, 2, that's not 3.
9  So, A, B, C --
10  Q  This would be D3 on the line here
11  (indicating).
12  A  All right.  This one right here
13  (indicating) is what I'm talking about.
14  Q  So, you're looking at C4?
15  A  Yeah.  That one (indicating).
16  Q  And you said those are beads you got
17  from your grandmother?
18  A  Uh-huh, yes.  I do have those.
19  Q  Okay.  What about the rest of the
20  jewelry?
21  A  I don't.
22  Q  What became of it?  Where is this
23  jewelry?  What did y'all do with it?

**Tammy Lynn Cole**                                                    **32**

Page 125

1   A   I just chunked it with all of that
2   other stuff.  See how that's melted there?
3   That was some of that stuff that was in that
4   fire box.
5       Q   Which one are you -- can you give me
6   a page number?
7   A   Oh, 10.
8       Q   Ten.  And what column?
9   A   C.
10      Q   And what row?
11  A   Three.  That's where that -- that
12  was in the fire box, too, where that melted.
13      Q   Looking if you could, could you look
14  at Page 11 and in Row A, Column 4, it looks
15  like some jewelry in a Bromberg's box?
16  A   Yes.
17      Q   Okay.  Is there anything wrong with
18  that jewelry?
19  A   It was also smoked up.
20      Q   Okay.  D4.  Did y'all make any
21  effort to get the jewelry cleaned?  Did you
22  take it to anybody to look at?
23  A   Our real stuff we did, but not all

Page 126

1   this fake -- this (indicating) kind of stuff,
2   I didn't.  The real stuff I cleaned up.  I
3   didn't make no claims on the real stuff.
4       Q   Okay.  So all this jewelry then
5   would be --
6   A   Just costume jewelry.
7       Q   -- costume jewelry?
8   A   Yeah.  Yeah.  I didn't make no
9   claims on the real jewelry.
10      Q   Go back on the contents list.  I
11  need to ask a couple of questions about that.
12      MR. BURKE:  Can you grab that
13  contents list and let her look at it?
14  MR. BURKE:
15      Q   I just want to ask about some of the
16  jewelry that's listed on there.  It may take
17  me a second to find it.
18      MR. KENNETH COLE:  What Exhibit
19  is it?
20      MR. BURKE:  It's Exhibit 4.  I
21  think I'm looking at a different one.  Yours
22  may be the same.
23  A   Mine starts on 37.

Page 127

1   MR. BURKE:
2       Q   Yeah, mine starts on 38.
3   A   Okay.
4       Q   And this is, again, exhibit I'm
5   referring to.  This is the contents list that
6   you've signed.  And just running through
7   these, I'm just going to go through these
8   briefly, real quick.  This rose gold lady's
9   watch, that's one of the costume jewelry that
10  you've pointed out over here?
11  A   Yes.
12      Q   And it was smoke damaged?
13  A   Yes.
14      Q   And no damage to -- okay.  A
15  bracelet with scrolled metal wrap beads?
16  Smoke damage?
17  A   Yes.
18      Q   Okay.  Stainless steel lady's watch?
19  A   Yes.
20      Q   Smoke damage?  Okay.  An Alabama fan
21  bracelet, I think that was one we actually
22  looked at specifically, that you said, I
23  think, earlier that had smoke damage?

Page 128

1   A   Yes.
2       Q   Okay.  A white leather lady's watch
3   with rectangular faceplate?
4   A   Yes.
5       Q   Smoke damage?
6   A   Yes.
7       Q   If you say yes, I'm just going to
8   assume that's smoke damage?
9   A   Yes.
10      Q   And if you would, if it's any other
11  type of damage -- in other words, if you'll
12  just say yes, I'll assume that means smoke
13  damage.  If it's melted or has any flame
14  damage, if you'll, you know, add to that.
15  A   Okay.
16      Q   Thank you.  Multi-wrap bracelet with
17  small beading?
18  A   Yes.
19      Q   Okay.  Alabama fan necklace?
20  A   Yes.
21      Q   All right.  And here's one.  You've
22  got designer Gucci watch, and that one's
23  fairly valuable.  You've got that valued at

**Tammy Lynn Cole**

**33**

1  850.  Is that one that you were able to
2  clean, or is that one that shows up in one of
3  these pictures?
4     A  That's been cleaned.
5     Q  So that one can be taken off the
6  list?
7     A  Yeah.
8     Q  Can I get you to mark that, if you
9  could, here (indicating).  And it's right
10  here (indicating) on mine, I believe.
11     A  Just put a "X" there or something?
12     Q  Yeah.  A red "X" is fine.  We'll
13  note you put a red "X" by that.
14     A  (Complies.)
15     Q  And we've got an Alabama fan
16  bracelet?
17     A  Yes.
18     Q  Okay.  This one says "costume
19  jewelry, large CZ stone?"
20     A  Yes.
21     Q  Okay.  Three piece costume jewelry
22  watch, multi-colored?
23     A  Yes.

1     Q  All right.  Geneva watch?
2     A  Yes.
3     Q  Costume jewelry, white watch?
4     A  Yes.
5     Q  Costume jewelry, Silverstone
6  watch?
7     A  Yes.
8     Q  And I tell you what, rather than
9  going through it, I'm going to go through it.
10  Looking down there, I see one item on the
11  next page that's valued at $100.  It says
12  Nicolet diamond quartz watch.  Is that one
13  y'all were able to clean?
14     A  No.  No.
15     Q  All right.  I don't see anything
16  else that's valued in excess of $100, but if
17  I could get you to look at where we left off.
18  On mine it's Page 40, that Nicolet diamond
19  watch.  Just if you could briefly just scan
20  through the rest of it, and if you see
21  anything on there, any jewelry that was
22  cleaned that shouldn't be on there, let me
23  know.

1     A  (Complies.)  I don't see nothing
2  else.
3     Q  Okay.  Move back to my pictures.
4     A  That's fine.
5     Q  Jewelry pictures.  And there's just
6  a few more of those.  And I'm looking now,
7  again, at Page 15.  I'm looking at the bottom
8  two columns, which were the two rows, which
9  would be A, B, C, D and E.  Those appear to
10  be decorative type items.  Looks like there's
11  a fish?
12     A  Oh, yes.  They are.
13     Q  A couple of statues.  Okay.  Were
14  those all located in the same room, the items
15  in those two columns?
16     A  The fish was in the master bathroom.
17  And the grandma and grandpa was in the master
18  bedroom, or the old man and woman.  And then
19  this Jamaican stuff was in the bathroom,
20  master bath.
21     Q  Okay.  And what about on the next
22  row?
23     A  This jewelry set?

1     Q  Uh-huh.
2     A  It was in the master bedroom.
3     Q  Okay.  And what's that next to that,
4  and it looks like it's in a blue --
5     A  Yeah, it's a -- it's from Las Vegas.
6  A cactus and a teepee.
7     Q  Okay.  And then you got some vases?
8     A  Some vases.  Uh-huh.
9     Q  Next to it in E4.  Okay.  All those
10  last we just talked about, the fish, the old
11  man and woman statue, Jamaica items, this
12  other statue at E1, jewelry, cactus and the
13  -- all those smoke damage?  No flame damage,
14  no water damage?
15     A  Just smoke, yes.
16     Q  Just smoke, okay.
17     Now, moving on to Page 16.  In
18  Column A4, it looks like there's a receipt of
19  some sort or a price tag.  Can you tell me
20  what that is?  What that item is?  It says
21  "Fabulous Las Vegas," I think at the bottom,
22  and it appears --
23     A  Where you at?  Oh, right here?  It

**Tammy Lynn Cole**                                                      **34**

Page 133

1 says "doll" right here.  It's a show doll.
2 It was from Las Vegas.  That was actually, in
3 1993.
4       Q   Page 16, that's A4.
5       A   It says "doll" right beside it.
6       Q   And that's a tag for the doll shown
7 in A3?
8       A   Yeah.
9       Q   All right.  Moving down to Item B,
10 looks like a German beer stein?
11      A   It is.
12      Q   Okay.  Again, just smoke damage?
13      A   Yes.
14      Q   Okay.  Unable to clean that?
15      A   No.
16      Q   Did anybody try to clean any of
17 those items?
18      A   No.  No.  Didn't fool with it.
19      Q   Do y'all still have that?
20      A   No.
21      Q   It was thrown out?
22      A   No.  No.  Lord, we waited on -- we
23 did.

Page 134

1       Q   All right.  And then, down at the
2 bottom, the last -- I'm going to call it
3 Column E.  I think it's Column E.  A, B, C,
4 D, E.  The very last column says "picture."
5 I think that's that wagon, or you said it was
6 a lamp?
7       A   A lamp.  It's a lamp.
8       Q   On top of the mantle?
9       A   It is.  It's a lamp.
10      Q   And same thing, any damage other
11 than smoke?
12      A   Just smoke.
13      Q   Was it still operational after the
14 fire?  Did it still -- I mean, would it turn
15 on and light?
16      A   I don't -- I mean, we never did -- I
17 don't --
18      Q   Okay.  So you didn't ever try it?
19      A   No, huh-uh.
20      Q   All right.  Moving on to Page 17.
21 And I'm looking at -- now at A4 and looks
22 like a Santa Claus in a vehicle?
23      A   Yeah.

Page 135

1       Q   Okay.  That was, obviously, a
2 Christmas decoration?
3       A   Yeah.
4       Q   Where was that kept?
5       A   That -- that was in Willard's -- the
6 top of his closet.  That was a joke for him
7 one year.
8       Q   Okay.  That's in the master bedroom?
9       A   Yeah.
10      Q   All right.  Tammy, I'm looking at
11 Page 19 now.  We've jumped a page or two.
12 And I'm looking at picture C4, and it appears
13 to show kind of a two seater piece of
14 furniture perhaps.  And I just want to check
15 and make sure.  Is that a full size because
16 it shows some dolls it looks like in the next
17 picture on that.  Is that a full size piece
18 of furniture?
19      A   It is.
20      Q   I just can't tell.
21      A   I'm sorry.  Yeah, it is.  It's a
22 regular size bench.  It's a Caesar.
23      Q   These are big dolls?

Page 136

1       A   They are.  They are.  Yeah.
2       Q   And then on Page 20, the very last
3 picture, that would be E2.  What is that?  It
4 looks like a control of some sort.
5       A   A what?  Where are you at?
6       Q   Very last picture, E2?
7       A   Oh, it's a waffle maker, sandwich
8 maker.
9       Q   Okay.  I'm looking one over, I
10 think.
11      A   This (indicating)?
12      Q   Yes, uh-huh.
13      A   That's a thermometer for the baby to
14 take his fever.  Rub it across his
15 forehead.
16      Q   Okay.  Is there anything amongst any
17 of those pictures that you want to address or
18 have any comments about?
19      A   No.  I just wish everything was back
20 the way it was.
21          (Exhibit No. 9 was marked for
22 identification.)
23          (Exhibit No. 10 was marked for

Page 137

1  identification.)
2  MR. BURKE:
3    Q  All right.  Show you what I will
4  mark as Exhibit 9 and Exhibit 10.
5       Do you recognize these letters?
6    A  Yes.
7    Q  Okay.  And these are letters you
8  sent off.  I'll start -- make sure I've got
9  the right one, I'm talking about, myself
10  here.  There's 10.  Now, these are letters
11  that were sent -- that you and your husband
12  sent to Auto-Owner's; is that correct?
13    A  Yes.
14    Q  And what was the purpose?  I'll
15  start with the one in April.  What was the
16  purpose of that letter?
17    A  Because they had sent us a check and
18  we wanted to make sure that it would be all
19  right to cash the check.
20    Q  Okay.  And that check, that
21  number -- the number I see in the letter is
22  $33,006.20?
23    A  Yes.

Page 138

1    Q  And check issued on 3/3/15?
2    A  Yes.
3    Q  Okay.  And y'all received and cashed
4  that check?
5    A  Yes.
6    Q  All right.  And then on August 5th,
7  it refers to, again, same thing, just
8  verification that you had received the letter
9  -- I mean, received a check?
10    A  Yes.
11    Q  Intended to cash it?
12    A  Yes.
13    Q  Okay.  I don't see in this one an
14  amount.  Do you recall what the amount of
15  this particular check was?
16    A  It's nine -- a little over 9,000.
17    Q  All right.  That's all the questions
18  I've got about those two.
19       (Exhibit No. 11 was marked for
20  identification.)
21  MR. BURKE:
22    Q  And Tammy, this is what I'll mark as
23  Exhibit number 11.  Can you identify that?

Page 139

1    A  Yes.
2    Q  Okay.
3    A  Service Master.  So, yeah.
4    Q  And is that a letter y'all got from
5  Auto-Owner's, from David Eshenour at
6  Auto-Owner's?
7    A  Yes.
8    Q  Regarding the property over at
9  Service Master?
10    A  Yes.
11    Q  Okay.  What's become of that
12  property?  And let me say this:  What's the
13  letter -- can you summarize that letter?
14    A  It's where he was -- agreed to pay
15  it through August 31st.
16    Q  And when you say "agreed to pay it,"
17  you're referring to the cost of storing your
18  furniture and items over at Service Master?
19    A  Yes.
20    Q  Okay.  What happened with those
21  items?  Have y'all retrieved those items?
22    A  I went over and looked at them.  I
23  didn't take none of them back except for his

Page 140

1  train table.
2    Q  When did you go look at them; do you
3  recall?
4    A  It was at the end of August.
5    Q  And the train table, that's like a
6  child's toy?
7    A  Yes.
8       (Exhibit No. 12 was marked for
9  identification.)
10  MR. BURKE:
11    Q  Okay.  Pass that over to you,
12  Exhibit 12.  And these are the items that --
13  some pieces that were taken over at -- it's
14  referred to in Exhibit 11 as Service Master.
15  Again, I think we had an agreement that
16  whether it be Service Master or ServicePro --
17    A  Right.
18    Q  -- we all knew we were referring to
19  the same group.
20    A  Right.
21    Q  But is this, and I'm looking at --
22  again, I'm going to number these on this
23  exhibit.  What number is that at that bottom

Page 141

1 there? Twelve?
2    A   Twelve, yeah.
3    Q   Okay. I'm going to go ahead and put
4 Page 1 on this one, and that shows the
5 child's toy you were talking about. And you
6 did take that back; is that correct?
7    A   I did.
8        MR. BURKE: I'm sorry. There's
9 you a copy to look at.
10 MR. BURKE:
11    Q   If I can get you to look at Page 2.
12 And that shows, it looks like, a marble -- is
13 that a marble top dresser?
14    A   It is.
15    Q   Okay. Where was that -- and I'm
16 looking at the top picture, Picture A, which
17 this is what I'll call the top one. Where
18 was that located in the house?
19    A   Where's that diagram at? It would
20 have been on the back side of the house.
21    Q   What bedroom or what room?
22    A   Back here (indicating), right here.
23    Q   Okay. Is that the guest bedroom?

Page 142

1    A   Yeah, uh-huh, the junk room. Yeah.
2    Q   And what issues did you have? And
3 again, you know, I'm looking at the picture
4 here, but were there problems with this?
5    A   That was new. You could still see
6 the smoke all down in here (indicating).
7 When you opened up these drawers --
8    Q   Uh-huh.
9    A   -- you could still see smoke all in
10 there, and that's in one of the rooms the
11 door was actually shut.
12    Q   Okay. And when you say you could
13 see smoke -- and again, I'm just trying to
14 make it clear for the record -- "all down
15 through here," you were pointing. What are
16 you pointing at?
17    A   In the drawers.
18    Q   Inside the drawers?
19    A   Uh-huh, yes.
20    Q   And when you say inside, you mean
21 actually not these, like, side parts but
22 actually inside the drawer?
23    A   Uh-huh.

Page 143

1    Q   Okay. Where you would actually put
2 clothes and store things?
3    A   Yes.
4    Q   Okay. How about the marble top; was
5 it cleaned satisfactorily? Were they able to
6 clean it at all?
7    A   Well, now, I just wasn't satisfied
8 with it.
9    Q   Okay. And when you say just -- as a
10 whole, you weren't satisfied with it?
11    A   As a whole, I was not satisfied with
12 it.
13    Q   Was it more -- again, you know, I
14 understand there was some issues inside the
15 drawers, but as far as the exterior of it,
16 was it -- I'm just trying to make sure I
17 understand, your -- any issues you may have
18 had with it. Was the top cleaned to your
19 satisfaction; did it appear to be okay? I
20 mean, was the only issue the inside the
21 drawers or was there other --
22    A   For me when I opened up the drawers
23 and, you know, could still see the smoke, I

Page 144

1 mean, that automatically turned me. I wasn't
2 going to take it. So, I -- to tell you that
3 the top was completely clean, I don't -- I
4 can't tell you that because I don't know.
5    Q   Okay. So you didn't really --
6 really as far as looking at the outside of
7 it, once you saw the inside of the drawers --
8    A   That was it when I saw the inside.
9    Q   Okay. So, you, again, and just to
10 make sure I'm clear, and that I've stated it
11 clearly for whoever may be looking at all
12 this, you didn't really look at the top a
13 whole lot and the same with the outside. You
14 don't really have a comment on those as to
15 their condition because once you saw the
16 inside of it, that was the extent of your
17 review?
18    A   Yeah. I wasn't happy with it.
19    Q   Okay. I'll quickly go through the
20 rest. What about Page 3? There appears to
21 be a coffee table as Photo A. Now obviously
22 that wouldn't have any drawers to it, or I
23 don't see any drawers to it. What was the

**Tammy Lynn Cole**  37

Page 145

1  issue with the coffee table?
2  A  You could -- you could tell.  I
3  mean, you could see and even the guy at the
4  -- Ron.  He even said the same thing.  It was
5  all questionable whether they could actually
6  even clean any of this furniture.  It was
7  very questionable he said.  And then they
8  couldn't.  They couldn't clean it.
9  Q  And the coffee table in the living
10  room?
11  A  Yes.
12  Q  I think we've seen pictures of that.
13  A  Yeah.
14  Q  What about this next piece of
15  furniture on Page 3, Photo B; where would
16  that be?
17  A  Siresa's bedroom on the front side.
18  Q  Okay.  And what about that?  What
19  issues -- when you came and looked at it,
20  what issues did you have with that particular
21  piece?
22  A  It wasn't cleaned.  It was smoke on
23  the inside of it also.

Page 146

1  Q  Would that one have been like the
2  other one?  What I mean by that, did you look
3  at the top and the sides of the -- the
4  outside of the drawers?  I mean, did that
5  look okay to you, or was it just the interior
6  drawers?
7  A  The interior.  I mean, they were
8  closed so it was the interior.  You could
9  still see the smoke.
10  Q  Okay.  Maybe this would be a good
11  way to put it, if the drawers were shut --
12  and again, I'm just trying to figure out
13  exactly what the issues were with it.  If the
14  drawers were all shut and not open, would it
15  look okay?  Or did it appear okay to you?  I
16  mean, would the situation with the problem
17  become apparent when you opened the drawers?
18  A  I don't know.  I mean, I don't know.
19  I mean, I -- it was damaged.  It was damaged.
20  That's it.
21  Q  But the damage -- and again, you
22  know, it was -- again, I'm trying to get this
23  where I can explain to my people kind of what

Page 147

1  the claim is and what they're looking at and
2  what the problem with it is.  But it was,
3  again, strictly the interior -- I mean, it's
4  the inside of the drawers there's smoke.
5  It's not so much the outside?  Or was the
6  outside and the top also -- were those also
7  issues?
8  A  I'm sure the outside was, too, with
9  it being on the inside like it was.
10  Q  Going on through to the next page.
11  And it looks like a headboard, and again,
12  some drawers.  Same issues?
13  A  Yes.
14  Q  Smoke in the interior -- the
15  interiors were smoked of these, I guess,
16  those are end tables?
17  A  Yes.
18  Q  Okay.  Where were those located?
19  A  The living room.
20  Q  Okay.  So those are more -- I guess,
21  go with the coffee table?  Those aren't --
22  they're like bed -- and I say it because I
23  saw them next to the headboard there and

Page 148

1  thought maybe they were like -- might be
2  bedside -- those aren't bedside tables?
3  A  No.  They're coffee table -- end
4  tables.
5  Q  All right.  And in Photo B, the
6  table there, is that an end table with the
7  lighter colored that has the items on it?  Is
8  that an end table or a bedside table?
9  A  Where are you at?  No.  That's a
10  nightstand.
11  Q  Okay.  Yeah, we may have been on the
12  wrong page.  Are these nightstands?  That's
13  what I was asking.
14  A  Yes, that's a nightstand.
15  Q  Okay.  Let me make sure I'm on the
16  right page.  Okay.  I show that as Page 4 and
17  Picture A is of a headboard and two
18  nightstands?
19  A  Yes.
20  Q  And Picture B is of a nightstand.
21  It's a lighter color, and it's got -- looks
22  like some items on the top of it?
23  A  Yeah.

**Tammy Lynn Cole**                                                          **38**

Page 149

1   Q   And let me go back and ask my
2   question just to make sure. Earlier that's
3   what I was referring to. When you said those
4   are end tables, I was referring to these two
5   tables (indicating). So same thing: When
6   you looked at those, there were problems with
7   the drawers and the smoke damage on the
8   inside of the drawers?
9   A   Yes.
10   Q   And again, as to those tables, the
11   marble top, the headboard, did you notice
12   anything that just stuck out as far as damage
13   there or issues there?
14   A   Just smoke.
15   Q   Okay. And then now, I'm moving on
16   to Page 5, which, again, I think this is two
17   separate views of some end tables. And I
18   assume, is that the coffee table on the front
19   there on the bottom photograph?
20   A   This (indicating)?
21   Q   Yeah, uh-huh.
22   A   Yeah.
23   Q   Okay. And same thing: I don't see

Page 150

1   any drawers on those, so those just weren't
2   cleaned to your satisfaction?
3   A   No, they wasn't. They were not.
4   Q   They weren't able to get the smoke
5   off of them?
6   A   They were ruined. I mean, there
7   ain't no other word for it but ruined.
8   Q   Okay. And Page -- make sure I've
9   got them numbered right. That was 5.
10   Page 6 is, again, the same coffee
11   table, or end table, so I won't ask you about
12   that one again, as far as Photo A. And then
13   Photo B looks like it's just kind of a
14   close-up of one of the table tops. I don't
15   have any real questions about that for you.
16   Moving on to the next page, do you
17   know what Photo -- Page 7. Do you know what
18   Photo B is? Looks like it's a back of a
19   piece, but do you know what piece that is?
20   That's 7B?
21   A   Uh-huh. It's the chest of
22   drawers.
23   Q   Now, was that one we saw earlier on

Page 151

1   one of these photos?
2   A   No. That's the dresser. I know I
3   saw the nightstand. I don't think I've seen
4   the chest of drawers yet.
5   Q   I think I may have found it because
6   I thought I had seen that before. Is this
7   last page, Page 8, is that that same --
8   A   It is.
9   Q   -- front view of the same --
10   A   It is, yes.
11   Q   And Tammy, same thing, this just had
12   smoke to it inside --
13   A   Yeah.
14   Q   -- the drawers? And again, on any
15   of these, are there any particular spots on
16   any of the pieces we've looked at where you
17   noticed smoke issues with the top or the
18   sides of the drawers that you could point out
19   specifically?
20   A   Yeah. I mean, you could still see
21   the smoke in them. Now, the tables in the
22   living room and stuff, you could see. I
23   mean, you could be standing there by them and

Page 152

1   see that.
2   (Exhibit No. 13 was marked for
3   identification.)
4   MR. BURKE:
5   Q   Okay. This will probably be my last
6   exhibit. I'll show this to you. I'm just
7   going to ask a couple of questions about
8   anything else we may want to get from you.
9   This is a list. Have you seen this before
10   today?
11   A   Yes.
12   Q   This is a list of things I asked you
13   to bring today, and I was just going to kind
14   of go through a couple of them.
15   The cell phone records, I don't
16   think that's something we'll need in
17   retrospect, so I don't see any need to get
18   those in this particular case.
19   On No. 1, the tape-recording of the
20   conversations between yourself and any person
21   acting for Auto-Owner's. There are no tape
22   recordings; is that correct? There is no
23   video, no audio recordings?

**Tammy Lynn Cole**                                                      **39**

Page 153

1   A   No.

2   Q   Okay.  And you got me a complete
3   list of all items in the house at the time of
4   the fire, and that's your contents list that
5   we got as an exhibit today, and I believe
6   that's Exhibit 4.  So we got that.

7        Videos and photographs made after
8   the fire showing the items claimed in the
9   fire debris.  And I think we've got some
10  pictures of those showing some of the repair
11  work being done and to the extent you have
12  photos.  If you have any others that you
13  find, could you get those to me as well?

14  A   Okay.

15  Q   Okay.  Completed sworn statement and
16  proof of loss, and I think your attorneys are
17  working on that.

18       Receipts detailing the purchase of
19  any of the items listed on the contents list,
20  and you don't have any receipts?

21  A   I don't.

22  Q   Have you made any effort to try to
23  get any duplicate receipts?  In other words,

Page 154

1   have you been at like Standard Furniture and
2   asked them, hey, can you pull my account and
3   get me that?

4   A   I can get them to do that.

5   Q   Okay.  Can you try a couple of
6   places?  You know, and again, it's
7   understandable, and I don't expect you to
8   have a receipt for everything on that list.
9   But if you could get a few of these places
10  and then come up, because a lot of times,
11  again, particularly things that are recently
12  purchased where you've got an account
13  running, they'll have a -- you know, they can
14  get you a duplicate receipt.  And that would
15  go a long way towards helping establish the
16  claim.  So, anything you can get in that
17  regard.

18       Bank statements and cancelled checks
19  for the past year, is that something y'all
20  can get to me?  And again, I'm trying to look
21  and see, you know, payments made for these
22  things and, you know, maybe some checks show
23  to Standard Furniture or Best Buy or whoever

Page 155

1   showing some of the purchases you've talked
2   about.

3        MR. KENNETH COLE:  Do y'all
4   really need bank statements and cancelled
5   checks from January 2012 to the present date?
6   Is that really necessary in this one, Bo?

7        MR. BURKE:  Can we go off the
8   record real quick?

9        (There was an off-the-record
10  discussion in the deposition.)

11       MR. BURKE:  We can go back on.

12  MR. BURKE:

13  Q   On No. 9, again, I think we talked
14  about -- we talked about the monthly debts,
15  I'm all right there.

16       It would help to get the tax
17  returns, again, just to show because, again,
18  it's a separate way for me to show and for
19  you to establish what's -- hey, the money was
20  there to buy the things.  It's not in the
21  account anymore.

22       MR. KENNETH COLE:  Yeah.  I'll
23  check with Gary, because I know she brought

Page 156

1   some in.  I just don't know if they've been
2   copied yet or not, but we'll get those to you
3   for sure.

4   MR. BURKE:

5   Q   Receipts obviously for anything that
6   was purchased to replace or repair.  And
7   obviously that's going to go towards
8   recovering any depreciation.

9        MR. KENNETH COLE:  Okay.

10  MR. BURKE:

11  Q   Any appraisals, and there may not be
12  any, but, I mean, if they had the house
13  appraised, you know, a year ago for whatever
14  reason, if -- I'll pick on the silverware
15  that we got -- got thrown off the list.  If
16  that had been appraised and was still being
17  claimed, if somebody had happened to have
18  that appraised.

19       I've got the driver's license.

20       And, I'll ask real quickly, Tammy,
21  back to you.  Do y'all have any other
22  insurance claims in the past, say, ten years?
23  Do you recall?  I know you mentioned already

**Tammy Lynn Cole**                                                      **40**

---

Page 157

1  the ones I'm aware of.  Now, you have a
2  tornado claim.  I'm aware of that.  What year
3  was that; do you recall?
4      A  2011.
5      Q  That was that big one that kind of
6  went up through Tuscaloosa and on up through
7  --
8      A  Yeah.
9      Q  Any other claims that you can think
10  of in the past ten years?
11      A  Any kind of insurance claim?
12      Q  Yes.
13      A  My daughter wrecked my car.
14      Q  Okay.  Do you recall when that was?
15      A  Last year.  No, this year.  This
16  year.
17      Q  I'll just say 2014/2015, somewhere
18  in there.
19      A  It was this year.
20      Q  All right.  Any others you can think
21  of?
22      A  Huh-uh.
23      Q  Okay.  I think that's handled then,

Page 158

1  too.  So, yeah, if y'all could come up with
2  anything you've got, anything that you think
3  would help, that would go a long way.
4          MR. BURKE:  And if we could take
5  just about five minutes and run through my
6  notes, I'm just about done.
7      A  All right.
8      (There was a recess in the
9  deposition.)
10  MR. BURKE:
11      Q  Tammy, I'm sure you'll be pleased
12  to hear I've got just another couple of
13  questions, and that's about it.
14      A  All right.
15      Q  Other than the people that are your
16  tenants, is there anybody else that lives in
17  the general vicinity?
18      A  No.
19      Q  Who is your closest neighbor?  I
20  mean, let me ask this:  Is there anybody
21  within a mile of the house, other than your
22  tenants?
23      A  Are there?

Page 159

1      Q  Uh-huh.
2      A  Yeah.  I mean, there's more people.
3  Because we live right on 157.
4      Q  Okay.  Do you know any of the
5  people?
6      A  Garland Jones.  Now, they live right
7  up the road.
8      Q  Do they live within sight of your
9  house?
10      A  If you went up the highway, I guess
11  you could see their mailbox.
12      Q  Okay.  Anybody else that lives
13  within sight of your house?  And when I say
14  "your house," I'm talking about, obviously,
15  the one that caught fire.
16      A  Are you talking about if I walk out
17  to the highway, or are you talking about from
18  my front porch?
19      Q  No.  I'm talking about somebody from
20  their house, sitting in their -- standing in
21  their front yard can see your house.
22      A  Garland and them couldn't do that
23  either.

Page 160

1      Q  Anybody?
2      A  Now, I don't know if Charlie and
3  them could see our house or not.
4      Q  Okay.  Let me kind of move on then.
5  Is your husband going to make all the repairs
6  to the house, is that the plan?  Or do you
7  know?
8      A  Himself, or hire somebody to?
9      Q  Himself?
10      A  No.  He can't do it all by
11  himself.
12      Q  Okay.  Is he going to just serve as
13  kind of the general contractor and kind of
14  oversee the work and kind of sub out as he
15  needs; is that the plan?
16      A  I guess.  You can ask him how he's
17  going to do all of it.
18      Q  All right.  Have y'all ever had an
19  insurance policy cancelled for any reason?
20      A  Auto-Owner's cancelled us.
21      Q  Okay.  Other than on this case, any
22  others?  Ever had any other policy cancelled
23  for any other reason?  Ever had one

---

**Tammy Lynn Cole**                                                41

Page 161

1  non-renewed where the policy expired and they
2  said we're not going to up it up again?
3     A  I don't think so.  I don't recall
4  anybody else doing that before.
5        MR. KENNETH COLE:  Other than
6  Auto-Owner's.
7     A  Other than, yeah, other than
8  Auto-Owner's.
9  MR. BURKE:
10    Q  Okay.  Do y'all have a storage unit
11 off premises anywhere?
12    A  No.
13    Q  Okay.  And again, making sure I'm
14 clear.  What property did y'all -- did y'all
15 make any kind of salvage efforts of your own?
16 I mean, I know Service Master pulled some
17 things to try to clean.  Was there anything
18 that y'all tried to save or were able to save
19 from the house?
20    A  We waited and waited on them to come
21 out.  I mean, I had to get the stuff out of
22 there.  I mean, we done had mold setting up.
23 I mean, we had to get rid -- the stuff had to

Page 162

1  go.
2     Q  Okay.  When you say "stuff had to
3  go," you're talking about, again, the
4  contents?
5     A  Yes.  And -- yeah.
6     Q  So then basically, you know, again,
7  is there anything you still have -- maybe I
8  should put it that way.  Anything that was in
9  the house when it burned that y'all still
10 have that we haven't already discussed?
11    A  No.
12    Q  Okay.  And is there anything other
13 than the Service Master -- I know you said
14 you got some of the jewelry cleaned, didn't
15 make a claim for that, and obviously, that
16 silverware.  Is there anything else you were
17 able -- that y'all sent out somewhere that
18 they were unable to clean or unable to -- in
19 other words, anything else y'all tried to
20 salvage that was an effort that was not
21 successful?
22    A  No.
23    Q  Okay.  Didn't y'all try to wash any

Page 163

1  of the clothes and see if any of that would
2  --
3     A  No, huh-uh.
4     Q  Okay.  And the only thing taken from
5  Service Master was that child's toy that we
6  just went over?
7     A  That's it.
8     Q  Okay.  And do you know when the
9  proof of loss was submitted?  I think it's
10 one of the exhibits I showed you, the one we
11 went over line by line, that showed the
12 numbers.  Do you know when that was submitted
13 to Auto-Owner's?
14    A  Huh-uh.  What date is on there?  I
15 don't know.
16       MR. KENNETH COLE:  Let's see.
17       MR. BURKE:  You have the
18 exhibits over there?
19 MR. BURKE:
20    Q  Looks like it was notarized June
21 3rd, 2015.  I didn't see any date of it being
22 submitted.  I was just asking if you recall
23 what day?

Page 164

1     A  I don't, I don't know.
2     Q  Okay.  But obviously, it would have
3  been after June 3rd?
4     A  Yeah.
5     Q  And what about the contents list?
6  This has a date on it of September 14, 2015.
7  Is that roughly when y'all would have
8  submitted it?
9     A  Yes.
10    Q  Okay.  On this it shows some purses
11 in the laundry room.  Where were those
12 located in the laundry room; do you recall?
13    A  I do.  There was a -- like a coat
14 rack, that was -- when you open up the
15 laundry room door, there's a coat rack right
16 there, and that's where I hang my purses
17 on.
18    Q  Were those purses hanging on the
19 coat rack and some coats as well?
20    A  Yes, uh-huh.
21    Q  In the kitchen there's -- one of the
22 things y'all have got claimed here is a
23 relatively expensive stand mixer.  Do you

Page 165

1  recall where that was purchased?
2      A   Probably at WalMart.
3      Q   Cuisinart it looks like?  I'm on
4  Page 5.
5      A   That big mixer?
6      Q   Yeah, the big mixer.
7      A   It would have been at WalMart.
8      Q   Okay.  And on Page 7 the
9  refrigerator, it says it was a Samsung
10  refrigerator.  Again, same question:  Do you
11  recall where that would have been purchased?
12      A   Sears.
13      Q   Okay.  Do you know what Sears y'all
14  might have gotten it from?
15      A   Moulton.
16      Q   Moulton?
17      A   Uh-huh.  We got it in 2011.
18      Q   Okay.  And then on my Page 8,
19  there's an antique Lord's Supper picture.  Do
20  you recall where that was purchased?
21      A   No, I don't -- no.  I do not know
22  where that was at.  That was hanging in the
23  kitchen there.

Page 166

1      Q   Okay.  And do you know -- the only
2  reason I'm asking, I see that somebody has
3  put down here WWW great big canvas.com.  Do
4  you know if that was where it was purchased
5  or is that where they tried to obtain a
6  price?
7      A   Probably just to obtain a price.
8  Yeah.  Yeah.
9      Q   All right.  And on page -- my Page
10  11 I'm looking at a -- it's a round oak wood
11  dining table with pedestal.  Y'all have it
12  valued at $999.  Do you know where that would
13  have been purchased?
14      A   Standard Furniture.
15      Q   Standard?
16      A   Uh-huh.  Yeah, that's what I'm
17  saying.  Most -- the big items, they come
18  from Standard Furniture.  I mean, that's
19  going to be easy to get receipts from.
20      Q   Same for the master bedroom down
21  there.  You've got a large dresser, 799.99,
22  large chest of drawers, 599.99.
23      A   Standard Furniture.

Page 167

1      Q   King sleigh bed.  Those were all
2  purchased --
3      A   Standard, uh-huh.
4      Q   All that master bedroom furniture
5  was Standard?
6      A   Yes, uh-huh.
7      Q   What about on the next page, a king
8  mattress and box springs; were those also
9  purchased at Standard?
10      A   They were.
11      Q   Okay.  Again, on my Page 13 there's
12  a suede fur jacket.  Do you recall where that
13  may have been purchased?
14      A   I don't know where that came from.
15  It was my daughter's.
16      Q   And it's 15 years old?
17      A   Uh-huh.
18      Q   Had that one for a little while.
19  You don't remember?
20      A   Yeah.
21      Q   Okay.  That one you sort of say was
22  it a gift to you or a family member?
23      A   Yes.

Page 168

1      Q   Who gifted it to you; do you recall?
2      A   My daughter.
3      Q   Okay.  And then on my Page 15,
4  there's some cowboy boots for 188, and again,
5  it shows JC Penney.  Was that -- again, were
6  they purchased there, or is that where we
7  kind of priced them?
8      A   That would be a price because they
9  didn't -- they come from Mckeg Western Wear.
10  Is there not -- I noticed.  I meant to say
11  something about that.  They're supposed to be
12  two pairs of boots on there, and I ain't
13  found but one pair of boots on there.
14  There's supposed to be two of them boots.
15      Q   I don't know if there's another one
16  on there or not, to be honest with you.
17      A   No.  I've not seen another pair of
18  cowboy boots.
19      Q   Okay.  I'm looking at page -- my
20  Page 21.  This is a living room.  And there
21  are -- the item I'm looking at, two sets of
22  three pane custom curtains.  Do you recall
23  where those were made or who did those for

Page 169

1  y'all?
2      A   Those are JC Penney.
3      Q   Okay.  And JC Penney -- is custom
4  curtains -- and again, forgive my being male.
5  My wife probably would know this.  But is
6  that the brand name, or were these custom
7  made for you guys?  Is that something that JC
8  Penney does?
9      A   No.  They didn't make them.  I
10  ordered them online.
11      Q   So custom curtain, that's just like
12  a brand name?
13      A   I guess.
14      Q   And then in the living room, the
15  love seat at the bottom, recliner, and couch,
16  all those are from Standard Furniture?
17      A   They are.
18      Q   Okay.  And the same with the end
19  tables, coffee table, buffet table?
20      A   Yes.
21      Q   What about the Samsung Galaxy tablet
22  under that for 309.54?  Do you recall where
23  that was purchased?

Page 170

1      A   That was through AT&T.
2      Q   Okay.  Next one I'm looking at is on
3  page -- my Page 23.  It's a custom made oak
4  roll-back desk, and I know we talked about
5  that desk.  Again, was that actually custom
6  made?
7      A   It was.
8      Q   Do you know who made that or where
9  that was --
10      A   Todd Bradford.
11      Q   Todd Bradford?
12      A   Uh-huh, Bradford Cabinets.
13      Q   Do you know where Bradford Cabinets
14  are located?  What city?
15      A   Hatton.
16      Q   And I'm on my Page 24, Acer laptop,
17  I guess, computer?
18      A   It came from WalMart.
19      Q   Okay.  And on Page 28, I'm looking
20  at a brown Coach purse and a black Coach
21  purse.  And the reason I ask, it looks like
22  one of them has been valued from Macy's and
23  one -- one mentions Macy's and one mentions

Page 171

1  Dillard's.  Do you know where those were
2  purchased?
3      A   No.  That'd be Miranda.
4      Q   Okay.  Gotcha.
5      A   That would be Miranda.
6      Q   And on the next page for me is a
7  black Guess purse.
8      A   That would be Miranda also.
9      Q   All right.  And the Wii, do you have
10  any idea where that would have been
11  purchased?
12      A   WalMart.
13      Q   WalMart.  Okay.
14          On Page 33 I'm looking at two prom
15  dresses.  And I think one is about a -- one a
16  year old and one two years old.  And can you
17  tell me where those were purchased and who
18  they were --
19      A   Promenade.  That was in Tuscumbia.
20      Q   And all for Siresa?
21      A   Siresa.
22      Q   I guess, based on age, yeah.
23      A   Yeah.

Page 172

1      Q   And do you know offhand, were those
2  both dresses for her?
3      A   Are they for Siresa?  Were they?
4      Q   Yes, uh-huh.
5      A   Yes.
6      Q   All right.  Now I'm on Page 35 and
7  I'm looking at an authentic Chinese geisha
8  robe.  Do you have any idea where that may
9  have been purchased?
10      A   That is going to come from -- it's
11  from Fenicia, the jewelry store on that
12  expensive jewelry logo, Bromberg's.  So
13  Fenicia got that for -- Fenicia got it for
14  Siresa.
15      Q   I'm sorry.  I got a little lost.
16  No, I get -- I know who Siresa is.
17      A   Fenicia is one of Willard's son's
18  wives.  Yeah.
19      Q   And then again, I'll ask --
20      A   I'm sorry.
21      Q   That's fine.  The furniture right
22  under that, again, all Standard -- standard
23  Furniture, queen bed, queen mattress?

**Tammy Lynn Cole**                                                                44

Page 173

1    A   Yes.
2    Q   Chest of drawers, nightstand and
3 dresser with mirror?
4    A   They are.
5    Q   Okay.  And then from Siresa's room,
6 same thing, queen bed, queen mattress set,
7 chest of drawers, nightstand, dresser, those
8 are all Standard Furniture as well?
9    A   They are.
10   Q   Okay.  And real quickly, is this the
11 ones which y'all -- it says about two years
12 ago.  Is this the one y'all were paying on
13 right before the fire?  Was this part of what
14 y'all were paying on; do you recall?
15   A   Which one is that?  Is it the queen?
16   Q   This is Siresa's, I think it's under
17 Siresa's room.  And I'm guessing that's kind
18 of that lighter colored furniture we looked
19 at -- saw in the pictures?
20   A   No.  It would be the darker color
21 that we're still paying on.
22   Q   The darker?
23   A   Yeah, the darker ones we're still

Page 174

1 paying on.
2    Q   All right.  The VitalWrap Hot Cold
3 Therapy system, can you tell me what that is
4 and where that was obtained?
5    A   Through the arthritis -- anyway,
6 it's for therapy for arthritis and all.
7    Q   Okay.
8    A   Yeah.  My back and my knees, the
9 thing, it come around you, and then you could
10 put hot water and ice for cold and however,
11 and then it would just flow through it.
12 Yeah, it was nice.
13   Q   Did it help with arthritis?
14   A   It did on the pain.  You'd be
15 surprised.
16   Q   My wife has arthritis.
17   A   Really?
18   Q   And it flares, and kind of comes and
19 goes.
20   A   Yeah.  Yeah.
21   Q   Let's see here.  And I think this is
22 one that -- just on mine, I don't have it
23 marked off.  The designer Gucci watch on Page

Page 175

1 39, that wasn't the one you said that you
2 were not making a claim for; is that
3 correct?
4    A   Right.
5    Q   Okay.  And I just don't have it
6 marked on this particular copy.  It is on our
7 other one.  And we've been through the
8 jewelry.
9        All right.  Tammy, I think that's
10 all I have for you.
11   A   Okay.
12   Q   I will mention a couple of things
13 real quick just to kind of close out the
14 record.  If you could, please, any receipts
15 for anything you replaced, any repair work,
16 materials, anything you do, you've got to
17 have those because those will be used, again,
18 to gross up on this depreciation to the
19 extent allowable.
20       And then, I try to be nice to
21 everybody.  I hope you think I've been easy
22 to deal with and nice to you today, so, but I
23 appreciate your time and coming in.  And I'll

Page 176

1 let you get on.  I know you've got places to
2 be and got to get to work.
3    A   Okay.  All right.
4    Q   Have a good Christmas.
5    A   All right.  Thank you.  You, too.
6        (The EXAMINATION UNDER OATH of Tammy
7 Lynn Cole was concluded at 11:58 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**Tammy Lynn Cole**                                                                45

Page 177

1  STATE OF ALABAMA        )
2                          )
3  COUNTY OF MADISON       )
4
5      I, the undersigned, hereby certify
6  that the foregoing pages, number 1 through
7  178, inclusive, contain a full, true and
8  correct transcript of the Examination Under
9  Oath of TAMMY LYNN COLE, as the same was by
10 me taken down in shorthand on the date and at
11 the place heretofore set out and thereafter
12 by me reduced to typewriting.
13     I further certify that immediately
14 prior to testifying TAMMY LYNN COLE was, by
15 me, duly sworn as set out above.
16     I further certify that I am neither
17 attorney or counsel for, nor related to or
18 employed by any of the parties to the action
19 in which this Examination Under Oath is
20 taken, and further that I am not a relative
21 or employee of any attorney employed by the
22 parties hereto, or financially interested in
23 the action.

Page 178

1      This the 6th day of January, 2016.
2
3      /s/ Theresa A. Epp
4      _____
5      Theresa A. Epp, CCR
6      ACCR #:  180
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**Tammy Lynn Cole**                                                                       **179**

### WORD INDEX

**< $ >**
**$1,000,** 94:5
**$100** 42:15 44:13
130:11, 16
**$11** 18:20
**$179,000** 86:10
**$188,020.67** 84:14
**$200** 100:22
**$218.37** 46:11
**$31** 45:21
**$33,006.20** 137:22
**$400** 91:22 92:4
**$600** 44:23
**$999** 166:12

**< 0 >**
**02** 1:10
**04** 37:2

**< 1 >**
**1** 3:8 17:13, 16, 18
62:15 63:10 86:3,
9 113:1, 7 115:9,
11 116:2, 21, 23
124:8 141:4
152:19 177:6
**10** 1:10 4:8 26:13,
13 71:9, 10 120:5
125:7 136:23
137:4, 10
**10:00** 51:10, 11, 12,
13, 13
**100** 40:22 41:6
**10B** 71:20
**10th** 49:20 89:16
**11** 4:10 21:1 62:4
72:2 120:5 125:14
138:19, 23 140:14
166:10
**11:00** 51:14
**11:58** 176:7
**111** 4:1
**112** 4:3
**11B** 72:7
**12** 4:13 120:5
140:8, 12
**125** 24:4 25:23
26:2, 16 27:22

**13** 4:15 80:8
120:5 152:2
167:11
**136** 4:5, 8
**138** 4:10
**14** 110:5 120:6, 22
121:3 122:17
164:6
**140** 4:13
**15** 120:6, 11, 12
122:13 131:7
138:1 167:16
168:3
**150** 39:4
**152** 4:15
**157** 9:12 10:2
18:2 159:3
**16** 112:19 122:12
132:17 133:4
**1601** 2:13
**16047** 20:10
**16099** 9:12
**16125** 10:2 18:2
**164** 94:9
**17** 3:8 107:9
134:20
**1700** 100:3 107:12
**178** 177:7
**18** 94:9
**180** 178:6
**188** 86:2 168:4
**188,020** 93:3, 10
**19** 12:3 107:9
135:11
**1900** 107:12
**1988** 9:1 58:2
**1989** 58:2
**1992** 9:4
**1993** 133:3
**1996** 13:9

**< 2 >**
**2** 3:11 20:17
22:19, 20 61:22
62:3 63:14 87:6
113:7 115:10, 11
116:23 121:4
122:17 124:8
141:11
**2,000** 48:15

**20** 78:22 113:1
136:2
**200** 39:4 100:4
**2006** 36:19
**2007** 13:11
**2011** 58:13 101:7
157:4 165:17
**2012** 155:5
**2013** 37:9
**2014** 157:17
**2015** 1:4, 10 4:5, 8,
12 49:21 85:20
157:17 163:21
164:6
**2016** 178:1
**205** 2:15
**21** 168:20
**22** 1:4 93:18
**23** 170:3
**24** 4:5 170:16
**2404** 2:5
**256** 2:8 41:11
**256-565-3097** 41:23
**27** 11:2 78:11, 16
79:3
**28** 4:12 79:12, 15
80:5 170:19

**< 3 >**
**3** 3:13 23:13
63:23 73:5, 11, 12
79:17 101:23
113:8 115:10, 11,
23 116:23 124:8
138:1, 1 144:20
145:15
**30** 94:21, 22
**300** 24:17, 21 28:2
**300-0006560-205**
1:9
**309.54** 169:22
**30s** 39:8
**31st** 139:15
**33** 171:14
**33,000** 95:1
**35** 172:6
**350** 23:4 24:13
25:3, 4, 9 91:13
**35242** 2:14

**35650** 9:13 10:3
**35801** 2:7
**37** 126:23
**38** 127:2
**384-7777** 2:8
**39** 175:1
**3rd** 163:21 164:3

**< 4 >**
**4** 3:17 4:5 24:6, 8
65:6 74:9, 14
85:20, 20 87:11
96:2 113:8 115:10,
11 116:2, 12, 15, 23
117:4 121:22
125:14 126:20
148:16 153:6
**40** 130:18
**40s** 39:8
**458** 94:9
**48** 93:18
**49-922-976-00** 1:8

**< 5 >**
**5** 3:3, 18 4:8 7:23
24:15 66:2 83:4, 9
93:1 117:7 122:1
149:16 150:9
165:4
**50** 34:10, 21
**500** 35:20, 22
43:10
**562** 93:18
**565** 42:2
**57** 93:12
**5715** 8:8
**599.99** 166:22
**5th** 138:6

**< 6 >**
**6** 3:20 66:3, 4
67:1 85:1, 6, 7
94:2 117:8, 13, 16
122:5 150:10
**600** 40:9
**6029** 42:2
**61** 3:11
**68** 7:23
**6B** 67:17

**Tammy Lynn Cole**                                                                                          **180**

**6th** 178:*1*

**< 7 >**

**7** 4:*1* 7:*23* 25:*5*
67:*18* 111:*10, 11*
112:*9* 117:*13, 15,*
*17* 119:*2, 3* 120:*5,*
*9* 122:*11* 150:*17*
165:*8*
**725** 90:*15*
**73** 3:*13*
**74** 3:*17*
**750** 90:*15*
**799.99** 166:*21*
**7B** 68:*22* 150:*20*
**7th** 12:*3*

**< 8 >**

**8** 4:*3* 25:*18* 69:*18*
112:*10, 14, 16*
117:*17* 120:*5*
151:*7* 165:*18*
**83** 3:*18*
**85** 3:*20*
**850** 129:*1*
**88** 58:*1*
**89** 58:*1* 59:*4*
**8B** 70:*2*

**< 9 >**

**9** 4:*5* 25:*20* 70:*7*
117:*17* 120:*5*
124:*5, 5, 6* 136:*21*
137:*4* 155:*13*
**9,000** 48:*8* 94:*23*
95:*2* 138:*16*
**9:02** 1:*5*
**9:30** 51:*10*
**911** 53:*6, 12*
**93** 36:*19* 58:*10*
**94** 36:*20*
**96** 13:*10*
**974-5387** 41:*10, 13*
**980-4733** 2:*15*
**9B** 70:*13*

**< A >**

**a.m** 1:*5* 176:*7*
**A1** 114:*8*
**A3** 133:*7*

**A4** 114:*12* 132:*18*
133:*4* 134:*21*
**able** 14:*22* 15:*6*
64:*19* 69:*5* 70:*18*
71:*6* 103:*10* 129:*1*
130:*13* 143:*5*
150:*4* 161:*18*
162:*17*
**accidental** 56:*17*
**account** 96:*20*
97:*2, 17, 18* 98:*3*
154:*2, 12* 155:*21*
**accounts** 96:*14*
97:*7, 10* 98:*19*
**ACCR** 178:*6*
**accurately** 63:*20*
110:*20*
**Acer** 170:*16*
**acres** 21:*15, 17*
**acting** 152:*21*
**action** 177:*18, 23*
**activities** 47:*9*
**actual** 102:*2, 8*
**ACV** 77:*18* 87:*14*
**add** 115:*7* 128:*14*
**added** 87:*12, 14*
93:*2*
**additional** 87:*21,*
*22* 88:*18* 91:*16*
93:*14* 94:*15*
**address** 5:*23* 9:*14,*
*23* 20:*11* 136:*17*
**adjuster** 75:*19*
**adjusters** 76:*10*
**adult** 113:*20*
**affect** 14:*10*
**affordable** 33:*4*
**after-the-fire** 122:*7*
**age** 171:*22*
**ages** 77:*3, 4, 4, 8*
**aggravate** 88:*4*
**ago** 32:*18* 82:*4*
117:*23* 156:*13*
173:*12*
**agreed** 48:*17*
90:*10* 139:*14, 16*
**agreement** 109:*20*
140:*15*
**ahead** 62:*11* 81:*3,*
*5* 141:*3*

**ain't** 14:*21* 49:*1*
107:*5* 150:*7*
168:*12*
**air** 63:*19*
**Alabama** 1:*7* 2:*7,*
*14* 9:*12* 10:*2* 16:*7*
17:*9* 40:*3* 110:*18*
119:*17* 127:*20*
128:*19* 129:*15*
177:*1*
**Allen** 32:*18*
**allowable** 175:*19*
**amount** 49:*2*
61:*14* 84:*6* 86:*5,*
*14* 94:*8* 138:*14, 14*
**Andy** 92:*14*
**Angel** 23:*14* 31:*14*
**Angel's** 25:*11*
**answer** 18:*6* 38:*3*
46:*10* 104:*4, 15*
**answered** 108:*5*
**answering** 14:*12*
**answers** 5:*19* 6:*17*
45:*4, 9*
**Antique** 78:*23*
80:*7, 8, 9* 118:*13*
165:*19*
**anybody** 6:*15*
32:*16* 37:*16, 19*
49:*5, 15* 54:*1*
55:*14* 60:*10, 11*
68:*12* 71:*1* 104:*11*
108:*10, 13, 22*
109:*2* 125:*22*
133:*16* 158:*16, 20*
159:*12* 160:*1*
161:*4*
**anymore** 155:*21*
**anyway** 78:*14*
118:*14* 174:*5*
**apartment** 11:*21*
**apparent** 146:*17*
**Apparently** 79:*6*
**appear** 62:*7* 63:*15*
131:*9* 143:*19*
146:*15*
**APPEARANCES**
2:*1*
**appeared** 121:*21*

**appears** 63:*17*
116:*7* 132:*22*
135:*12* 144:*20*
**appraisal** 84:*16, 17*
85:*4, 9, 16* 86:*5*
**appraisals** 156:*11*
**appraised** 156:*13,*
*16, 18*
**appreciate** 175:*23*
**approximate** 77:*3*
**approximately** 95:*1,*
*2*
**April** 89:*17, 18*
137:*15*
**area** 11:*13* 16:*9*
63:*3* 102:*22, 23*
119:*11*
**areas** 102:*18*
**arrested** 16:*22*
**arthritis** 15:*10, 11,*
*12, 22* 174:*5, 6, 13,*
*16*
**Arthur** 84:*18*
**artist** 72:*21*
**asked** 31:*19* 38:*9*
54:*21* 55:*5* 110:*8,*
*9, 10* 118:*9* 121:*20*
122:*10* 152:*12*
154:*2*
**asking** 12:*12*
44:*18, 18* 55:*2*
56:*20* 107:*17*
119:*23* 148:*13*
163:*22* 166:*2*
**assist** 54:*1*
**assistance** 35:*16*
49:*13*
**assume** 26:*4* 38:*12*
40:*2* 64:*18* 65:*8*
71:*3* 89:*4* 92:*18*
98:*7* 105:*5* 122:*1*
128:*8, 12* 149:*18*
**assuming** 122:*2*
**ate** 46:*6*
**Athens** 16:*9*
**attached** 3:*11, 13,*
*15, 17, 20, 22* 4:*1, 3,*
*6, 9, 13, 15, 17*
**attic** 63:*1, 2* 102:*4,*

**Freedom Court Reporting, Inc**                                              **877-373-3660**

*19* 114:*19*, *22*
**attorney** 177:*17*, *21*
**attorneys** 17:*18*
153:*16*
**Audi** 37:*1* 44:*8*
48:*14*, *15*
**audio** 152:*23*
**August** 4:*8* 138:*6*
139:*15* 140:*4*
**authentic** 172:*7*
**auto** 43:*23* 44:*2*
56:*1* 74:*15* 82:*15*
86:*18* 95:*15*
108:*20*
**automatically** 144:*1*
**Auto-Owner's** 2:*10*
4:*6*, *9* 137:*12*
139:*5*, *6* 152:*21*
160:*20* 161:*6*, *8*
163:*13*
**average** 39:*22*
**aware** 60:*4* 157:*1*,
*2*
**awful** 52:*17* 119:*14*
**awhile** 103:*7*

**< B >**
**B1** 116:*7* 119:*3*
**B3** 113:*12*
**baby** 11:*17* 37:*10*
50:*5* 52:*18* 53:*3*
106:*22* 136:*13*
**back** 23:*15* 33:*9*
44:*21* 48:*5* 50:*13*
52:*15*, *19*, *19* 55:*12*,
*19* 58:*22* 65:*8*, *22*
66:*5*, *6* 71:*23* 74:*3*
78:*4* 82:*17* 88:*10*
89:*2* 90:*22* 91:*12*
92:*23* 96:*1* 103:*7*,
*8*, *11* 106:*1*, *6*, *19*
114:*10* 118:*1*
123:*22* 126:*10*
131:*3* 136:*19*
139:*23* 141:*6*, *20*,
*22* 149:*1* 150:*18*
155:*11* 156:*21*
174:*8*
**background** 18:*9*
**backwards** 28:*4*

**bad** 15:*22* 16:*1*
52:*17* 99:*4* 106:*2*
**badge** 121:*1*
122:*16*
**ballpark** 39:*3*
99:*16*
**bank** 47:*12* 96:*15*,
*16* 97:*16* 98:*15*
99:*3* 154:*18* 155:*4*
**bankruptcy** 17:*2*
**banks** 98:*17*
**Barbecue** 12:*8*
**based** 76:*12*
171:*22*
**basically** 21:*21*
90:*18* 93:*3* 102:*23*
162:*6*
**bath** 70:*4*, *5*, *9*
107:*20* 114:*14*, *15*
131:*20*
**bathroom** 72:*8*
131:*16*, *19*
**bathrooms** 107:*19*
**baths** 35:*4*
**beading** 128:*17*
**beads** 124:*1*, *16*
127:*15*
**bed** 101:*17* 147:*22*
167:*1* 172:*23*
173:*6*
**bedroom** 35:*3*
58:*18* 69:*21*, *23*
70:*3* 71:*14* 100:*17*
101:*14*, *15*, *16*
106:*23* 107:*1*, *20*
115:*17* 123:*15*
131:*18* 132:*2*
135:*8* 141:*21*, *23*
145:*17* 166:*20*
167:*4*
**bedrooms** 62:*23*
73:*15* 105:*5* 106:*1*,
*6*, *15*, *21* 107:*18*
**bedside** 148:*2*, *2*, *8*
**beer** 133:*10*
**beginning** 122:*11*
**behalf** 5:*14*
**believe** 32:*10* 51:*7*
54:*2* 58:*1* 62:*7*
66:*19* 79:*12*, *20*

82:*21* 100:*4*
112:*19* 122:*16*
129:*10* 153:*5*
**belonged** 70:*19*, *21*,
*23*
**belt** 119:*6*, *12*
**bench** 135:*22*
**Best** 18:*17* 31:*1*
36:*5* 40:*6* 46:*8*
102:*12* 103:*14*
104:*4* 105:*11*, *13*
154:*23*
**better** 14:*18* 33:*21*,
*22* 34:*1*, *20* 44:*21*
45:*18* 46:*5* 48:*22*
58:*6*, *8* 104:*19*
119:*10*
**big** 47:*9* 135:*23*
157:*5* 165:*5*, *6*
166:*3*, *17*
**bill** 39:*2*, *7*, *8*, *13*
42:*6*
**bills** 36:*9* 47:*1*
95:*14* 99:*1*, *15*
**Birmingham** 2:*14*
**birth** 7:*22*
**bit** 60:*23* 65:*9*, *13*
99:*6* 101:*20* 102:*1*
112:*17* 117:*11*
**biting** 111:*6*
**bitty** 44:*15*
**black** 170:*20* 171:*7*
**blood** 14:*1*, *23* 15:*9*
**blue** 73:*14* 132:*4*
**Bo** 2:*11* 5:*12*
155:*6*
**Boat** 38:*7*
**bonuses** 18:*21*
**boots** 168:*4*, *12*, *13*,
*14*, *18*
**Borderline** 14:*2*
**bottom** 62:*12*, *14*
67:*1*, *23* 79:*4*, *21*
83:*16* 113:*1*, *3*, *4*
115:*9* 131:*7*
132:*21* 134:*2*
140:*23* 149:*19*
169:*15*
**bottomed** 61:*4*

**bought** 90:*8* 96:*13*
100:*17* 101:*1*, *6*
**box** 78:*13* 82:*23*
83:*2* 118:*6* 121:*6*
123:*16* 125:*4*, *12*,
*15* 167:*8*
**boxes** 118:*15*
123:*3*, *3*, *5*
**bracelet** 119:*18*
127:*15*, *21* 128:*16*
129:*16*
**Bradford** 170:*10*,
*11*, *12*, *13*
**brand** 57:*1* 169:*6*,
*12*
**break** 6:*5*, *7* 64:*23*
73:*4*, *8* 121:*15*
**breakfast** 45:*22*
50:*4*
**Brenda** 26:*20*, *23*
27:*10* 28:*1*, *2*, *11*
53:*12*
**briefly** 108:*16*, *16*
127:*8* 130:*19*
**bring** 50:*8* 110:*9*
152:*13*
**broach** 119:*4*
**broken** 111:*3*
**brokerage** 97:*9*
**Bromberg's** 125:*15*
172:*12*
**brought** 15:*17*
93:*4* 155:*23*
**brown** 64:*15*
170:*20*
**Bruce** 76:*6*, *7* 90:*7*,
*16*, *20* 91:*3*
**brunt** 46:*3*
**buckle** 119:*6*, *12*
**buffet** 169:*19*
**build** 56:*18* 57:*16*
58:*5*
**building** 86:*3*, *21*
**Building,** 84:*12*
**built** 35:*1*, *2* 57:*20*,
*23* 58:*3*
**Burke** 2:*11*, *12* 3:*3*
5:*11*, *12* 8:*7* 17:*11*,
*15* 22:*1*, *6* 26:*15*
46:*1* 55:*7*, *11* 62:*1*

72:22  73:7  74:11
79:11  80:3  81:2
83:6  85:3  91:11
104:6  111:10, 13
112:12  117:14
121:18  126:12, 14,
20  127:1  137:2
138:21  140:10
141:8, 10  152:4
155:7, 11, 12  156:4,
10  158:4, 10  161:9
163:17, 19
**burn**  102:2  104:9
**burned**  9:21  10:1
20:7  22:9  27:3
36:14  52:15  57:16
78:13  82:23  83:2,
2  120:16, 20  162:9
**burning**  52:14
**burnt**  21:4  26:23
**Buy**  154:23  155:20

**< C >**
**C3**  114:16
**C4**  124:14  135:12
**cabinet**  69:9
**cabinets**  116:13
170:12, 13
**cable**  38:15  40:14,
14  42:6
**cactus**  132:6, 12
**Caesar**  135:22
**Calico**  120:19
**California**  120:19
**call**  5:15  15:4
21:2  39:15  48:18
53:9  62:10, 13
67:4  71:11  76:11
107:3  113:2, 6
134:2  141:17
**called**  51:16, 18
53:6, 12
**calls**  51:19
**Camper**  38:5
**cancelled**  154:18
155:4  160:19, 20,
22
**canvas.com**  166:3

**car**  37:3, 21  44:8
59:3  65:15, 22, 23
157:13
**card**  47:18, 20
96:9, 11
**care**  49:10
**carport**  65:9
68:16, 18
**cars**  36:17  37:16,
19  47:21, 22  48:6
**case**  61:18  75:10
120:15  152:18
160:21
**cash**  96:10  98:23
137:19  138:11
**cashed**  138:3
**catch**  7:8, 9
**caught**  12:23
29:22  59:2, 3
159:15
**cause**  14:11  30:22
**caused**  56:18  59:9
**CBS**  96:16, 18, 19
98:15
**CCR**  178:5
**cell**  41:15, 22  53:9,
11  152:15
**center**  100:18
101:1
**certainly**  6:14
108:12
**certify**  177:5, 13, 16
**cetera**  73:15
**Chad**  24:6  31:9
**chance**  77:22
**change**  45:4, 8
**changed**  112:5
**changes**  78:7
81:19  82:7
**Charlie**  160:2
**charm**  119:17
**Charter**  40:18, 19
41:4  42:13, 14
**Chaylbeate**  54:4, 5
**check**  35:17, 19
48:21  56:2  94:21,
23  96:9  97:19
98:7, 14  135:14
137:17, 19, 20

138:1, 4, 9, 15
155:23
**checking**  96:19
97:4, 5  98:2
**checks**  33:6  99:4
154:18, 22  155:5
**chest**  150:21  151:4
166:22  173:2, 7
**Chevrolet**  36:20
**Chevy**  48:10  65:16
**chief**  55:14
**children**  11:16
**children's**  113:23
**child's**  140:6
141:5  163:5
**Chinese**  172:7
**chiropractor**  12:5
**cholesterol**  14:23
15:2, 9
**Christmas**  28:18
119:10  135:2
176:4
**Chuck**  75:8  76:3, 4
**chunked**  125:1
**city**  170:14
**Claim**  1:9  5:22
59:19  81:16  82:14,
15  84:6, 7  87:17
93:14  94:11
118:19  119:23
147:1  154:16
157:2, 11  162:15
175:2
**claimed**  86:14
94:9  122:14  153:8
156:17  164:22
**claiming**  87:18, 23
120:8
**claims**  126:3, 9
156:22  157:9
**Clark**  55:21, 23
56:7  66:20
**Clark's**  56:12
**class**  118:11, 14
**Claus**  134:22
**clean**  68:12  109:8
129:2  130:13
133:14, 16  143:6
144:3  145:6, 8

161:17  162:18
**cleanable**  81:23
**cleaned**  78:12, 14
80:12, 13  125:21
126:2  129:4
130:22  143:5, 18
145:22  150:2
162:14
**cleaning**  109:11
**clear**  44:17  75:5
79:15  89:23
142:14  144:10
161:14
**clearly**  144:11
**close**  37:6  39:15
89:11  175:13
**closed**  58:17, 18
146:8
**closest**  158:19
**closet**  70:14
115:19, 20  135:6
**closets**  70:16
**close-up**  150:14
**clothes**  70:13  71:4
115:12, 14, 16
143:2  163:1
**clothing**  70:19, 21,
23  71:7
**Cloud**  2:4
**Coach**  170:20, 20
**coat**  164:13, 15, 19
**coats**  164:19
**coffee**  144:21
145:1, 9  147:21
148:3  149:18
150:10  169:19
**cold**  39:6  40:4
174:2, 10
**COLE**  1:3  2:2, 2,
3, 4  3:3, 10, 10  4:6,
9, 12  5:8, 12  7:13,
18  8:13  9:7, 10
11:23  21:14, 18
22:2  26:12  45:17
78:23  79:6  80:2,
19, 21  84:20  91:7
103:16, 20  104:3
111:8  117:12
126:18  155:3, 22
156:9  161:5

163:*16*  176:*7*
177:*9, 14*
**college**  12:*9*  16:*14,*
*15*
**color**  148:*21*
173:*20*
**colored**  148:*7*
173:*18*
**column**  77:*19*
86:*14*  116:*15, 22,*
*22*  121:*3, 4*  122:*17*
125:*8, 14*  132:*18*
134:*3, 3, 4*
**columns**  115:*6*
116:*3*  131:*8, 15*
**come**  39:*16*  54:*1*
55:*19*  56:*2, 7*  58:*9*
71:*23*  75:*16*  87:*13,*
*15*  92:*3, 5*  93:*2*
109:*13*  114:*9*
154:*10*  158:*1*
161:*20*  166:*17*
168:*9*  172:*10*
174:*9*
**comes**  51:*11, 11*
174:*18*
**coming**  31:*3*  50:*15,*
*17*  51:*4*  66:*11*
99:*7*  102:*5*  175:*23*
**comment**  144:*14*
**comments**  136:*18*
**Commerce**  2:*5*
**Company**  5:*14*
51:*17*  59:*19, 21*
75:*11*  84:*7*  86:*19*
89:*21*  95:*21*
109:*18*  111:*22*
**complete**  153:*2*
**Completed**  153:*15*
**completely**  144:*3*
**Complies**  81:*17*
129:*14*  131:*1*
**computer**  170:*17*
**ConAgra**  60:*20*
**concerts**  47:*6*
**Conchin**  2:*4*
**concluded**  176:*7*
**conclusions**  25:*17*
**condition**  144:*15*

**conditioning**  63:*19*
**confirm**  105:*12*
**confusing**  21:*10*
**construct**  57:*17*
**construction**  34:*19*
**contact**  109:*13*
**contain**  177:*7*
**contained**  50:*22*
59:*14*  102:*18*
**Contents**  3:*17*
74:*15, 18*  76:*15, 18*
77:*23*  78:*7*  82:*14,*
*15*  87:*12*  96:*1*
126:*10, 13*  127:*5*
153:*4, 19*  162:*4*
164:*5*
**contractor**  58:*4*
160:*13*
**control**  136:*4*
**conversations**
152:*20*
**cook**  44:*14*  108:*16*
**cooked**  50:*4*
**copied**  156:*2*
**copies**  17:*19*
**Copy**  3:*10*  17:*4*
141:*9*  175:*6*
**corner**  63:*17*  67:*23*
**correct**  8:*11*  15:*2*
21:*9*  25:*12*  38:*13*
62:*8*  73:*20*  76:*10*
78:*6*  82:*15*  86:*6,*
*11*  137:*12*  141:*6*
152:*22*  175:*3*
177:*8*
**Correspondence**
4:*5, 8, 12*
**cost**  95:*15*  139:*17*
**costume**  126:*6, 7*
127:*9*  129:*18, 21*
130:*3, 5*
**couch**  169:*15*
**counsel**  177:*17*
**count**  62:*4*  110:*5*
**County**  75:*15, 22*
84:*1*  177:*3*
**couple**  46:*16*  62:*6*
111:*7*  121:*20*
126:*11*  131:*13*

152:*7, 14*  154:*5*
158:*12*  175:*12*
**course**  74:*8*  87:*1*
102:*4*
**Court**  2:*5*  6:*16*
32:*12, 16*
**cover**  43:*12*
**coverage**  5:*23*
**covered**  47:*1*
**covering**  86:*21*
**cowboy**  168:*4, 18*
**Crap**  20:*18*
**credit**  47:*12, 18*
96:*9*
**Croncant**  25:*2*
**Cronkite**  24:*23*
25:*3*  30:*2*
**Cuisinart**  165:*3*
**Culver**  26:*21*
27:*10*
**curio**  69:*2, 8*
**current**  17:*22, 23*
18:*18*
**currently**  8:*10*
9:*11*  18:*12*  22:*10*
42:*8*
**curtain**  169:*11*
**curtains**  168:*22*
169:*4*
**custody**  43:*18*
**custom**  168:*22*
169:*3, 6, 11*  170:*3,*
*5*
**cut**  88:*8, 9*
**CVS**  96:*17*
**CZ**  129:*19*

**< D >**
**D2**  113:*16*
**D3**  117:*3*  119:*17*
124:*5, 7, 10*
**D4**  125:*20*
**dairy**  60:*21*  61:*5, 8*
**damage**  66:*8, 9, 14,*
*15*  68:*2, 8*  69:*22*
70:*5, 8*  72:*4, 9*
86:*4*  93:*6*  102:*2, 2,*
*7, 11, 17, 20*  105:*1,*
*14, 18, 21*  119:*1, 22*
120:*1, 2, 9*  121:*10*

122:*3, 18, 20, 22*
127:*14, 16, 20, 23*
128:*5, 8, 11, 13, 14*
132:*13, 13, 14*
133:*12*  134:*10*
146:*21*  149:*7, 12*
**damaged**  67:*11, 20*
105:*21*  127:*12*
146:*19, 19*
**Daniel**  7:*18, 19*
**darker**  173:*20, 22,*
*23*
**Darwin**  55:*20*
108:*16*  118:*7*
**date**  7:*22*  23:*5*
28:*4, 12, 21*  29:*11,*
*15*  30:*5*  31:*7, 12,*
*16*  32:*2*  83:*22*
85:*18*  94:*19*  155:*5*
163:*14, 21*  164:*6*
177:*10*
**dated**  4:*5, 8, 12*
**daughter**  10:*19, 20,*
*21*  11:*17*  71:*3*
82:*3*  157:*13*  168:*2*
**daughter's**  10:*22*
106:*22*  167:*15*
**David**  4:*12*  108:*21*
139:*5*
**Davis**  8:*21, 23*  9:*7*
**day**  49:*9, 19*  50:*1,*
*2*  51:*5*  91:*3*
163:*23*  178:*1*
**days**  98:*11*
**Day's**  89:*8, 9*
**deal**  34:*8*  175:*22*
**dealing**  66:*10*
**deals**  14:*18*
**dealt**  76:*5*
**debit**  96:*11*
**debris**  91:*19*  153:*9*
**debt**  47:*18*
**debts**  155:*14*
**Decatur**  12:*7*
**December**  1:*4*  40:*4*
**deceptive**  117:*11*
**decided**  69:*11*
**decisions**  5:*21*
**decoration**  135:*2*

**decorative** 131:*10*
**deductible** 94:*5, 6*
**Dee** 2:2  3:*10*
**defendant** 60:*17*
  61:*17*
**Dennis** 8:*21*
**dental** 47:*1*
**department** 51:*18*
  53:*18, 21*  54:*3*
  63:*8*  64:*19*  65:*19*
  66:*10, 22*  83:*1*
  103:*3*  104:*20*
  108:*16*
**depict** 72:2  116:*12,*
  *23*
**deponent** 8:*5*
**deposit** 98:*22*
**deposited** 97:*19*
  98:*8, 14*
**deposition** 55:*10*
  73:*3*  91:*10*  121:*17*
  155:*10*  158:*9*
**depreciation** 77:*14*
  93:*18, 19*  156:*8*
  175:*18*
**describe** 12:*14*
  22:*3*
**designer** 128:*22*
  174:*23*
**desk** 114:*5, 10*
  117:*22, 22*  118:*4*
  123:*18, 19, 20*
  170:*4, 5*
**detail** 61:2
**detailing** 153:*18*
**determine** 56:*4*
**determined** 19:2
  56:*14*  76:*22*  77:*15,*
  *16, 20*
**diabetic** 13:*22*
**diagram** 21:*12*
  73:*9, 12*  101:*23*
  141:*19*
**diamond** 130:*12, 18*
**diet** 13:*17*
**Dietrix** 13:*15*
**different** 20:*19*
  21:*8, 19*  79:*5, 9*
  109:*15*  117:*8*

126:*21*
**differentiate** 79:*19*
**differently** 112:*18*
**difficult** 7:8
**digits** 8:4
**Dillard's** 171:*1*
**dining** 166:*11*
**directly** 97:*19*
  98:*8, 14, 19*
**discussed** 162:*10*
**discussion** 55:*10*
  73:*3*  91:*10*  155:*10*
**disposed** 68:*21*
**divided** 78:*20*
**dividends** 19:*18, 20*
**divorce** 9:5
**Document** 4:*17*
  78:*21*  83:*10, 11*
  120:*13*
**Documents** 4:*17*
**doing** 7:8  19:6, 9
  50:6  84:2  95:*19*
  121:*22*  161:*4*
**DOL** 1:*10*
**doll** 133:*1, 1, 5, 6*
**dolls** 135:*16, 23*
**door** 50:*15, 16*
  52:*18, 19*  64:*1, 4, 5,*
  *8*  66:*5, 6, 7, 9, 16*
  114:*10*  118:*1*
  123:*22*  142:*11*
  164:*15*
**dot** 105:*14*
**double** 48:*21*
**downloaded** 112:*17*
**draw** 21:*12, 12*
  33:5  72:*16*
**drawer** 142:*22*
**drawers** 142:*7, 17,*
  *18*  143:*15, 21, 22*
  144:*7, 22, 23*  146:*4,*
  *6, 11, 14, 17*  147:*4,*
  *12*  149:*7, 8*  150:*1,*
  *22*  151:*4, 14, 18*
  166:*22*  173:*2, 7*
**draws** 35:*17*
**dresser** 117:*21*
  118:*4*  123:*9, 11, 13*
  141:*13*  151:2
  166:*21*  173:*3, 7*

**dresses** 171:*15*
  172:2
**drive** 36:*18, 22*
**driver's** 3:*10*  17:*7*
  156:*19*
**drives** 36:*21*  37:*10*
**driveway** 65:*13*
**drugs** 14:*10*
**dryer** 50:*18, 22*
  52:*1*  56:*15, 21, 22*
  57:*2, 10*  100:*7*
**due** 100:*1*
**duly** 177:*15*
**dumped** 92:2
**dumpster** 91:*22*
**duplicate** 153:*23*
  154:*14*
**Dwelling** 86:*23*
  87:*1*  93:*19*  94:*12,*
  *13, 14, 19*

**< E >**
**E1** 116:*12*  132:*12*
**E2** 136:*3, 6*
**E4** 132:*9*
**earlier** 8:*14*  47:*22*
  65:*17*  99:*14*  101:*4*
  127:*23*  149:2
  150:*23*
**easier** 21:*11*  43:*5*
  81:*10*  120:*4*
**easy** 166:*19*  175:*21*
**eating** 45:*12, 13, 19*
**effort** 108:*1*
  125:*21*  153:*22*
  162:*20*
**efforts** 104:*18*
  161:*15*
**Eight** 18:*15*  20:*23*
  80:*7*  89:*14*  90:*18*
**either** 7:*1*  12:*9*
  14:*10, 22*  36:*15*
  45:*19*  46:*21*  55:*16*
  58:*1*  66:*9*  67:*16*
  72:*21*  109:*21*
  159:*23*
**elderly** 49:*16*
**electric** 39:*1*
**employed** 177:*18,*

*21*
**employee** 177:*21*
**empty** 39:*15*
**ended** 89:*1*
**ends** 81:*22*
**enforcement** 55:*15*
**entered** 85:*20*
**entertainment** 47:*5*
  100:*17*  101:*1*
**entire** 105:*23*
**entitled** 4:*17*
**entry** 64:*22*  66:*21,*
  *23*
**Epp** 178:*3, 5*
**equivalent** 34:*17*
**Erika** 24:*6*  31:*9*
**Eshenour** 4:*13*
  139:*5*
**establish** 154:*15*
  155:*19*
**Estimate** 3:*22*
  39:*3*  93:*23*
**et** 73:*15*
**E-T-D-O-L-E** 15:*14*
**Etodolac** 15:*12, 13*
**eventually** 87:*16*
**Everybody** 98:*10*
  175:*21*
**everybody's** 53:*3*
**eviction** 60:*12*
**evictions** 60:*15*
**exact** 30:*17*  49:*19*
**exactly** 146:*13*
**EXAMINATION**
  1:*1*  3:2, *3, 11, 13,*
  *15, 18, 20, 22*  4:2, *4,*
  *7, 10, 13, 15, 18*
  5:*11, 13*  176:*6*
  177:*8, 19*
**exception** 122:*15,*
  *18*
**excess** 130:*16*
**Exchange** 75:*15, 17,*
  *21, 22*
**Exhibit** 3:*8, 11, 13,*
  *17, 18, 20*  4:*1, 3, 5,*
  *8, 10, 13, 15*  17:*13,*
  *16, 18*  61:*22*  62:*3,*
  *5*  73:*5, 11, 12*  74:*9,*
  *13, 14*  79:*16, 17*

80:22  83:4, 9  85:1,
7  87:11  93:1  94:2
96:2  101:23  111:8,
10, 11  112:10, 16
126:18, 20  127:4
136:21, 23  137:4, 4
138:19, 23  140:8,
12, 14, 23  152:2, 6
153:5, 6
**EXHIBITS**  3:7
163:10, 18
**expect**  111:19
154:7
**expense**  88:1  99:19
**expenses**  87:21, 23
88:18  91:16  93:15
94:16
**expensive**  164:23
172:12
**expired**  161:1
**explain**  87:8
146:23
**extent**  144:16
153:11  175:19
**exterior**  143:15
**extinguish**  52:6
103:4
**extra**  106:22  107:1

**< F >**
**Fabulous**  132:21
**faceplate**  128:3
**faces**  74:1, 3
**facing**  106:15
**fact**  121:14
**fair**  30:20  97:15
103:23  105:7
**fairly**  128:23
**fake**  126:1
**familiar**  14:4
75:14
**family**  32:7  43:12
60:7  110:17
111:20  167:22
**fan**  127:20  128:19
129:15
**far**  45:4  47:4
52:4  54:13  60:12
77:19  87:18  99:18
102:11  105:6

106:16  113:7
143:15  144:6
149:12  150:12
**farm**  60:21  61:8
**fashion**  112:6
**February**  31:2, 2
40:5  49:20  89:16
**feed**  61:3, 4
**feel**  45:18  51:9
104:3
**Fenicia**  172:11, 13,
13, 17
**fever**  136:14
**fifty**  43:6
**figure**  22:3  84:5
146:12
**figured**  93:22
**filed**  17:2
**fill**  6:15
**financed**  48:3
**financial**  49:12
97:7
**financially**  177:22
**find**  17:5  78:9
81:11  90:5, 6
100:18, 20  120:21
126:17  153:13
**fine**  5:17, 17  15:19,
19  34:14  40:11, 11
45:3, 11  81:3
82:12  85:19
100:21  109:23, 23
116:5, 5  129:12
131:4  172:21
**fire**  9:15  10:5
11:23  18:3, 9, 9
38:23  42:10  44:19,
20  45:7  49:18
50:17, 22  51:17, 18
52:6  53:18  54:2, 6
55:14, 17, 18, 19
56:4, 15  58:23
59:1, 2, 3, 5, 6, 7, 8,
12  62:16  63:3, 8
64:7, 8, 11, 13, 19
65:18  66:9, 10, 22
73:19  89:3, 4, 15
100:8, 12, 14  103:2,
3, 4  104:8, 13, 20
108:10, 15  110:12

111:3  112:5  118:6,
6, 14  121:6  123:3,
3, 4  125:4, 12
134:14  153:4, 8, 9
159:15  173:13
**firefighter**  18:8
**firefighters**  54:7,
16  55:14
**fireplace**  39:18, 20
116:10, 11
**fires**  59:23
**first**  5:15  12:12
13:1, 9, 10  50:21
52:2, 3  62:6  75:5
84:11  89:17  116:6
117:19
**fish**  131:11, 16
132:10
**Five**  20:22  21:6, 8
35:23  40:8, 9
57:13  62:4  107:22
108:2  110:5  115:6
158:5
**flame**  102:2, 7
105:18  122:3, 20
128:13  132:13
**flames**  102:4, 8
**flares**  174:18
**floor**  3:15  35:5
115:2
**flow**  174:11
**follow**  21:7
**followed**  73:3
**food**  44:10, 11
**fool**  133:18
**footage**  107:8
**football**  47:6
**force**  64:22  66:23
**forced**  66:21
**foregoing**  177:6
**forehead**  136:15
**forever**  53:19
68:16
**forewarned**  46:4
**forgive**  119:7
169:4
**forks**  80:8
**form**  76:16  93:2
112:6
**formal**  108:12, 17

found  81:20  82:2
118:11, 13  151:5
168:13
**four**  8:4, 8  10:17
20:17, 21  21:6
35:20  62:4  110:5
**fourth**  80:7
**free**  49:9
**friends**  11:19
**front**  52:18  65:3
73:23  106:7, 16, 19
145:17  149:18
151:9  159:18, 21
**front,**  106:11
**full**  7:12  135:15,
17  177:7
**fur**  167:12
**Furniture**  57:8
88:9  96:12, 13
99:20, 21, 22  100:6,
9  101:12  109:4
135:14, 18  139:18
145:6, 15  154:1, 23
166:14, 18, 23
167:4  169:16
172:21, 23  173:8,
18
**further**  177:13, 16,
20

**< G >**
**Galaxy**  169:21
**games**  47:6  110:18
**Garland**  159:6, 22
**Gary**  155:23
**gas**  39:10, 16  45:5
**gather**  6:2
**geisha**  172:7
**general**  15:20  58:4
105:17  110:8
158:17  160:13
**generic**  33:11
**Geneva**  130:1
**gentleman**  84:21
**German**  133:10
**getting**  66:14
92:23  107:14
113:11  118:23
**gift**  167:22
**gifted**  168:1

give 5:5 54:19
72:23 75:12 81:9
92:11 124:4 125:5
given 108:9, 12
glass 64:4, 5, 8
Glucophage 13:19
go 8:1 16:4, 5
22:14 23:15 32:12,
16 33:9 46:19
52:7 55:7, 12 61:1
62:11 71:9 72:22
79:10 81:3 89:2
98:18 99:2, 4
103:8 110:3, 6
111:22 112:20
115:4 117:23
119:16 126:10
127:7 130:9 140:2
141:3 144:19
147:21 149:1
152:14 154:15
155:7, 11 156:7
158:3 162:1
go, 162:3
God 5:7 23:11
32:6 37:3 92:8
goes 23:14 44:6
97:17 98:23 99:1
106:12 117:17
174:19
going 8:3 12:10
14:16, 21 17:6, 17
28:3 33:22 34:11
35:12 36:18 40:3
46:3 49:1 51:20
54:3 62:10, 11, 13
63:4, 14, 22 71:11,
23 74:6, 13 81:4
83:8 84:2 85:6
96:1 110:6 112:8,
13, 21, 22 113:2, 2
115:4, 6, 7 116:1
122:11 127:7
128:7 130:9, 9
134:2 140:22
141:3 144:2
147:10 152:7, 13
156:7 160:5, 12, 17
161:2 166:19

172:10
gold 127:8
good 12:14 32:4,
19, 22, 23 35:9
111:7 146:10
176:4
goodness 82:3
Gordon 90:8, 21
Gordon's 90:17
91:3
Gosh 103:12
Gotcha 33:7 43:21
44:22 171:4
gotten 165:14
government 35:16
grab 126:12
grabbed 82:4
graduated 49:6
grandbaby 10:6, 14
grandbaby's 10:7
grandma 131:17
grandmother
124:17
grandmother's
78:11 124:1
grandpa 131:17
grease 59:11, 12
great 61:1 117:9
166:3
Green 16:10
groceries 44:11
gross 175:18
Group 3:22 74:21
75:2, 7, 17 77:7, 12,
16, 20 84:22 85:13
87:13 140:19
Gucci 128:22
174:23
guess 22:7 31:1
33:11 34:9 36:5
39:5, 17 40:7 45:1
46:8 50:1, 4 54:21
64:10 66:13 67:3,
22 76:11 78:1
83:12 95:22 96:11
105:8 116:17
118:23 147:15, 20
159:10 160:16
169:13 170:17

171:7, 22
guessing 173:17
guest 141:23
guilty 104:4
gutted 122:3
gutting 116:19
122:9
guy 145:3
guys 61:2 169:7

< H >
half 120:6
halfway 120:11
122:12, 13
hand 5:3
handled 157:23
hang 32:23 164:16
hanging 164:18
165:22
happen 6:11
happened 50:1
52:4 54:19 79:7
139:20 156:17
happens 81:21
happy 144:18
hard 6:19 32:22
104:13
Hatton 11:14, 15
61:11, 12, 13
170:15
haul 92:8
he, 58:3 92:18
95:8
head 8:9 19:16
36:13 38:2 47:7
49:6 65:10, 14
headboard 147:11,
23 148:17 149:11
health 12:13, 14, 17
42:20
hear 158:12
heard 109:15
heart 12:18
heat 39:17 122:22
Heather 25:22
29:13
Heather's 25:20
help 5:7 13:21
33:21 72:15 75:12
78:19 91:22 102:1

155:16 158:3
174:13
helped 74:21
75:17 92:10, 12
helpful 22:5
helping 49:8, 15
154:15
helps 111:21, 21
Henderson 25:6
29:19
here, 142:15
hereto 177:22
heretofore 177:11
hey 154:2 155:19
high 14:23 15:9
16:5, 6
Highway 9:12
10:2 18:2 159:10,
17
Hill 16:10 20:10
hire 160:8
hired 56:1 109:8
hit 58:13 119:9
hold 74:6
holiday 110:16
111:19
home 39:1 46:6
homes 33:10
honest 111:18
168:16
honestly 32:20
34:10 104:20
hope 175:21
horror 32:9
hose 50:20 52:5,
11 63:9
hoses 66:12
hot 39:5 105:8
174:2, 10
hotel 88:2, 19, 20
89:4, 6, 16, 19, 21
90:2, 3, 19
hour 18:20
house 3:15 9:21
10:1, 4 20:7, 19, 21,
22, 23 21:2, 3, 3, 5
22:9, 20, 21 23:17
24:8 25:1, 6 26:8,
21, 22 27:2 30:11,
14 36:14 38:21, 22

42:9, 11  44:20
52:23  57:16, 17
58:12  59:2, 6, 8
62:8, 15  63:11, 16,
18, 20  64:2, 12, 20
65:4, 8, 12  67:7
69:19  71:13  72:16
73:10, 16  74:1
82:2  86:22  88:3, 8
89:17  90:4, 5, 6, 7,
8, 9, 10, 17, 20, 22
91:4, 13  93:9, 19
95:5  101:23  102:1,
15  103:11  105:6,
23  106:7, 16, 17
107:8, 21  108:7
110:12, 21  141:18,
20  153:3  156:12
158:21  159:9, 13,
20, 21  160:3, 6
161:19  162:9
**house,** 159:14
**houses** 20:15  21:5,
6, 8  61:8
**housing** 109:1
**Howarth** 3:22
74:21  75:1, 7, 8, 17
76:2, 3, 4  77:7, 12,
15, 20  84:22  85:13
87:13  94:1
**How's** 37:8
**Huh-uh** 12:22
47:3  56:9  71:8
77:9  99:20  102:10
121:11  134:19
157:22  163:3, 14
**huh-uh,** 6:18
**human** 6:22
**hundred** 46:16, 18
**Huntsville** 1:7  2:7
**husband** 10:5
12:17  14:19  22:10
23:21  27:14  33:16,
22  34:18  41:18
55:6, 16  57:17
84:13  90:21
137:11  160:5
**husband's** 17:23
82:14  83:18

**< I >**
**ice** 174:10
**idea** 15:20  34:3, 5
39:21  87:15
104:11, 17, 22
113:9  171:10
172:8
**identification** 17:14
61:23  73:6  74:10
83:5  85:2  111:12
112:11  136:22
137:1  138:20
140:9  152:3
**identify** 138:23
**IHOP** 45:23
**imagine** 34:22
**immediate** 53:14
60:6
**immediately** 38:23
42:10  44:18  64:7
177:13
**include** 93:12, 14
**including** 94:15
**inclusive** 177:7
**income** 18:18
19:14  97:16  98:20
99:6, 8, 9, 10
**incorrect** 78:5  93:7
**independent** 75:19
76:9
**INDEX** 3:1
**indicate** 73:23
81:15
**indicating** 63:6
65:2, 23  73:12
75:4  106:8  113:13
120:16  123:16
124:2, 11, 13, 15
126:1  129:9, 10
136:11  141:22
142:6  149:5, 20
**individual** 20:13
34:9
**individuals** 47:15
**information** 6:2
48:23
**Inn** 89:8, 10
**inquisition** 6:4

**inside** 110:11
114:22  118:3, 4
123:10  142:18, 20,
22  143:14, 20
144:7, 8, 16  145:23
147:4, 9  149:8
151:12
**institution** 47:13
**institutions** 97:7
**Insurance** 2:10
4:6, 9  5:14  42:20
43:14  44:1  47:2
51:17  59:18  75:11
84:7  86:16, 19
87:4  89:20  95:21
109:18  111:22
156:22  157:11
160:19
**intended** 6:3
138:11
**interested** 177:22
**interior** 58:16
146:5, 7, 8  147:3,
14
**interiors** 147:15
**Internet** 42:3, 4
**interrupting** 7:7
**investigation** 18:9
**involved** 59:1
**iPad** 82:4
**issue** 143:20  145:1
**issued** 138:1
**issues** 12:13, 20
142:2  143:14, 17
145:19, 20  146:13
147:7, 12  149:13
151:17
**it,** 139:16
**item** 80:7  130:10
132:20  133:9
168:21
**items** 68:14  77:5
80:6  81:18  96:5
109:8  111:16
117:8  123:1
131:10, 14  132:11
133:17  139:18, 21,
21  140:12  148:7,
22  153:3, 8, 19

166:17

**< J >**
**jacket** 167:12
**Jamaica** 132:11
**Jamaican** 131:19
**January** 40:4
155:5  178:1
**JC** 168:5  169:2, 3,
7
**Jennifer** 108:23
**jewelry** 117:8, 16,
17, 18  118:2, 17, 20
120:3, 6, 7  121:9
122:13, 14, 15
123:10, 16, 23
124:20, 23  125:15,
18, 21  126:4, 6, 7, 9,
16  127:9  129:19,
21  130:3, 5, 21
131:5, 23  132:12
162:14  172:11, 12
175:8
**Jill** 25:6  29:19
**job** 19:11, 12
**John** 75:14, 18
76:1
**John's** 12:8
**joke** 135:6
**Jolly** 75:14, 23
76:1
**Jones** 159:6
**Jr** 2:3, 11
**judgment** 61:14
**July** 4:12
**jump** 96:1
**jumped** 50:16
135:11
**jumping** 25:17
101:20
**June** 163:20  164:3
**junk** 107:2  142:1

**< K >**
**keep** 33:3
**keeping** 80:14
118:22
**Kenneth** 2:3  21:14,
18  22:2  26:12
45:17  78:23  79:6

80:2, *19*, 21  84:*20*
91:*7*  103:*16*, 20
104:*3*  111:*8*
117:*12*  126:*18*
155:*3*, 22  156:*9*
161:*5*  163:*16*
**kept**  32:*8*  68:*15*
135:*4*
**kids**  49:*8*  92:*14*
**kid's**  113:*22*  114:*1*
**kind**  16:*17*  18:*21*
21:*11*  28:3  34:*17*
35:*11*, 15  36:*1*, 8,
*17*  38:*1*, 18  46:3,
*12*  47:8  50:2
53:*14*  54:*19*  55:*13*
56:*18*  58:*4*  62:*20*,
22  63:*17*  73:*9*
75:*5*, *13*  81:*14*
84:*9*  85:*6*  97:*12*
99:*14*, *16*  104:*9*
110:*7*  111:*21*
113:*8*, *10*, *19*
115:*23*  116:*8*, *17*
117:*17*  120:*16*
121:*23*  122:*19*
126:*1*  135:*13*
146:*23*  150:*13*
152:*13*  157:*5*, *11*
160:*4*, *13*, *13*, *14*
161:*15*  168:*7*
173:*17*  174:*18*
175:*13*
**kinds**  58:*15*
**King**  167:*1*, *7*
**Kitchen**  25:*21*
29:*7*  59:*14*  71:*21*
73:*15*  102:*3*, *19*
114:*4*, 8  116:*13*
123:*21*  164:*21*
165:*23*
**Klasing**  2:*12*
**knees**  174:*8*
**knew**  100:*16*
118:*15*  140:*18*
**knives**  80:*10*
**know**  5:*21*  6:6, *9*
7:*9*, *10*  14:*1*, 5, 5,
*19*  15:6, *14*, *15*, *18*
18:*6*  19:*21*  21:*10*,

23  23:3, *13*, *14*
28:*17*  34:*7*, 9, *10*,
*11*, 12, 12, 13, 15
35:*11*, 12  37:3, 7
39:6  43:2  44:*1*, 3,
*12*  45:6, *14*, 15, 16,
18, 20, 21, 22, 22
46:*11*, 12, 13, 16
47:6  48:*7*, 19, 19,
20  49:*1*, 3, 9  50:*1*
51:*22*  52:*7*, 16
53:*22*  54:6, 7, 9
55:3, 5  56:*11*, 14
57:*9*  58:6, 9  64:3,
6, 9, 14, 14, 16  66:3
67:3, 4, 20  68:*20*
70:*12*  71:*12*  75:*13*
78:*17*, 19  80:*19*, 22
81:*20*, 22  82:3, 9
83:*22*  84:*14*, 18, 20
85:*15*  89:6  90:*14*
92:*21*, 22  94:*19*
95:*20*  99:*14*, 19
100:*16*, 18, 19, 22
102:*13*  103:*2*, 5, 6,
6, 13, 15, 17, 17, 21,
22  104:*7*, 10, 15, 18
105:*2*, 9, 10  107:*7*
109:*4*, 16, 17  111:*5*
112:*1*, 23  113:*11*
116:*16*  119:*15*, 20
121:*13*  123:*2*
128:*14*  130:*23*
142:*3*  143:*13*, 23
144:*4*  146:*18*, 18,
22  150:*17*, 17, 19
151:*2*  154:6, *13*, 21,
22  155:*23*  156:*1*,
*13*, 23  159:*4*  160:*2*,
7  161:*16*  162:6, *13*
163:*8*, 12, 15  164:*1*
165:*13*, 21  166:*1*, 4,
*12*  167:*14*  168:*15*
169:*5*  170:*4*, 8, 13
171:*1*  172:*1*, 16
176:*1*
**knowing**  54:*13*
**knowledge**  105:*11*,
13

**known**  7:*16*

**< L >**
**label**  112:*23*
**labeled**  113:*1*
**lady**  21:*4*  53:*11*
90:*6*
**lady's**  127:*8*, 18
128:*2*
**laid**  50:*12*
**lamp**  68:*10*  69:*1*
134:6, 7, 7, 9
**land**  9:*21*  33:*12*
40:*23*  61:*8*
**laptop**  170:*16*
**large**  129:*19*
166:*21*, 22
**Las**  132:*5*, 21
133:*2*
**lately**  77:*23*
**laundry**  50:6, *15*
73:*19*  102:*3*, 19
118:*16*  121:*7*
123:*6*  164:*11*, 12,
15
**law**  55:*15*
**Lawrence**  75:*15*, 22
84:*1*
**lawsuit**  60:*10*, 18
**layout**  72:*16*
**leaning**  64:*2*
**leather**  128:*2*
**left**  91:*3*  106:*16*
113:*7*  121:*19*
130:*17*
**lengthy**  55:*13*
**letter**  124:*4*
137:*16*, 21  138:*8*
139:*4*, 13, 13
**letters**  137:*5*, 7, 10
**Lewallen**  27:*1*, 7
**license**  3:*10*  17:*7*,
9, 20, 22, 23  156:*19*
**life**  7:*5*
**light**  134:*15*
**lighter**  148:*7*, 21
173:*18*
**limit**  86:*9*, 10
**Linda**  25:*21*  26:*1*
29:*7*

**line**  40:*23*  52:*14*
86:*3*, 8, *13*  87:*6*
95:*13*  110:*6*, 7
124:*10*  163:*11*, 11
**lint**  56:*18*
**list**  74:*15*, 18, 20
76:*15*, 18  77:*23*
78:*8*  82:*7*, 11
87:*12*  96:*1*, 3
126:*10*, 13  127:*5*
129:*6*  152:*9*, 12
153:*3*, 4, 19  154:*8*
156:*15*  164:*5*
**listed**  126:*16*
153:*19*
**little**  21:*12*  23:*8*
26:*21*  30:*11*  44:*15*
60:*23*  65:*9*, 13
81:*5*, 9, 14  99:*5*
101:*20*  102:*1*
112:*17*  113:*18*
117:*10*  118:*1*
119:*10*  121:*22*
138:*16*  167:*18*
172:*15*
**live**  11:*3*, 5, 12, 18
159:*3*, 6, 8
**lived**  42:*11*
**lives**  27:*11*  158:*16*
159:*12*
**living**  11:*22*  12:*4*
20:*8*  22:*10*  38:*23*
44:*15*  67:*8*, 9  88:*1*,
18  93:*14*  94:*16*
101:*8*  145:*9*
147:*19*  151:*22*
168:*20*  169:*14*
**loans**  47:*11*
**located**  73:*16*
114:*2*  115:*17*
116:*9*  117:*18*
123:*4*, 10, 17, 20
131:*14*  141:*18*
147:*18*  164:*12*
170:*14*
**location**  20:*7*  22:*9*
30:*17*
**logo**  172:*12*
**long**  18:*14*  23:*7*
28:*6*, 7, 8  30:*23*

**Tammy Lynn Cole**                                                         **189**

35:2  53:17  89:9
104:23  154:15
158:3
**long-term**  28:15, 23
29:4, 9, 15, 19
31:10, 16, 23
**look**  21:22  77:1,
22  78:4  111:14
120:5  121:12
125:13, 22  126:13
130:17  140:2
141:9, 11  144:12
146:2, 5, 15  154:20
**looked**  5:20  50:14
62:16  110:21
127:22  139:22
145:19  149:6
151:16  173:18
**looking**  39:2  45:6
46:10, 11  62:14, 21
67:18  79:16  84:8
85:18  93:4  107:16
113:12, 16  114:20,
23  115:1, 11  116:6
119:11, 15, 21
120:17, 23  124:14
125:13  126:21
130:10  131:6, 7
134:21  135:10, 12
136:9  140:21
141:16  142:3
144:6, 11  147:1
166:10  168:19, 21
170:2, 19  171:14
172:7
**looks**  62:18, 21
63:11, 20, 23  68:7
70:8  71:15  83:22,
23  94:9  110:12
114:6  115:5  119:4,
17  121:23  124:7
125:14  131:10
132:4, 18  133:10
134:21  135:16
136:4  141:12
147:11  148:21
150:13, 18  163:20
165:3  170:21

**Lord**  28:7  45:14
59:22  61:10  80:20
133:22
**Lord's**  165:19
**Lordy**  15:4
**Loss**  3:20  83:13
93:1, 5  153:16
163:9
**lost**  111:4  172:15
**lot**  9:20  11:6
20:20, 21, 23  21:1,
1, 1  22:19, 20
23:13, 18, 19, 20
24:3, 6, 8  25:18, 19,
20, 21  26:4, 9, 10,
13, 19  27:19, 20
58:5  66:22  98:22
111:17  119:22
144:13  154:10
**lots**  21:6, 6, 9, 19
33:10
**lotted**  20:18
**love**  169:15
**Lowry**  22:19, 23
31:20  34:5
**luck**  52:8
**Lynch**  97:12
**LYNN**  1:3  2:2
3:3, 10  5:8  7:13,
14  176:7  177:9, 14
**L-Y-N-N**  7:15

**< M >**
**ma'am**  5:9  17:17
83:8
**Macy's**  170:22, 23
**MADISON**  177:3
**Maiden**  7:20, 21
**mailbox**  159:11
**majority**  117:9
**maker**  136:7, 8
**making**  118:19
119:23  161:13
175:2
**male**  169:4
**man**  46:6  131:18
132:11
**manages**  36:6
**man's**  109:3

**mantle**  68:8  134:8
**map**  21:12
**marble**  141:12, 13
143:4  149:11
**mark**  73:18  80:17
81:8  112:8  116:1
119:3  129:8  137:4
138:22
**marked**  17:13, 16,
18  61:22  62:2
73:5, 11, 14  74:9,
12, 14  83:4, 7, 9
85:1, 5, 7  110:1
111:11  112:10, 15
136:21, 23  138:19
140:8  152:2
174:23  175:6
**maroon**  65:23
**marriage**  7:19  9:2
**marriages**  8:17  9:8
**married**  8:10, 20,
22
**Master**  47:20  69:3,
9, 12, 16, 21, 23
70:3, 4, 5, 9  71:14
101:16  109:8, 14,
14, 17, 21  114:14,
15  115:18, 18
117:20  123:15
131:16, 17, 20
132:2  135:8  139:3,
9, 18  140:14, 16
161:16  162:13
163:5  166:20
167:4
**material**  95:15
**materials**  175:16
**matter**  121:14
**mattress**  167:8
172:23  173:6
**mattresses**  101:18
**Mckeg**  168:9
**mean**  21:13  54:11,
12, 17  55:19  72:18
89:17  91:18  95:20
96:8  98:18, 21
99:21  102:4
116:22  118:21
120:13, 14  121:4
134:14, 16  138:9

142:20  143:20
144:1  145:3  146:2,
4, 7, 16, 18, 19
147:3  150:6
151:20, 23  156:12
158:20  159:2
161:16, 21, 22, 23
166:18
**means**  26:5  128:12
**meant**  117:13
168:10
**medical**  46:23
**medications**  13:12,
13  14:19
**melted**  116:8
120:14, 15  125:2,
12  128:13
**member**  60:7
167:22
**members**  32:7
**memory**  14:11
76:23
**mention**  67:22
99:18  104:12
175:12
**mentioned**  22:11
47:21  65:17
156:23
**mentions**  170:23, 23
**Mercedes**  36:19
48:6
**Merrill**  97:12
**met**  8:13
**metal**  127:15
**Michael**  25:5
29:19
**microburst**  75:16
**middle**  62:20  63:6
65:4  84:9
**Mike**  26:7, 7, 8, 16
**mile**  158:21
**military**  16:20
**Milk**  61:3
**mind**  5:15
**Mine**  41:23
115:13, 18  126:23
127:2  129:10
130:18  174:22
**minute**  44:21  72:1

97:21
**minutes** 158:5
**Miranda** 10:23
11:*1, 12* 12:*4*
37:*21* 171:*3, 5, 8*
**mirror** 173:*3*
**missed** 27:*4*
**missing** 62:*19, 19*
72:*15*
**mixer** 164:*23*
165:*5, 6*
**mold** 161:*22*
**mom** 10:*18*
**momma's** 78:*14*
**mom's** 43:*19*
**money** 47:*13, 15*
75:*13* 155:*19*
**month** 23:*2* 24:*14,*
*20* 25:*4, 7, 22*
26:*16* 27:*22* 39:*2,*
*22* 40:*21* 43:*2, 8,*
*10* 44:*3* 45:*13, 19*
46:*13, 14* 91:*14*
99:*21* 100:*4, 22*
**monthly** 35:*19*
36:*9* 99:*15, 19*
155:*14*
**months** 19:*1* 31:*4*
40:*1, 6* 88:*3, 7, 18,*
*19* 89:*1, 12* 90:*1, 4,*
*11, 12, 18, 20*
**morning** 17:*19*
45:*21* 50:*5, 9*
**mortgage** 33:*13*
36:*10, 12* 99:*14*
**Motes** 24:*19* 30:*7*
**mother** 78:*12*
80:*14*
**Motor** 38:*9*
**motorcycle** 38:*1, 10*
**Motors** 48:*2*
**Moulton** 9:*13* 10:*2*
11:*12* 18:*13* 53:*23*
54:*5* 96:*16* 165:*15,*
*16*
**move** 35:*11* 63:*14,*
*22* 65:*6* 69:*18*
72:*12* 112:*13*
131:*3* 160:*4*

**moved** 30:*11*
88:*10* 89:*16* 90:*22*
**movies** 47:*6*
**moving** 70:*7* 117:*7*
122:*5* 132:*17*
133:*9* 134:*20*
149:*15* 150:*16*
**multi-colored**
129:*22*
**Multi-wrap** 128:*16*
**Muscle** 18:*17*

< N >
**name** 5:*12* 7:*12,*
*21* 10:*7, 22* 23:*13,*
*16* 24:*18* 25:*20*
27:*4* 37:*3, 15, 15*
69:*14* 84:*19* 98:*5*
109:*3* 169:*6, 12*
**names** 7:*17* 14:*22*
15:*7* 92:*11* 96:*22*
**natural** 39:*10* 45:*5*
**nature** 6:*22* 20:*1*
47:*5*
**necessary** 155:*6*
**necklace** 128:*19*
**need** 6:*5* 13:*3*
20:*18* 82:*10* 83:*7*
121:*12* 126:*11*
152:*16, 17* 155:*4*
**needs** 103:*21*
160:*15*
**neighbor** 53:*14*
158:*19*
**neither** 177:*16*
**never** 18:*7* 56:*21*
134:*16*
**new** 58:*14* 142:*5*
**nice** 67:*2* 174:*12*
175:*20, 22*
**Nichols** 26:*7* 28:*19*
**Nicolet** 130:*12, 18*
**night** 46:*7* 50:*7,*
*10* 89:*3*
**nightstand** 148:*10,*
*14, 20* 151:*3* 173:*2,*
*7*
**nightstands** 148:*12,*
*18*
**Nine** 20:*23* 138:*16*

**Nodded** 8:*9* 19:*16*
47:*7* 49:*6* 65:*10,*
*14*
**non-renewed** 161:*1*
**notarized** 163:*20*
**notary** 84:*1, 2*
**note** 129:*13*
**notes** 158:*6*
**notice** 149:*11*
**noticed** 151:*17*
168:*10*
**number** 8:*3, 6*
41:*8, 22* 62:*12*
84:*11, 15* 86:*2, 4*
87:*4* 93:*3* 125:*6*
137:*21, 21* 138:*23*
140:*22, 23* 177:*6*
**numbered** 150:*9*
**numbers** 84:*9*
87:*12* 163:*12*
**nuts** 45:*14*

< O >
**oak** 166:*10* 170:*3*
**OATH** 1:*1* 3:*11,*
*13, 16, 18, 20, 23*
4:*2, 4, 7, 10, 13, 15,*
*18* 5:*13* 176:*6*
177:*9, 19*
**obtain** 166:*5, 7*
**obtained** 174:*4*
**Obviously** 52:*6*
71:*20* 87:*4* 94:*5*
95:*8* 108:*6* 135:*1*
144:*21* 156:*5, 7*
159:*14* 162:*15*
164:*2*
**occur** 49:*18*
**occurred** 9:*15*
18:*3* 45:*8* 64:*7*
**offhand** 14:*15*
172:*1*
**off-the-record** 55:*9*
73:*2* 91:*9* 155:*9*
**Oh** 15:*4* 23:*11*
26:*7* 28:*10* 32:*6,*
*10* 37:*2* 44:*21*
46:*6* 51:*15* 80:*20*
82:*3* 92:*8* 97:*21*
107:*5* 125:*7*

131:*12* 132:*23*
136:*7*
**Okay** 6:*12, 21*
7:*11, 21* 8:*19* 9:*2,*
*5, 10, 17, 20, 23*
10:*13, 16* 11:*10, 15*
12:*12, 16, 20* 13:*6,*
*14, 18, 22* 14:*9, 15*
15:*5, 11, 16, 21*
16:*4, 7, 12, 17* 17:*2,*
*9* 19:*2, 5, 20* 20:*3,*
*6, 12* 21:*7* 22:*14,*
*22* 23:*7, 13, 20*
24:*2, 5, 6, 22* 25:*14,*
*18* 27:*13* 28:*1, 14*
29:*7* 31:*9* 32:*4, 15,*
*19* 33:*2, 15, 19*
34:*2, 13* 36:*4, 12,*
*17, 23* 37:*9, 11*
38:*5, 10, 21* 39:*7*
40:*11, 13, 23* 41:*5,*
*8, 15, 20* 42:*3, 19,*
*22* 43:*1, 10, 14, 21*
44:*10, 22* 45:*2*
46:*23* 47:*4, 15*
48:*21* 49:*4, 15*
52:*4, 11* 53:*9, 13,*
*21* 54:*23* 55:*5, 23*
56:*10, 14* 57:*4, 10,*
*15, 20, 22* 58:*2, 11,*
*20* 59:*9, 23* 60:*3,*
*14, 17, 23* 61:*12, 20*
62:*10, 18* 63:*2, 10*
64:*5, 22* 65:*3, 21*
66:*6, 8, 13, 18* 67:*9,*
*17* 68:*2, 5, 17* 69:*5,*
*8, 11, 22* 70:*2, 12,*
*15, 23* 71:*15, 20*
72:*4, 9* 73:*22* 74:*3*
75:*9, 23* 76:*9, 18,*
*21* 77:*10, 14, 18, 22*
78:*15* 79:*3, 13, 23*
80:*4, 16* 81:*17, 18*
82:*19, 21* 83:*8, 14,*
*18, 21* 84:*11, 17*
85:*4, 12, 15, 17, 19*
86:*8, 13, 15, 18*
87:*11* 88:*6, 15, 23*
89:*6* 91:*2, 6, 16*
92:*23* 93:*17* 94:*4,*

**Tammy Lynn Cole** 191

14, 18  95:4, 19
96:7, 14  97:2, 6
98:13, 16  99:5
100:20  101:14
102:11  103:2, 10,
14, 18  104:2  105:3,
20  106:5, 14, 19
107:7, 21  108:4, 19
109:10, 19  111:22
112:8  113:5, 14, 19
114:2, 12, 15
115:14, 16, 22
116:6, 11, 15, 21
117:6  118:3, 19
119:7, 15, 20  120:3,
17  121:8  122:5
123:7, 9  124:3, 6,
19  125:17, 20
126:4  127:3, 14, 18,
20  128:2, 15, 19
129:18, 21  131:3,
13, 21  132:3, 7, 9,
16  133:12, 14
134:18  135:1, 8
136:9, 16  137:7, 20
138:3, 13  139:2, 11,
20  140:11  141:3,
15, 23  142:12
143:1, 4, 9, 19
144:5, 9, 19  145:18
146:5, 10, 15, 15
147:18, 20  148:11,
15, 16  149:15, 23
150:8  152:5  153:2,
14, 15  154:5  156:9
157:14, 23  159:4,
12  160:4, 12, 21
161:10, 13  162:2,
12, 23  163:4, 8
164:2, 10  165:8, 13,
18  166:1  167:11,
21  168:3, 19  169:3,
18  170:2, 19  171:4,
13  173:5, 10  174:7
175:5, 11  176:3
**old**  10:16  11:1
12:2  44:19  57:10
82:22  131:18
132:10  167:16

171:16, 16
**once**  144:7, 15
**ones**  33:5  48:1
52:22  111:7  157:1
173:11, 23
**one's**  128:22
**on-going**  99:19
**online**  169:10
**open**  87:7, 22
146:14  164:14
**opened**  50:16
142:7  143:22
146:17
**operational**  134:13
**Ophein**  27:1, 5, 6, 7,
16, 22  28:4
**Ophein's**  28:7
**ordered**  169:10
**origin**  55:18
**ought**  44:14
**outside**  62:8  144:6,
13  146:4  147:5, 6,
8
**overall**  19:8  30:16
**oversee**  160:14
**owe**  47:11, 13, 15
48:5, 7  99:22
100:1, 8, 11, 13
**owed**  48:16  100:13
**owned**  90:21
**Owner's**  5:14  44:2
56:1  74:16  82:15
86:18, 19  95:16
108:20
**owns**  26:18  27:18

< P >
**package**  42:17
**Page**  3:3  62:13, 15
63:10, 14, 23  65:6
66:2, 3, 4  67:1, 18
69:18  70:7  71:9,
10  72:1, 1  78:11,
15  79:12, 15, 21
80:5  112:20, 23
113:4  115:5, 23, 23
116:4, 15  117:7, 8,
12, 15, 16  119:2, 3
120:12  121:3, 20
122:1, 5, 11, 17

124:5, 6  125:6, 14
130:11, 18  131:7
132:17  133:4
134:20  135:11, 11
136:2  141:4, 11
144:20  145:15
147:10  148:12, 16,
16  149:16  150:8,
10, 16, 17  151:7, 7
165:4, 8, 18  166:9,
9  167:7, 11  168:3,
19, 20  170:3, 3, 16,
19  171:6, 14  172:6
174:23
**pages**  62:3, 4, 11
78:22  87:14  120:5
121:13  177:6
**pagination**  79:8
**paid**  33:12, 14, 15,
17  47:22  48:11, 12,
13  59:19  88:13, 14,
17  89:18, 20, 21
90:4, 11, 19  91:2
92:16, 17, 19, 20, 22
**pain**  174:14
**pair**  168:13, 17
**pairs**  168:12
**pane**  168:22
**paper**  88:21
**paperwork**  23:15
**parent**  49:16
**Park**  2:13  21:21
**parked**  65:15, 16
**part**  42:6, 15, 16,
17  74:22  75:1
84:4  120:10
173:13
**particular**  19:5
104:12  115:23
138:15  145:20
151:15  152:18
175:6
**particularly**  154:11
**parties**  177:18, 22
**parts**  142:21
**part-time**  19:12
**Pass**  140:11
**pay**  19:20  23:2
24:2, 4, 10, 20  25:7,
22  27:22  38:12, 17

41:5  43:1, 4  44:3
88:11  89:21, 23
91:17  92:15  96:7
98:23  99:21  100:4,
22  139:14, 16
**paying**  26:16  49:4
100:5  173:12, 14,
21  174:1
**payments**  94:20
154:21
**pays**  23:4  24:16
25:3, 23  28:2  44:6
99:1
**PC**  2:12
**pedestal**  166:11
**pen**  81:10
**Penney**  168:5
169:2, 3, 8
**penny**  88:13
**people**  7:4, 4
38:11  91:21  92:12,
15  99:3  121:21
146:23  158:15
159:2, 5
**percent**  77:14
**performed**  85:16
**period**  43:4  89:1
**permanent**  27:13,
17
**person**  46:5  152:20
**personal**  47:11
87:6, 10, 18  93:13
94:15
**personally**  54:9, 13
**pharmacist**  15:4
**phone**  41:1, 8  42:5
53:10, 11  109:5
118:13  152:15
**phones**  41:16
**Photo**  65:11, 11
66:4  67:1  70:13
71:11, 12  72:2
110:7, 7  116:6
144:21  145:15
148:5  150:12, 13,
17, 18
**photograph**  71:16
116:7, 8  149:19

**Photographs** 3:*13*
4:*1, 3, 15* 111:*1*
153:7
**photos** 151:*1*
153:*12*
**piano** 113:*18, 18,
19, 20* 114:*2*
**pick** 156:*14*
**picked** 109:*10*
**Picture** 62:*15, 21*
63:*17, 23* 65:*17*
67:*21* 71:*17*
113:*10, 12, 16, 21*
114:*8, 13, 21* 119:*3,
21* 134:*4* 135:*12,
17* 136:*3, 6* 141:*16,
16* 142:*3* 148:*17,
20* 165:*19*
**pictures** 10:*14*
61:*21* 62:7 66:*19*
67:*19* 110:*2, 3, 11,
13, 16, 20* 111:*19,
20* 112:*14, 19*
115:*11* 116:*16, 21*
117:*9, 10* 119:*16*
121:*20* 122:7
129:*3* 131:*3, 5*
136:*17* 145:*12*
153:*10* 173:*19*
**piece** 129:*21*
135:*13, 17* 145:*14,
21* 150:*19, 19*
**pieces** 140:*13*
151:*16*
**Pitt** 24:6 31:9
**place** 82:5 177:*11*
**places** 97:*12* 154:6,
9 176:*1*
**plaintiff** 60:*10*
**plan** 3:*15* 35:5
95:*19, 20* 108:6
160:6, *15*
**please** 5:3 7:*12*
8:*4* 175:*14*
**pleased** 158:*11*
**plus** 88:*19*
**point** 50:*23* 52:*23*
61:7 63:*4* 64:*23*
110:*22* 151:*18*

**pointed** 106:6
127:*10*
**pointing** 142:*15, 16*
**policies** 86:*16*
**Policy** 1:8 86:*9, 9*
87:*4* 160:*19, 22*
161:*1*
**policy,** 86:*15*
**pool** 21:2, *2*
**porch** 106:*12*
159:*18*
**portion** 73:*23*
**positive** 107:*10*
**power** 45:5
**preface** 102:*12*
**premises** 161:*11*
**prepared** 74:*18*
**present** 155:5
**pressure** 14:*23*
15:9
**pretty** 32:*19* 35:7,
8 97:*16*
**previous** 7:*19* 8:*17*
56:*21*
**Price** 51:*8, 9*
132:*19* 166:6, 7
168:8
**priced** 168:7
**prices** 61:3, *4*
76:*19, 21*
**printed** 79:8
**prior** 18:*16* 38:*23*
42:*10* 44:*19* 59:*23*
64:6, 7 110:*10*
111:*3* 177:*14*
**Pro** 109:*17, 22*
**probably** 6:*10*
14:*17* 18:6 30:*16*
31:2 44:*23* 48:8
49:*1* 66:*11, 20*
71:3 79:7 88:*20*
107:*17* 152:5
165:*2* 166:7 169:5
**problem** 32:5
146:*16* 147:*2*
**problems** 14:*12*
51:*21* 56:*21* 142:*4*
149:6
**PROCEEDINGS**

5:*1*
**process** 92:*10*
**produced** 110:*10*
**Production** 4:*17*
**prom** 171:*14*
**Promenade** 171:*19*
**Proof** 3:*20* 83:*13*
93:*1* 153:*16* 163:9
**Propane** 39:*11, 12*
**properties** 36:6
88:*10* 99:9
**property** 9:*17*
19:*23* 20:2, *4, 14*
22:*11* 32:8 36:*12*
60:*15* 87:*10, 17, 18*
88:*12* 90:*23* 93:*13,
13* 94:*15* 139:*8, 12*
161:*14*
**property,** 87:7
**Providence** 2:*13*
**providing** 49:9
**pull** 61:*20* 97:*15*
118:*1* 154:*2*
**pulled** 161:*16*
**pull-out** 117:*21*
**purchase** 96:*4*
153:*18*
**purchased** 57:5, 7
154:*12* 156:6
165:*1, 11, 20* 166:*4,
13* 167:*2, 9, 13*
168:6 169:*23*
171:*2, 11, 17* 172:9
**purchases** 155:*1*
**purpose** 137:*14, 16*
**purse** 170:*20, 21*
171:7
**purses** 164:*10, 16,
18*
**put** 8:3 12:*18*
13:6, *11* 36:5
39:*16* 44:7 58:*14*
73:*22* 75:3 76:*15,
21* 77:3, *11, 12*
79:7 81:*9, 13* 87:7
93:*3* 97:*18* 104:*23*
105:*15* 106:7
129:*11, 13* 141:*3*
143:*1* 146:*11*

162:8 166:*3*
174:*10*
**putting** 104:*14*

**< Q >**
**quartz** 130:*12*
**queen** 172:*23, 23*
173:6, *6, 15*
**question** 5:*15* 6:8,
10 18:5 26:*3*
33:*12* 64:*10*
104:*22* 116:*17*
149:*2* 165:*10*
**questionable** 145:5,
7
**questions** 5:*19*
14:*12, 17* 46:5
62:6 66:*1* 108:*4*
126:*11* 138:*17*
150:*15* 152:7
158:*13*
**quick** 17:5 111:*15*
119:*3* 121:*15*
127:8 155:8
175:*13*
**quicker** 107:*18*
**quickly** 103:*4*
104:*11* 144:*19*
156:*20* 173:*10*
**quite** 32:*19* 96:*3*
104:*20* 110:*13*

**< R >**
**rack** 164:*14, 15, 19*
**raise** 5:*2*
**range** 89:*13*
**rate** 33:*4*
**reach** 52:*11*
**read** 95:*13*
**real** 7:5 16:*1*
17:5 111:*15* 119:*3*
125:*23* 126:*2, 3, 9*
127:8 150:*15*
155:8 156:*20*
173:*10* 175:*13*
**really** 6:*1* 34:*15*
45:*15, 20* 48:*20*
66:*1* 88:*4* 93:9
103:*15, 18* 144:5, 6,

**Tammy Lynn Cole** 193

*12, 14* 155:4, *6*
174:*17*
**Realty** 90:*8*
**reason** 33:3 51:*8*
104:*8* 156:*14*
160:*19, 23* 166:*2*
170:*21*
**recall** 13:*7* 14:*15*
24:*18* 49:*19* 51:*6*
52:*1* 54:*23* 56:*8*
57:*1, 11, 22* 59:*10,*
*18, 21* 61:*15* 64:*17*
66:*15* 78:*18* 89:*7*
91:*20* 92:*17* 99:*23*
100:*5* 104:*21*
108:*10, 20* 109:*2*
114:*3* 138:*14*
140:*3* 156:*23*
157:*3, 14* 161:*3*
163:*22* 164:*12*
165:*1, 11, 20*
167:*12* 168:*1, 22*
169:*22* 173:*14*
**receipt** 49:*2*
132:*18* 154:*8, 14*
**receipts** 95:*15*
96:*4* 153:*18, 20, 23*
156:*5* 166:*19*
175:*14*
**receive** 19:*14*
35:*15*
**received** 94:*18*
138:*3, 8, 9*
**recess** 121:*16*
158:*8*
**reckon** 52:*14*
**recliner** 50:*12*
169:*15*
**recognize** 54:*11*
83:*9* 137:*5*
**recognized** 54:*12*
**record** 8:*1, 4, 6*
55:*8, 12* 72:*22*
75:*6* 91:*8, 12*
107:*14* 142:*14*
155:*8* 175:*14*
**recordings** 152:*22,*
*23*
**records** 97:*16*

152:*15*
**recovering** 156:*8*
**rectangular** 128:*3*
**red** 65:*19* 73:*18*
81:*10* 105:*14*
129:*12, 13*
**reduced** 177:*12*
**referred** 140:*14*
**referring** 84:*21*
85:*10* 95:*8* 113:*9*
127:*5* 139:*17*
140:*18* 149:*3, 4*
**refers** 138:*7*
**refinance** 108:*1*
**refinanced** 107:*21*
**reflect** 63:*20*
110:*21*
**refrigerator** 165:*9,*
*10*
**regard** 52:*9* 154:*17*
**Regarding** 139:*8*
**regular** 36:*9* 40:*3*
96:*11* 99:*19*
135:*22*
**regulate** 13:*21*
14:*6*
**related** 75:*9*
177:*17*
**relative** 177:*20*
**relatively** 164:*23*
**remember** 53:*7*
57:*4* 68:*6, 7* 76:*23*
78:*5* 83:*11* 84:*2*
85:*17* 103:*22*
104:*1* 109:*3, 5*
167:*19*
**remind** 6:*20, 23*
**removal** 91:*20*
**removed** 81:*15*
111:*3*
**rent** 21:*4* 23:*5*
24:*3, 10* 25:*8*
26:*16* 28:*4, 21*
29:*11, 16, 22* 30:*5*
31:*7, 12, 17* 32:*2*
33:*3* 38:*11, 12*
88:*2, 12* 90:*10, 13*
91:*12*

**rental** 19:*23* 20:*2,*
*3* 22:*11* 32:*8* 99:*9,*
*9*
**rented** 22:*12, 22*
88:*3* 90:*22*
**renting** 88:*8*
**rents** 26:*21*
**repair** 95:*4, 16*
108:*6* 116:*18, 23*
121:*22* 122:*8*
153:*10* 156:*6*
175:*15*
**repairable** 82:*1*
**repairs** 160:*5*
**repeat** 116:*3*
**rephrase** 6:*9* 99:*5*
**replace** 156:*6*
**replaced** 111:*4*
175:*15*
**report** 56:*10, 11*
**REPORTER** 5:*2,*
*10* 6:*16*
**represent** 84:*7*
**reside** 9:*11*
**resolved** 60:*22*
**responded** 53:*21*
**response** 43:*3*
**responses** 6:*17*
**rest** 124:*19* 130:*20*
144:*20*
**results** 56:*11*
**retrieved** 139:*21*
**retrospect** 78:*4*
152:*17*
**returns** 155:*17*
**review** 144:*17*
**Reviews** 78:*21*
120:*13*
**rid** 161:*23*
**right** 5:*3* 7:*21*
8:*16* 9:*16* 11:*15,*
*20, 22* 12:*10, 23*
13:*20* 16:*9, 22*
20:*5, 9, 9, 10* 21:*3,*
*17* 22:*18, 19* 23:*12*
25:*16, 18* 26:*11, 22*
27:*2, 9* 28:*19*
29:*13, 18* 30:*2, 7,*
*12* 37:*2, 6, 9, 23*
39:*12* 42:*9* 43:*20,*

*23* 45:*7* 46:*21*
47:*18* 49:*18* 51:*5,*
*8, 9, 17* 52:*20*
53:*15, 15, 17* 56:*7*
60:*6, 9* 63:*5* 65:*6,*
*22* 67:*11, 17, 23*
68:*22* 69:*18* 71:*9*
72:*12* 74:*6* 75:*3,*
*12* 76:*14* 77:*19*
78:*5* 79:*2, 3, 13*
81:*5, 12* 82:*10, 13,*
*17* 84:*4* 85:*21*
86:*2* 87:*3, 20*
90:*16* 91:*19* 93:*7,*
*16, 16, 21* 94:*10, 17*
95:*11, 23* 97:*14, 23*
99:*13* 100:*3, 4, 7,*
*23* 101:*19, 21*
102:*9* 103:*19*
104:*2* 105:*16, 16*
106:*8* 107:*15*
109:*7* 110:*1* 112:*2,*
*2, 13* 113:*15* 114:*4,*
*6, 15* 115:*4* 116:*11*
121:*14* 122:*10*
123:*1* 124:*2, 8, 12,*
*12* 128:*21* 129:*9*
130:*1, 15* 132:*23*
133:*1, 5, 9* 134:*1,*
*20* 135:*10* 137:*3, 9,*
*19* 138:*6, 17*
140:*17, 20* 141:*22*
148:*5, 16* 150:*9*
155:*15* 157:*20*
158:*7, 14* 159:*3, 6*
160:*18* 164:*15*
166:*9* 171:*9* 172:*6,*
*21* 173:*13* 174:*2*
175:*4, 9* 176:*3, 5*
**ring** 118:*12, 14*
**road** 159:*7*
**robe** 172:*8*
**Roger** 24:*19, 20*
30:*7*
**Rogers** 16:*6* 83:*1*
**Rogersville** 16:*12*
**roll-back** 170:*4*
**Ron** 69:*14, 15, 15,*
*15, 16* 145:*4*
**roof** 58:*14* 102:*5*

**Tammy Lynn Cole** 194

**room** 11:20 50:15
51:2 67:8, 9 69:19
70:9 72:3, 5, 10
73:19 78:18, 20, 20
101:9 102:3, 19
107:2 117:19
118:10, 16 121:7
123:4, 6, 13 131:14
141:21 142:1
145:10 147:19
151:22 164:11, 12,
15 168:20 169:14
173:5, 17
**rooms** 73:10, 16
101:22 102:1, 6, 17
105:21 122:3
142:10
**rose** 127:8
**rough** 95:12
**roughly** 34:23
39:21 43:10 63:3,
5 99:15 164:7
**round** 110:2
166:10
**route** 99:4
**row** 112:22 113:3,
4, 7, 7, 8 115:9, 9,
11 116:22 120:11
121:4 122:1, 17
125:10, 14 131:22
**rows** 116:2 131:8
**Rub** 136:14
**ruined** 150:6, 7
**run** 33:19 37:1
50:18 82:11 158:5
**running** 77:1
114:7 127:6
154:13
**runs** 75:21

< S >
**safe** 103:8
**sales** 19:3 77:10
**salvage** 70:18 71:6
161:15 162:20
**Samsung** 165:9
169:21
**sandwich** 136:7
**Santa** 134:22
**sat** 55:15

**satisfaction** 143:19
150:2
**satisfactorily** 143:5
**satisfied** 143:7, 10,
11
**save** 161:18, 18
**savings** 97:2
**saw** 50:14, 21
122:3 144:7, 8, 15
147:23 150:23
151:3 173:19
**saying** 21:23 37:6
46:14 99:2 117:15
166:17
**says** 84:12 85:19
86:9, 14 87:6 93:5
129:18 130:11
132:20 133:1, 5
134:4 165:9
173:11
**scan** 130:19
**scene** 54:8 55:17
**school** 12:10 16:5,
5, 6 49:4
**screen** 62:19 64:1
**scrolled** 127:15
**Sears** 165:12, 13
**seat** 169:15
**seater** 135:13
**second** 8:2 19:12
55:8 72:23 80:6
81:4 82:10 121:12
126:17
**section** 62:20 93:5
**security** 8:3, 6
33:6 35:17 98:14
99:8
**see** 14:23 17:11,
12 20:17, 19 44:14
48:22 62:3 66:14
70:8 72:1 78:21
84:8 87:21 89:15
90:5 95:23 100:16
111:2 112:4
114:16 117:6
122:5 125:2
130:10, 15, 20
131:1 137:21
138:13 142:5, 9, 13
143:23 144:23

145:3 146:9
149:23 151:20, 22
152:1, 17 154:21
159:11, 21 160:3
163:1, 16, 21 166:2
174:21
**seeing** 68:7 117:11
119:21
**seen** 10:13 56:10
67:21, 22 145:12
151:3, 6 152:9
168:17
**sell** 34:6
**send** 5:20
**sent** 67:14 69:3, 9
109:18 110:4
111:5 137:8, 11, 12,
17 162:17
**separate** 70:16, 16
149:17 155:18
**September** 12:3
164:6
**serve** 58:3 160:12
**served** 18:7
**ServePro** 67:14
109:15
**service** 41:20 42:4
69:3, 9, 12, 16
109:7, 14, 14, 16, 17,
17, 21, 22 139:3, 9,
18 140:14, 16
161:16 162:13
163:5
**ServicePro** 140:16
**session** 55:13
**set** 67:2 112:16
131:23 173:6
177:11, 15
**sets** 168:21
**setting** 161:22
**settled** 87:9
**seven** 20:23 21:16,
17, 17
**Shakes** 36:13 38:2
**shape** 35:9, 12
**Share** 18:23
**she'd** 67:4
**sheriff** 120:18
**sheriff's** 120:23

122:16
**Shoals** 18:17
**shorthand** 177:10
**show** 17:17 63:17
66:21 72:7 73:23
74:13 83:8 85:6
98:18, 20 111:17
113:10, 17 124:6
133:1 135:13
137:3 148:16
152:6 154:22
155:17, 18
**showed** 163:10, 11
**showing** 96:4
116:18 153:8, 10
155:1
**shown** 65:17
70:13 133:6
**shows** 63:18, 23
65:7, 9, 12 66:4
67:2 68:23 69:1
94:1 129:2 135:16
141:4, 12 164:10
168:5
**shut** 142:11
146:11, 14
**sic** 15:14 37:5
115:7
**side** 10:15 58:22
63:15, 18 64:2
65:12 105:6
141:20 142:21
145:17
**sides** 146:3 151:18
**siding** 58:14
**sight** 159:8, 13
**signature** 79:18, 21
80:5 83:15, 19
**signatures** 80:1
**signed** 83:12, 21,
23 127:6
**silver** 78:11, 13
79:1 80:8, 9, 10
**Silverstone** 130:5
**silverware** 82:23
156:14 162:16
**Siresa** 11:17, 18
12:2, 6 37:12, 13
49:6 107:1 171:20,
21 172:3, 14, 16

**Siresa's** 44:7 58:18 72:3 118:11 145:17 173:5, 16, 17

**sit** 63:11 94:11, 19

**sits** 26:18

**sitting** 50:11 64:11 101:5, 9 159:20

**situation** 45:7 59:2 146:16

**six** 20:22 24:23 40:8, 8 80:9 88:20 89:11, 14 90:18 110:5

**size** 135:15, 17, 22

**Sketch** 3:15

**skip** 85:6

**skipped** 117:16

**sleigh** 101:17 167:1

**small** 128:17

**smaller** 112:19

**smelled** 50:13 51:22

**Smith** 48:2

**smoke** 46:21 50:13, 14 52:17 68:4, 10 70:1, 6, 8 72:6, 11 105:20, 21, 22, 23 119:13, 22 120:1, 2, 9 121:10 122:18, 21 127:12, 16, 20, 23 128:5, 8, 12 132:13, 15, 16 133:12 134:11, 12 142:6, 9, 13 143:23 145:22 146:9 147:4, 14 149:7, 14 150:4 151:12, 17, 21

**smoked** 119:13 125:19 147:15

**social** 8:2, 5 33:6 35:17 98:13 99:7

**sofa** 111:23

**sold** 90:7, 9

**solemnly** 5:4

**somebody** 50:8 56:1 60:19 81:21 85:12 87:16 92:14

**105:12** 109:10 114:22 156:17 159:19 160:8 166:2

**son** 10:19

**son's** 172:17

**soon** 103:10

**sorry** 25:15 26:9 27:4 38:4 45:2, 15 81:1, 7 97:22 101:19 103:12 106:10 117:15 135:21 141:8 172:15, 20

**sort** 35:16 71:17 119:5 132:19 136:4 167:21

**sound** 37:4

**sounds** 80:13

**source** 19:15

**sources** 99:10

**speak** 54:15, 17

**speaking** 55:1

**specific** 106:9

**specifically** 127:22 151:19

**spell** 7:14

**spend** 44:11 45:13, 19 50:7

**spends** 43:18

**spent** 45:21

**split** 21:19

**spoke** 109:6

**spoken** 108:15, 19

**spoons** 80:9

**spots** 105:9 151:15

**sprayed** 102:14

**spread** 51:2 104:10

**spreadsheet** 3:17

**springs** 167:8

**square** 107:7

**Stainless** 127:18

**stand** 67:3, 13 68:23 164:23

**Standard** 57:8 96:11, 13 99:20, 21, 22 100:9 101:11 154:1, 23 166:14, 15, 18, 23 167:3, 5,

9 169:16 172:22, 22 173:8

**standing** 151:23 159:20

**Stanley** 103:18 108:21

**star** 81:14

**start** 7:6 22:15 27:9 28:3 33:11 34:4 36:18 48:6 104:21 113:2 119:2 137:8, 15

**started** 56:5 73:20 95:6 108:5

**starting** 112:22

**starts** 15:3 126:23 127:2

**STATE** 177:1

**stated** 144:10

**statement** 54:20 108:9, 13, 17 110:11 153:15

**statements** 98:17 154:18 155:4

**statue** 132:11, 12

**statues** 131:13

**stay** 89:9

**stayed** 11:8 50:10 88:20 89:11, 14

**staying** 11:19 30:12

**stays** 11:6, 9

**steel** 127:18

**stein** 133:10

**stents** 12:18

**step** 50:2, 3

**sterling** 79:1 80:8, 8, 9

**stock** 19:3, 8, 17, 19

**stone** 129:19

**stop** 6:6

**storage** 161:10

**store** 19:5 83:1 143:2 172:11

**storing** 139:17

**story** 32:9

**straight** 86:5

**street** 74:1, 4

**strictly** 147:3

**structure** 25:10 27:10, 14, 17 34:4

**structures** 20:13 22:12, 16 33:16 34:17 38:12

**stuck** 149:12

**stuff** 58:15 66:12 76:20 96:12 106:4 121:5 125:2, 3, 23 126:1, 2, 3 131:19 151:22 161:21, 23 162:2

**sub** 58:4 160:14

**subdivision** 34:8

**submit** 82:20

**submitted** 74:15 76:14, 19 79:18 95:14 163:9, 12, 22 164:8

**submitting** 95:21

**substantial** 112:5

**successful** 162:21

**sue** 61:2

**sued** 60:10, 11, 18

**suede** 167:12

**suffer** 102:6

**suffered** 102:2

**sugar** 13:21 14:6

**suit** 100:17 101:15, 15

**Suite** 2:6

**summarize** 139:13

**Supper** 165:19

**supplied** 77:11 112:15

**supply** 37:16, 19 38:18 77:4, 7

**supposed** 90:5 168:11, 14

**sure** 18:7 21:7 31:22 40:12 43:17 44:17 46:19, 19 53:19 54:21 79:15 88:16 89:23 102:14 113:9 135:15 137:8, 18 143:16 144:10 147:8 148:15 149:2 150:8 156:3

**Tammy Lynn Cole**                                                          **196**

158:*11*  161:*13*
**surprised**  174:*15*
**SW**  2:*5*
**swear**  5:*4*
**sworn**  153:*15*
177:*15*
**symbol**  81:*14*
**system**  75:3  174:3

**< T >**
**table**  69:2, *2, 2, 3*
140:*1, 5*  144:*21*
145:*1, 9*  147:*21*
148:*3, 6, 6, 8, 8*
149:*18*  150:*11, 11,
14*  166:*11*  169:*19,
19*
**tables**  147:*16*
148:*2, 4*  149:*4, 5,
10, 17*  151:*21*
169:*19*
**tablet**  169:*21*
**tag**  132:*19*  133:*6*
**take**  5:*13*  6:*7*
13:*12, 13, 14, 15*
49:*23*  53:*17*  69:*10,
12, 13, 13*  121:*15*
125:*22*  126:*16*
136:*14*  139:*23*
141:*6*  144:*2*  158:*4*
**Taken**  1:*4*  66:*19,
20*  110:*11*  116:*16*
129:*5*  140:*13*
163:*4*  177:*10, 20*
**takes**  14:*21*
**talk**  7:*2, 5*  82:*22*
113:*12*
**talked**  55:*16*
132:*10*  155:*1, 13,
14*  170:*4*
**talking**  7:*4, 6, 6*
26:*22*  37:*7*  38:*22*
41:*6*  42:*8, 9*  55:*20*
63:*5*  91:*19*  101:*3*
104:*19*  106:*11, 14*
111:*23*  117:*23*
118:*7*  121:*6*
124:*13*  137:*9*
141:*5*  159:*14, 16,
17, 19*  162:*3*

**TAMMY**  1:*3*  2:*2*
3:*3, 10*  4:*6, 9, 12*
5:*8, 16*  7:*13, 16, 18*
16:*4*  64:*10*  73:*8*
74:*13*  85:*5*  110:*3*
121:*19*  135:*10*
138:*22*  151:*11*
156:*20*  158:*11*
175:*9*  176:*6*  177:*9,
14*
**tank**  39:*14*
**tape**  152:*21*
**tape-recording**
152:*19*
**tax**  77:*10*  155:*16*
**teepee**  132:*6*
**television**  40:*15*
67:*2*
**tell**  14:*22*  15:*7, 8*
17:*6*  34:*11*  48:*4*
52:*8*  60:*23*  69:*19*
101:*22*  103:*23*
113:*15, 20*  114:*16*
117:*18*  118:*11*
120:*7*  130:*8*
132:*19*  135:*20*
144:*2, 4*  145:*2*
171:*17*  174:*3*
**telling**  75:*18*  93:*8*
**tells**  34:*21*
**ten**  13:*7*  21:*1*
31:*4*  48:*19*  125:*8*
156:*22*  157:*10*
**tenant**  28:*6, 15, 23*
29:*9, 15*  30:*15*
31:*16, 23*  32:*22*
**tenants**  23:*23*
29:*20*  31:*10*  32:*5*
158:*16, 22*
**tend**  104:*9, 10*
**Tennessee**  76:*12*
**Terry**  24:*7*  31:*9*
**testifying**  177:*14*
**testimony**  5:*5*
88:*17*
**testing**  14:*1*
**Thank**  5:*10, 18*
128:*16*  176:*5*
**That'd**  171:*3*

**Therapy**  174:*3, 6*
**Theresa**  178:*3, 5*
**thermometer**
136:*13*
**thing**  6:*13*  28:*14*
44:*16*  52:*13*  63:*15*
72:*14*  82:*8, 9, 22*
88:*4*  101:*3*  115:*8*
116:*1*  117:*21*
118:*12*  120:*18*
122:*1, 6*  134:*10*
138:*7*  145:*4*  149:*5,
23*  151:*11*  163:*4*
173:*6*  174:*9*
**Things**  4:*17*  19:*23*
33:*20, 22*  47:*5*
68:*6*  74:*8*  77:*2*
79:*5*  96:*3, 8*  110:*9*
143:*2*  152:*12*
154:*11, 22*  155:*20*
161:*17*  164:*22*
175:*12*
**think**  6:*13*  13:*10*
15:*12*  16:*11*  17:*4*
25:*19*  27:*7*  31:*10,
19*  37:*2*  40:*5*  44:*5,
7*  45:*10, 13, 14*
46:*2*  47:*8*  48:*15,
17*  52:*21*  54:*3, 4*
55:*23*  56:*20*  59:*4*
60:*21*  65:*7*  68:*23*
69:*14*  79:*23*  82:*6*
99:*17*  100:*3*  101:*6*
102:*21*  107:*4*
108:*5*  109:*5*
115:*22*  121:*19*
122:*12, 16, 21*
126:*21*  127:*21, 23*
132:*21*  134:*3, 5*
136:*10*  140:*15*
145:*12*  149:*16*
151:*3, 5*  152:*16*
153:*9, 16*  155:*13*
157:*9, 20, 23*  158:*2*
161:*3*  163:*9*
171:*15*  173:*16*
174:*21*  175:*9, 21*
**thinking**  34:*19*
45:*1*  51:*7*  60:*12*

**third**  80:*6*  86:*13,
14*
**Thompson**  32:*18,
18*
**thought**  57:*8*
78:*17*  82:*1*  148:*1*
151:*12*
**thousand**  94:*22, 22*
**three**  12:*21*  13:*4*
19:*1*  20:*17, 20, 21*
21:*6, 8*  35:*3*  40:*1,
6*  47:*9*  52:*22*  62:*4,
22*  63:*7*  81:*8*  88:*3,
7, 18, 19*  89:*1, 23*
90:*4, 11, 12, 17, 20*
102:*18*  107:*20*
110:*5*  125:*11*
129:*21*  168:*22*
**thrown**  133:*21*
156:*15*
**thumbs**  16:*1, 2*
**Thursday**  1:*4*
**time**  6:*5*  10:*4*
11:*9, 23*  13:*1*  28:*8*
32:*15*  50:*21*  51:*5,
19, 20*  52:*2, 3, 23*
53:*2*  60:*20*  61:*7*
64:*12*  72:*23*  91:*23*
92:*1, 2, 7*  100:*8, 12,
14*  104:*13*  107:*22*
109:*6*  110:*22*
112:*4*  153:*3*
175:*23*
**times**  6:*11*  66:*22*
92:*5*  98:*22*  154:*10*
**Tina**  24:*23*  30:*2*
**title**  75:*20*  83:*13*
**today**  14:*9, 13*
63:*20*  84:*5*  93:*8*
110:*9*  152:*10, 13*
153:*5*  175:*22*
**Todd**  170:*10, 11*
**toe**  111:*6*
**told**  33:*20*  50:*18*
52:*21*  54:*22*
117:*23*  118:*15*
**top**  62:*13*  63:*6, 16*
66:*4*  68:*8*  71:*10*
112:*22*  113:*2, 6*
115:*8, 10*  134:*8*

**Tammy Lynn Cole**                                                                                              **197**

135:6  141:13, 16,
17  143:4, 18  144:3,
12  146:3  147:6
148:22  149:11
151:17
tops  150:14
tornado  58:13
157:2
total  22:16  59:17
77:18  88:22  94:8
98:20  100:1
toy  113:23  140:6
141:5  163:5
Toyota  37:4
trailer  20:20, 22
21:21  23:18, 19, 23
24:15, 16  25:12, 19,
20  26:4, 5, 6, 9, 10,
18  27:18, 20  30:13
35:3
train  140:1, 5
training  16:18
18:5, 10
transcript  3:11, 13,
16, 18, 20, 23  4:2, 4,
7, 10, 13, 15, 18
177:8
tried  52:6  161:18
162:19  166:5
truck  36:20  48:10
65:16, 16, 20
true  117:3  177:7
truth  5:6, 6, 7
try  6:20, 23  7:2,
10  68:12  133:16
134:18  153:22
154:5  161:17
162:23  175:20
trying  5:19  15:20
16:11  22:3, 7
46:10  47:8  50:19
68:6  84:5  88:16
89:22  104:17, 17
142:13  143:16
146:12, 22  154:20
turn  134:14
turned  12:3  50:14
144:1
turns  81:23  109:21

Tuscaloosa  157:6
Tuscumbia  171:19
TV  67:2, 11  68:23
101:5, 8, 10, 11
Twelve  141:1, 2
two  13:10  20:19
21:5  25:11  27:17
35:3  43:6, 9  44:5,
9  46:18  62:4  79:5,
20  82:4  89:12
98:19  106:1, 5, 16
107:20  110:4
118:14  131:8, 8, 15
135:11, 13  138:18
148:17  149:4, 16
168:12, 14, 21
171:14, 16  173:11
type  57:2  62:22
128:11  131:10
typed  85:22
typewriting  177:12
typical  39:1
typically  96:7

< U >
uh  25:19
uh-huh  6:18  7:20
10:10  20:9, 16
23:1, 22  25:3, 5
26:6, 17  27:7
35:18  42:18  54:10
57:21  65:5  67:10
68:1, 10  69:17
72:6  76:1  83:2
93:11  95:10
101:10, 13  107:2
113:19  114:5
115:3, 15  118:5, 8
121:2  122:9
124:18  132:1, 8
136:12  142:1, 8, 19,
23  149:21  150:21
159:1  164:20
165:17  166:16
167:3, 6, 17  170:12
172:4
Unable  133:14
162:18, 18
underneath  50:15

106:3
undersigned  177:5
understand  6:8, 19
11:7  14:17  22:8
34:1, 18  35:14
46:9  58:11  72:19
88:16  93:8  119:8
143:14, 17
understandable
154:7
understanding
33:20
unfortunately  46:2
112:17
union  47:12
unit  63:19  161:10
upstairs  62:20, 22
use  74:7  79:19
80:4  81:10
usually  42:19
utilities  38:13, 19
utility  118:10

< V >
valid  17:7
valuable  128:23
value  5:22
valued  128:23
130:11, 16  166:12
170:22
varies  46:9
various  73:10, 15
vases  132:7, 8
Vegas  132:5  133:2
Vegas,  132:21
vehicle  59:6  134:22
vehicles  38:1
verbally  88:11
verification  138:8
vicinity  105:17
158:17
video  152:23
Videos  153:7
view  151:9
views  63:16  149:17
VISA  47:20
VitalWrap  174:2
volunteer  18:8

< W >
W-A  10:11
waffle  136:7
wagon  68:8  134:5
wait  44:21  97:21
waited  133:22
161:20, 20
waiting  32:8
walk  114:9  123:21
159:16
Walker  10:8, 9, 16
11:5  43:14, 18
50:7  53:3  71:4
110:13
W-A-L-K-E-R
10:12
Walker's  10:18
WalMart  12:7
18:13, 19, 22  19:8,
15, 19  42:23  54:12
97:20, 21  98:6, 7
99:8  165:2, 7
170:18  171:12, 13
Wanda  22:19, 22
31:20  34:4
want  43:17  61:1
62:5  78:7  80:22
81:19  82:7  104:7
110:2  112:20
117:7  126:15
135:14  136:17
152:8
wanted  110:8
137:18
wanting  75:12
Warren  2:11
wash  162:23
washer  100:7
watch  127:9, 18
128:2, 22  129:22
130:1, 3, 6, 12, 19
174:23
watching  110:17
water  38:15  39:7,
8  45:5  50:19
52:14  102:14, 17,
20  104:18  105:1, 1,
3, 4, 13  132:14
174:10

**way** 6:6, *23* 21:*23*
22:4 33:4 34:7
36:5 58:*21* 99:6
106:*12, 12* 110:*21*
112:*16* 113:8
120:*4, 10* 136:20
146:*11* 154:*15*
155:*18* 158:3
162:8
**Wear** 168:*9*
**week** 44:*13*
**weeks** 43:*9* 82:4
88:*21* 89:*11, 14*
90:*19*
**weird** 21:*23* 37:*15, 15*
**well** 7:*10* 9:*18*
13:*23* 20:*12* 21:*13*
22:7 23:*17* 28:*16*
29:*23* 32:*17, 17*
35:*10* 42:7 43:*15*
46:2 52:7 54:*11*
64:*9, 14* 68:*15*
70:*10* 74:20 83:7,
*19* 85:5 92:*17*
97:2 98:*21* 99:*23*
101:*11* 111:*22*
143:7 153:*13*
164:*19* 173:8
**went** 50:*19* 51:*19*
52:5, *18* 61:4 63:*9*
89:4, 7 99:*13, 15*
139:*22* 157:6
159:*10* 163:6, *11*
**we're** 11:*21* 30:*12*
44:*15, 15* 53:6
113:*9* 161:2
173:*21, 23*
**Western** 18:*17*
168:*9*
**We've** 32:*10, 11*
48:2 115:6 129:*15*
135:*11* 145:*12*
151:*16* 153:*9*
175:7
**Where'd** 16:5
**white** 64:*15* 128:2
130:*3*
**Whorter** 76:6

**wife** 67:*3* 119:8
169:5 174:*16*
**Wii** 171:*9*
**Willard** 2:2 3:*10*
4:6, *9* 8:*13* 11:*23*
12:*16* 36:*1* 48:*22*
50:*12, 18* 52:5
58:3 60:4 61:*17*
70:*19* 92:*18, 19, 20*
95:*9, 10*
**Willard's** 42:*1*
70:*14* 96:*23* 98:*13*
115:*12* 135:5
172:*17*
**William** 4:*12*
**Williamson** 2:*12*
**window** 58:*18, 22*
62:*19* 63:6
**windows** 62:*22*
65:*1*
**winter** 39:*19* 40:*2, 3*
**winters** 39:*23*
**wish** 15:*17* 136:*19*
**WITNESS** 21:*16,*
*20* 26:*14* 80:*17, 20*
81:*1* 84:*23*
**wives** 172:*18*
**wolf** 67:*22*
**woman** 131:*18*
132:*11*
**wood** 83:*2, 3*
166:*10*
**Woodforest** 97:*22,*
*23*
**word** 150:7
**words** 19:*17* 34:*18*
54:*18* 64:*23* 78:6
89:*1* 97:*19* 98:*20*
128:*11* 153:*23*
162:*19*
**work** 18:*12, 16*
34:*19* 36:*1, 2, 3, 4*
58:*12* 90:7 95:5,
*16* 99:8 116:*18*
117:*1* 121:*23*
122:8 153:*11*
160:*14* 175:*15*
176:2

**working** 43:*19*
54:*12* 153:*17*
**works** 12:5, 7
**worth** 34:6, *21, 21, 22*
**wrap** 127:*15*
**wrecked** 157:*13*
**writing** 80:*21*
**written** 84:*12, 13*
87:*22*
**wrong** 119:*11*
125:*17* 148:*12*
**wrote** 99:*3*
**WWW** 166:3

**< Y >**
**y'all** 9:*17* 11:3, 5
20:*14* 21:*18* 24:2
32:4, *12* 35:*15*
36:*17* 37:*16, 23*
38:*18* 40:*14, 23*
41:*15* 42:3, *20*
43:*17* 44:*11* 45:*13,*
*14* 46:*23* 47:*11*
48:7 51:*21* 57:*16*
61:7 64:*17, 18, 18*
70:*15, 18* 76:5
82:*21* 83:*21, 23*
87:*17* 89:*9* 92:*12,*
*15* 95:4 96:7, *14,*
*19* 97:6, *9* 99:7, *10*
108:6 122:2
124:*23* 125:*20*
130:*13* 133:*19*
138:3 139:*4, 21*
154:*19* 155:3
156:*21* 158:*1*
160:*18* 161:*10, 14,*
*14, 18* 162:*9, 17, 19,*
*23* 164:7, *22*
165:*13* 166:*11*
169:*1* 173:*11, 12,*
*14*
**y'all's** 36:8 98:*20*
**yard** 159:*21*
**Yardis** 37:5
**Yaris** 37:4, *5, 14*
48:*17*
**Y-A-R-I-S** 37:5

**Yeah** 10:*13* 11:*11*
12:*19* 14:3 15:3
16:3, *13* 19:*10*
21:*13, 20, 22* 27:*21*
28:*10, 10, 16, 18*
31:5, *5, 6* 33:8
35:6, *10, 23* 37:*14*
39:*18* 40:*20* 41:7
42:2 43:*9, 11, 22*
44:*22* 45:*1* 46:6,
*19* 50:4 51:*12, 15,*
*15* 52:*13* 55:*23*
57:*14* 58:8, *13, 17*
59:8, *13* 60:*14*
61:*13, 13, 19* 64:4
66:7 67:5, *12*
68:*10, 11* 70:*11*
71:5 72:*17, 20*
76:8 78:*1, 9, 22*
79:3 80:*14* 81:3, *6*
83:*12* 84:3, *23*
85:8 92:4, *16, 19*
94:*17* 95:3, *10*
98:*1* 101:6, *17*
103:*1, 19* 105:*19,*
*19* 106:*1, 13*
107:*13* 110:*15*
114:*1, 4, 9, 10, 11,*
*20* 115:*18* 116:*19,*
*20* 118:*21* 121:5
122:*23* 124:*15*
126:8, *8* 127:2
129:7, *12* 132:5
133:8 134:*23*
135:3, *9, 21* 136:*1*
139:3 141:2 142:*1,*
*1* 144:*18* 145:*13*
148:*11, 23* 149:*21,*
*22* 151:*13, 20*
155:*22* 157:8
158:*1* 159:2 161:7
162:5 164:4 165:6
166:8, *8, 16* 167:*20*
171:*22, 23* 172:*18*
173:*23* 174:8, *12,*
*20, 20*
**year** 23:*10* 28:*9,*
*17* 29:2, *5* 30:3, *9,*
*11, 16, 18, 22* 31:3
32:*17* 135:7

154:*19*  156:*13*
157:*2, 15, 15, 16, 19*
171:*16*
**years**  12:*21*  13:*5,
8*  18:*15*  57:*13*
107:*22*  108:*2*
156:*22*  157:*10*
167:*16*  171:*16*
173:*11*
**yesterday**  110:*4*

**< Z >**
**zero**  86:*15*
**Zocor**  15:*1*





**EXHIBIT**

A

B

EXHIBIT

2